IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT, a non-profit Corporation,<br><br>     Plaintiff,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et. al.,<br><br>     Defendants,<br><br><br>TAYLOR SHELLFISH COMPANY, INC. Washington corporation,<br><br>    Intervener-Defendant. | Case No. C16-0950RSL<br><br>ORDER GRANTING STIPULATED MOTION TO VACATE/EXTEND |

  This matter comes before the Court on plaintiff's Stipulated Motion To Vacate the current Case Management Order and to extend to April 28, 2017 the time for the parties to file a Supplemental Joint Status Report with a new proposed schedule. Having considered the Motion, IT IS HEREBY ORDERED that:

  The Motion is **GRANTED**. The current Case Management Order is vacated. The parties shall file a Supplemental Joint Status Report with a revised proposed schedule on or before April 28, 2017.

Page 1 - ORDER GRANTING STIPULATED MOTION TO VACATE/EXTEND

Date this 3rd day of April, 2017.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Page - 2 - ORDER GRANTING STIPULATED MOTION TO VACATE/EXTEND