UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT,<br><br>                    Plaintiff,<br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>                    Defendants<br>    and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>                    Intervenor. | No. C16-0950RSL<br><br>AMENDED CASE MANAGEMENT ORDER |

These dates are set at the direction of the Court after reviewing the "Stipulated Motion to Amend Case Management Schedule" submitted by the parties. Dkt. # 20. Plaintiffs challenge the implementation of a permit issued pursuant to the Clean Water Act and the U.S. Army Corps of Engineers recently amended that permit. The parties have agreed to deadlines related to the filing of an amended complaint and the production of the Administrative Record, which the Court adopts. Until the record is compiled, the parties cannot determine whether discovery will be necessary: if a party decides to seek discovery, it may file a motion and will have the initial burden of showing that discovery is factually necessary and legally appropriate. The Court orders as follows:

AMENDED CASE MANAGEMENT ORDER

| | |
|---|---|
| Deadline by which a motion to allow discovery must be filed | August 31, 2017 |
| Plaintiff's motion for summary judgment shall be filed by | October 16, 2017 |
| Oppositions to the motion for summary judgment and cross-motions shall be filed by<br>Defendants and Intervenors shall consult regarding briefing and avoid redundancy whenever possible. | November 17, 2017 |
| Plaintiff's combined opposition and reply shall be filed by | December 18, 2017 |
| Defendants' and Intervenor's replies shall be filed by<br>Defendants and Intervenors shall consult regarding briefing and avoid redundancy whenever possible. | January 18, 2018 |
| Oral Argument to be scheduled by the Court | |

The cross-motions for summary judgment shall be noted on the Court's calendar for consideration on January 19, 2018. All other dates have already passed, have been agreed by the parties in their stipulation, or are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court pursuant to Local Civil Rules 10(g) and/or 7(d)(2), not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND COURTESY COPIES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

– Alteration to LCR 10(e)(9) - Effective July 1, 2014, the Western District of Washington will no longer accept courtesy copies in 3-ring binders. All courtesy copies must be 3-hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are

delivered to the intake desk or chambers in 3-ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

– Alteration to Section III, Paragraph M of the Electronic Filing Procedures - Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

– Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

– Alteration to LCR 7(d)(4) - Any motion *in limine* must be filed by the date set forth above and noted on the motion calendar no earlier than the second Friday thereafter. Any response is due on or before the Wednesday before the noting date. Parties may file and serve reply memoranda, not to exceed nine pages in length, on or before the noting date.

PRIVACY POLICY

Parties are reminded that they must comply with the privacy requirements in Federal Rule of Civil Procedure 5.2 and Local Rule 5.2.

SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds at 206-370-8519, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 27th day of April, 2017.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

AMENDED CASE MANAGEMENT ORDER        -4-