IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT, a non-profit Corporation,<br><br>            Plaintiff,<br><br>        v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et. al.*,<br>            Defendants,<br><br><br>TAYLOR SHELLFISH COMPANY, INC. Washington corporation,<br><br>          Intervener-Defendant. | Case No. C16-0950RSL<br><br>ORDER GRANTING LEAVE TO AMEND COMPLAINT |

This matter comes before the Court on plaintiff's "Unopposed Motion for Leave to File Supplemental Complaint." Dkt. # 22. Having considered the Motion, IT IS HEREBY **GRANTED**.

Plaintiff shall file its amended complaint within five days of the date of this Order. Consistent with the deadlines in the parties Stipulated Motion to Amend the Case Management Order, which the court adopted on April 27, 2017, defendants' and

defendant intervener's response to the amended complaint is due on or before July 17, 2017.

Date this 31st day of May, 2017.

_MW S Lasnik_
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE