*Counsel for Intervenor-Defendants Taylor Shellfish Co., Inc. and Pacific Coast Shellfish Growers Association*

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTER FOR FOOD SAFETY, a non-profit corporation, | Case No. 2:17-cv-01209-RSL |
| Plaintiff, | **STIPULATED MOTION TO REVISE SCHEDULE FOR SUMMARY JUDGMENT BRIEFING AND [~~PROPOSED~~] ORDER** |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, *ET AL.*, | **NOTE ON MOTION CALENDAR: March 29, 2018** |
| Defendants, | |
| and | |
| PACIFIC COAST SHELLFISH GROWERS ASSOCIATION, | |
| Intervenor-Defendant | |
| THE COALITION TO PROTECT PUGET SOUND HABITAT, a non-profit Corporation, | Case No. 2:16-cv-00950-RSL |
| Plaintiff, | **STIPULATED MOTION TO REVISE SCHEDULE FOR SUMMARY JUDGMENT BRIEFING AND [~~PROPOSED~~] ORDER** |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, *ET AL.*, | **NOTE ON MOTION CALENDAR: March 29, 2018** |
| Defendants, | |
| and | |
| TAYLOR SHELLFISH COMPANY, INC., | |
| Intervenor-Defendant | |

**STIPULATED MOTION TO REVISE SCHEDULE FOR SUMMARY JUDGMENT BRIEFING AND [PROPOSED] ORDER**

1. On November 7, 2017 this Court issued a consolidated case management schedule for the actions Nos. 2:17-cv-01209 and 2:17-cv-00950. Order, ECF No. 17. The parties have followed the schedule outlined in that order, culminating in Defendants' filing of Administrative Records for case No. 2:17-cv-01209 on March 14, 2018 (ECF No. 24) and for case No. 2:17-cv-00950 on March 14, 2018 (ECF No. 32). Based on the current schedule, opening summary judgment briefs would be due by April 12, 2018. In order to accommodate the various conflicts of counsel, the parties have agreed to the following proposed revised schedule for summary judgment briefing, which would extend the deadlines slightly, by 18 days, and otherwise retain the schedule previously stipulated and ordered. Parties respectfully move the Court to adopt the following case management deadlines:

| | |
|---|---|
| **April 30, 2018** | All Plaintiffs' Motions For Summary Judgment due.[1] |
| **July 23, 2018** | Oppositions and cross-motions for summary judgment due. Defendants and Intervenors shall consult on briefing to avoid redundancy. |
| **October 5, 2018** | Plaintiffs' replies and oppositions to cross-motions due. |
| **November 19, 2018** | Replies due. Defendants and Intervenors to consult on briefing to avoid redundancy. |
| **Thereafter** | Court sets Oral Argument on Cross Motions For Summary Judgment. |

---

[1] Because the cases are not being consolidated, the Coalition to Protect Puget Sound Habitat is not a party to C17-1209RSL, and Center for Food Safety is not a party to C16-0950RSL. While the parties may, and are encouraged to, coordinate briefing efforts to improve efficiency and avoid redundancy, each plaintiff must file papers in its own lawsuit.

STIPULATED MOTION TO REVISE SCHEDULE FOR SUMMARY JUDGMENT BRIEFING
CASE NOS. 2:17-CV-01209 AND 2:16-CV-00950
PAGE 1

2. Defendants and Intervenors reserve the right to object to, move to strike, or otherwise oppose the proposed introduction of any extra record evidence in support of any claims made by any other party. Defendants and Intervenors are encouraged to file a single consolidated brief in each action in response to the plaintiffs' motions for summary judgment.

Respectfully submitted this 29th day of March, 2018 in Portland, Oregon.

