# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CENTER FOR FOOD SAFETY, | ) | Case No. 2:17-cv-01209-RSL |
| *Plaintiff,* | ) | |
| v. | ) | |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | ) | |
| *Defendants,* | ) | |
| and | ) | |
| PACIFIC COAST SHELLFISH GROWERS ASSOCIATION, | ) | |
| *Intervenor-Defendant* | ) | |

| | | |
|---|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT, | ) | Case No. 2:16-cv-00950-RSL |
| *Plaintiff,* | ) | **ORDER LIFTING STAY** |
| v. | ) | |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | ) | |
| *Defendants,* | ) | |
| and | ) | |
| TAYLOR SHELLFISH COMPANY, INC., | ) | |
| *Intervenor-Defendant* | ) | |

| | |
|---|---|
| 1 | |
| 2 | **ORDER LIFTING STAY** |
| 3 | |
| 4 | This matter comes before the Court on the parties' Stipulated Motion to Lift Stay and Reset Deadlines filed in C16-0950RSL and C17-01209. The motion is GRANTED. The Clerk of Court is directed to renote the cross-motions for summary judgment (Dkt. #36 and #44 in C16-0950RSL; Dkt. #31, #43, and #44 in C17-1209RSL) on the Court's calendar for Friday, March 1, 2019. The deadline for Defendants' and Intervenor's replies in support of their cross-motions for summary judgment is February 27, 2019. |

Dated this 5th day of February, 2019.

*MRT S Casnik*
Robert S. Lasnik
United States District Judge