# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. ARMY CORPS. OF ENGINEERS, *et al.*,<br><br>　　　　　Defendants,<br><br>　　and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>　　　　　Intervenor - Defendant.<br>_____<br>CENTER FOR FOOD SAFETY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>　　　　　Defendants,<br><br>　　and<br><br>PACIFIC COAST SHELLFISH GROWERS ASSOCIATION,<br><br>　　　　　Intervenor - Defendant. | Case No. C16-0950RSL<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 17-1209RSL<br><br><br>ORDER GRANTING LEAVE TO FILE AMICUS BRIEF |

　　　　This matter comes before the Court on the motion of the Squaxin Island Tribe and the

Jamestown S'Klallam Tribe for leave to file an amicus brief addressing the appropriate remedy

in the above-captioned cases. "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." NGV Gaming, Ltd. v. Upstream Point Molate, LLC, 355 F. Supp.2d 1061, 1067 (N.D. Cal. 2005) (internal quotation marks and citations omitted). In the circumstances presented here, information regarding the impact of potential remedial options on the Tribes' exercise of their treaty rights and shellfish aquaculture activities is not likely to be presented by the party defendants or existing intervenors and may be helpful to the Court's equitable considerations.

For all of the foregoing reasons, the request for leave to file an amicus brief is GRANTED. The Court will consider the Tribes' submissions regarding the appropriate relief for the agency's unlawful actions, Dkt. # 62-1 in C16-950RSL and Dkt. # 78-1 in C17-1209RSL.

Dated this 31st day of October, 2019.

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO
FILE AMICUS BRIEF - 2