UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS. OF ENGINEERS, *et al.*,<br><br>Defendants,<br><br>and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>Intervenor - Defendant.<br>_____ | Case No. C16-0950RSL |
| CENTER FOR FOOD SAFETY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants,<br><br>and<br><br>PACIFIC COAST SHELLFISH GROWERS ASSOCIATION,<br><br>Intervenor - Defendant. | Case No. C17-1209RSL<br><br>ORDER GRANTING LEAVE TO PARTICIPATE IN ORAL ARGUMENT |

This matter comes before the Court on the motion of the Jamestown S'Klallam Tribe for leave to participate in the oral argument scheduled for May 18, 2020, at 9:30 a.m. The motion is

1  GRANTED.

3     Dated this 1st day of May, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

28 ORDER GRANTING LEAVE TO
PARTICIPATE IN ORAL ARGUMENT - 2