        CENTER FOR FOOD SAFETY

        /s/ George A. Kimbrell
        George A. Kimbrell (WSB No. 36050)
        gkimbrell@centerforfoodsafety.org

        /s/ Amy Van Saun
        Amy Van Saun (*pro hac vice*)
        avansaun@centerforfoodsafety.org

        917 SW Oak Street, Suite 300
        Portland, OR 97205
        T: (971) 271-7372 / F: (971) 271-7374

        *Counsel for Plaintiff Center for Food Safety*

        LAW OFFICE OF KARL G. ANUTA, P.C.

        /s/ Karl G. Anuta
        Karl G. Anuta, WSBA No. 21346
        735 S.W. First Ave., Second Floor
        Portland, Oregon 97204
        T: (503) 827-0320 / F: (503) 228-6551
        kga@integra.net

        LANDYE BENNETT, BLUMSTEIN
        Thane Tienson, WSBA No. 13310
        1300 SW 5th Avenue, Suite 3500
        Portland, Oregon 97201
        T: (503) 224-4100 / F: (503) 224-4133
        ttienson@lbblawyers.com

        *Counsel for Plaintiff Coalition to Protect Puget*

*Sound Habitat*

Jeffrey H. Wood
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

/s/ Dedra S. Curteman
Peter K. Dykema, Senior Trial Attorney
Dedra S. Curteman, Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
peter.dykema@usdoj.gov
dedra.curteman@usdoj.gov
T: (202) 305-0436 (Dykema) / F: (202) 305-0506
T: (202) 305-0446 (Curteman) / F: (202) 305-0506

Kent Hanson, Senior Trial Attorney
Environmental Defense Section
kent.hanson@usdoj.gov
T: (206) 639-5544

Mark Brown, Trial Attorney
Wildlife and Marine Resources Section
mark.brown@usdoj.gov
T: (202) 305-0204

*Counsel for Defendants*

/s/ Jesse G. DeNike
Samuel W. Plauché, WSBA # 25476
Amanda M. Carr, WSBA # 38025
Jesse G. DeNike, WSBA # 39526
Plauché & Carr LLP
811 First Avenue, Suite 630
Seattle, WA 98104
billy@plauchecarr.com
amanda@plauchecarr.com
jesse@plauchecarr.com
T: (206) 588-4188 / F: (206) 588-4255

*Counsel for Intervenor-Defendants Taylor Shellfish and PCSGA*

# [PROPOSED] ORDER REVISING SCHEDULE FOR SUMMARY JUDGMENT BRIEFING

This matter comes before the Court on the parties' "Stipulated Motion to Revise Schedule for Summary Judgment" filed in C16-0950RSL and C17-01209. The request is GRANTED, and the following case management deadlines will govern both C16-0950RSL and C17-01209:

| | |
|---|---|
| **April 30, 2018** | All Plaintiffs' Motions For Summary Judgment due.[2] |
| **July 23, 2018** | Oppositions and cross-motions for summary judgment due. Defendants and Intervenors shall consult on briefing to avoid redundancy. |
| **October 5, 2018** | Plaintiffs' replies and oppositions to cross-motions due. |
| **November 19, 2018** | Replies due. Defendants and Intervenors to consult on briefing to avoid redundancy. |
| **Thereafter** | Court sets Oral Argument on Cross Motions For Summary Judgment. |

Defendants and Intervenors reserve the right to object to, move to strike, or otherwise oppose the proposed introduction of any extra record evidence in support of any claims made by any other party. Defendants and Intervenors are encouraged to file a single consolidated brief in each action in response to the plaintiffs' motions for summary judgment.

Dated this 5th day of April, 2018.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

---

[2] Because the cases are not being consolidated, the Coalition to Protect Puget Sound Habitat is not a party to C17-1209RSL, and Center for Food Safety is not a party to C16-0950RSL. While the parties may, and are encouraged to, coordinate briefing efforts to improve efficiency and avoid redundancy, each plaintiff must file papers in its own lawsuit.

SCHEDULING ORDER
CASE NOS. 2:17-CV-01209 AND 2:16-CV-00950