1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Honorable Robert S. Lasnik

Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 S.W. 1st Ave., 2nd Floor
Portland, Oregon 97204
T: (503) 827-0320 / F: (503) 288-6551
kga@integra.net

Thane Tienson (WSB No. 13310)
Landye Bennett, Blumstein
1300 S.W. 5th Ave., Suite 3600
Portland, Oregon 97201
T: (503) 224-4100 / F: (503) 224-4133
ttienson@lbblawyers.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

THE COALITION TO PROTECT PUGET
SOUND HABITAT,

          Plaintiff,

      v.

U.S. ARMY CORPS OF ENGINEERS, *ET*
*AL*.,

          Defendants,

      and

TAYLOR SHELLFISH COMPANY, INC.,

          Defendant-Intervenor.

No.: 2:16-CV-00950-RSL

**DECLARATION OF KARL G. ANUTA IN**
**SUPPORT OF COALITION MOTION FOR**
**AN AWARD OF FEES AND EXPENSES**

Page 1 – DECL. OF KARL G ANUTA
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA,
P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

CENTER FOR FOOD SAFETY,

              Plaintiff,

        v.

U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,

            Defendants,

        and

PACIFIC COAST SHELLFISH GROWERS ASSOCIATION.

            Defendant-Intervenor.

No.: 2:17-CV-01209-RSL

I, Karl G. Anuta, Declare:

    1.     I am lead counsel for plaintiff Coalition to Protect Puget Sound Habitat (the Coalition) in this matter.  I am over the age of 18 years. If called as a witness I would and could testify to the following as a matter of my own personal knowledge.

    2.     I have been practicing law and have been a member of the Oregon State Bar for 33 years. I have been a member of the Washington State Bar for 29 years. I have been admitted to practice before the U.S. District Court in the Western District of Washington for 28 years.

    3.     I have spent most of my career engaged in complex federal and state environmental litigation. A copy of my CV, which details this experience, is attached to this Declaration and is incorporated by reference and marked as Exhibit A.

    4.     As a result of my training and experience, I possess distinctive knowledge

Page 2 – DECL. OF KARL G ANUTA
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

and specialized skills in environmental and natural resources law.

5.      I have collected and compiled all the time records for this case, for both myself, Mr. Tienson, Mr. Sargetakis, and any law clerks or paralegals.  Those hours are attached as Exhibit B.

6.      As those time records show, I spent 735.72 hours on this litigation, and my law clerks spent 501.25 hours. Of that, we are only seeking recovery for 570.22 hours of my time, and 462.5 hours of law clerk time.

7.      My time was primarily spent (i) meeting or talking with the Coalition representatives; (ii) formulating strategy for addressing NWP 48 problems; (iii) assisting with Coalition comment drafting to highlight the legal issues that would be foremost in the litigation; (iv) preparation of the Petition to Suspend that was submitted to the Corps; (v) providing advice to client representatives on FOIA requests to the Corps and other agencies to obtain key documents for use in fact checking any proposed Administrative Record (AR); (vi) outlining legal research needed or law clerks or co-counsel and engaging in research on various issues; (vii) reviewing legal research and analysis prepared by law clerks or co-counsel; (viii) drafting of the Complaint and other subsequent pleadings; (ix) negotiating and communicating with opposing counsel on various issues; (x) reviewing the AR indexes compiled by co-counsel; (xi) reviewing key parts of the AR and outlining potential use of those; (xii) strategizing with and coordinating work done by the other attorneys and law clerks assisting in this case; (xiii) drafting, reviewing and editing drafts of various pleadings including the Cross Motions for Summary Judgment and the Remedy briefing; (xiv) preparing and assisting co-

Page 3 – DECL. OF KARL G ANUTA
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA,
P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

counsel to prepare for oral argument on the Cross Motions for Summary Judgment; (xv) presenting oral argument on the Cross Motions for Summary Judgment; and (xvi) providing advice to client representatives on NWP 48 and NWP 48 litigation related issues.

8.      I have carefully exercised billing discretion and judgment to try to remove any time that was in my view excessive or duplicative from the hours for which we seek recovery. I have also been careful to not seek recovery for work that I performed that could have been performed by a non-attorney. I reviewed my time records prior to the filing of this Motion for an award of attorney's fees. The hours for which recovery is sought were reasonably spent on work necessary to advance this litigation and to help plaintiff achieve the success that it did.

9.      Time spent by plaintiffs' counsel on this case was in line with other record review cases involving issues surrounding the Clean Water Act, National Environmental Policy Act, and the Administrative Procedures Act.

10.      Time that I spent working on this case took away time which could have been spent on work for other clients.

11.      I seek $640/hr for my time spent on this case, and $145/hr for law clerk time on this case.

12.      This rate, and the rates of Mr. Tienson, Mr. Sargetakis, and the law clerks are in my opinion reasonable. I have cross checked with multiple attorneys and other sources to verify the reasonableness of these hourly rates.

13.      From time to time during the pendency of this litigation, CPPSH has

Page 4 – DECL. OF KARL G ANUTA
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA,
P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

incurred costs. These costs include the cost of train tickets to and from the Seattle area three times since 2015, the filing fee for this lawsuit, hotel accommodations for the night before oral argument,  and research fees. These costs were paid out of pocket by my firm, and then reimbursed to me by CPPSH. The total for these costs is $1,525.28 There is an itemization of these Costs/Expenses that is attached to this Declaration as Ex. C.

14.     Based on my personal knowledge of billing practices of attorneys in private practice in Washington and Oregon, I am confident that the rates sought in this matter are at or even below market rate in Seattle Washington. Based upon those facts and the other Declarations submitted concurrently with this Declaration, as well as the information provided in those Declarations and in the Motion and Memorandum in Support, it is my opinion that the hourly rates sought for myself, for Mr. Sargetakis, and for Mr. Tienson, are all reasonable market rates for attorneys practicing in the Seattle area, performing complex environmental litigation, with the respective background and expertise of each attorney.

I declare under penalty of perjury under the laws of the state of Washington and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 18th day of September, 2020.

Respectfully submitted,

/s/ Karl G. Anuta
Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 S.W. 1st Ave., 2nd Floor
Portland, Oregon 97204
kga@integra.net

Page 5 – DECL. OF KARL G ANUTA
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA,
P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

**KARL G. ANUTA**

LAW OFFICE OF KARL G. ANUTA, P.C.

735 SW FIRST AVENUE, 2ND FLOOR

| | | |
|---|---|---|
| TRIAL ATTORNEY | PORTLAND, OREGON 97204 | E-MAIL |
| LICENSED IN | (503) 827-0320 | KGA@INTEGRA.NET |
| OREGON & WASHINGTON | FACSIMILE (503) 228-6551 | |

## RESUME OR CURRICULUM VITAE

**KARL G. ANUTA**
Law Office of Karl G. Anuta, P.C.
735 SW First Ave. 2nd Floor
Portland, Oregon  97204
503-827-0320

## BAR MEMBERSHIP

Oregon Supreme Court;
Washington Supreme Court
U.S. District Court, District of Oregon
U.S. District Court, Western District of Washington
U.S. District Court, Eastern District of Washington
U.S. Court of Appeals, Ninth Circuit

## EDUCATION

**Lewis & Clark College,** Portland, Oregon, 1977-81
B.S. Political Science; Externship, Washington D.C., Fall 1980; Fencing Team

**Northwestern School of Law, at Lewis & Clark**, Portland, Oregon, 1982-86
J.D. Certificate in Environmental and Natural Resources Law;
 Honor Council 1982-83, Admissions Committee 1985-86

## PROFESSIONAL POSITIONS

**Law Office of Karl G. Anuta, P.C.**, Portland, Oregon - Jan. 2008-present
     Litigation of complex environmental, personal injury, and assorted other cases.

**Sokol & Anuta, P.C.**, Portland, Oregon - Shareholder, Jan. 1998-Dec. 31, 2007
     Three attorney firm. Litigation of complex injury, environmental, and other cases.

**Sokol & Associates, P.C.**, Portland, Oregon - Senior Associate, Feb. 1994-Dec. 1997
     Litigation of civil rights, personal injury and environmental cases.

**Jolles, Sokol & Bernstein, P.C.**, Portland, Oregon - Associate, Aug. 1986-Feb. 1994
     Small firm, focusing on labor law, personal injury, and medical malpractice cases.

Exhibit A to Declaration of KGA

## HONORS & AWARDS

**Trout Unlimited - 1991** - Certificate for contribution to the protection of cold water fisheries.

**Oregon Natural Resource Council - 1992** - Conservation Achievement Award

**1000 Friends of Oregon - 1992** - Citizen Mentor Certificate

**U.S. Army Corps of Engineers, Portland District - 1994** - Environmental Advisory Board

**Northwest Environmental Defense Center - 2002** - Volunteer Attorney of the Year

**1000 Friends of Oregon - 2002** - Certificate of Appreciation, as Cooperating Attorney

**Lewis & Clark Law School - 2003** - Distinguished Environmental Law Graduate Award

**Washington State Bar - 2004** - Pro Bono Publico Service Commendation

**University of Oregon Public Interest Environmental Law Conference - 2009** - Kerry L. Ryberg Award for Environmental Activism

## SELECTED EXAMPLES OF REPRESENTATION

**Salt Caves Dam Opposition, Lead Attorney**, 1985-1998
Assisted with and then represented, coordinated, and advised the Sierra Club, Oregon Trout, and five other conservation organizations in multiple state and federal administrative proceedings and court cases opposing licensing of a hydroelectric project on Oregon's Upper Klamath River.  Lead counsel in all cases spawned by the project, among them: City of Klamath Falls v. EQC, 318 Or 532 (1994)(denial of CWA 401 Cert. upheld) & City of Klamath Falls v. Babbitt, 947 F.Supp. 1 (1996)(designation as Wild & Scenic River upheld).

**Oregon Environmental Council v. Kunzman**, 614 F.Supp. 657 (D.Or 1985), 636 F.Supp. 632 (D.Or 1986), 817 F.2d 484 (9th Cir.1987)
Assisted with NEPA case on proposed aerial pesticide spraying for Gypsy Moths. Prepared successful appeal to Ninth Circuit on attorneys' fees.

**Oregon Natural Resources Council v. U.S. Coast Guard**, 1987
Wrote briefs and assisted with successful NEPA TRO lawsuit to halt a proposed jet boat race through a wildlife refuge on the Snake River, during nesting season, and a subsequently successful EAJA attorneys' fees dispute.

**Northwest Environmental Defense Center (NEDC) v. Thomas**, 1986-1988
Lead counsel in precedent setting CWA citizen suit against EPA, to force implementation of CWA § 303(d) (TMDLs) in Oregon.

**NEDC *et al* v. Unified Sewerage Agency**, 1988-1990
Participated in settling Clean Water Act citizen suit against municipal sewage agency.

Resulted in a 1.1 million dollar settlement and cleanup agreement.

**Boger v. Norris & Stevens Inc.** *et al*, 109 Or App 90 (1991) rev. den. 312 Or. 588 (1992)
Three week trial of toxic water exposure injury case, resulting in jury verdict of over $750,000.
Verdict upheld on appeal.

**NEDC v. U.S. Forest Service**, 1991-92
Successful FOIA litigation to obtain release of Forest Service staff recommendations on a ski
area expansion plan EIS preferred alternative, which had been given to the developer but not
to the public.
.
**WaterWatch v. Oregon Water Resources Department**, 1993
Successful challenge to improper issuance of a water appropriation permit or right, on Arch
Cape Creek at Oregon's coast.

**Grossman v. City of Portland,** 33 F.3d 1200 (1994)
Civil rights suit against municipality, for arrest of protestor for carrying a sign in a public park
during Rose Festival.  Successfully overturned trial court dismissal on police/municipal
immunity grounds and obtained substantial monetary settlement.

**Buggsi Inc. v. Chevron USA Inc.**, 857 F.Supp. 1427 (1994)
Trespass, nuisance and CERCLA lawsuit for landowner with underlying gasoline
contamination.  Established exception to state SOL limits, based on federal hazardous waste
statutes, and obtained significant property damage settlement.

**Crawford v. Kaiser Permanente**, 1994-95
Lead counsel in multi-million dollar medical malpractice case for wrongful birth/life on behalf
of parents and disabled child. Obtained settlement that preserved private, state and federal
disability benefits and created additional extra-needs trust worth in excess of $1,000,000.

**National Wildlife Federation et al v. Aapaoa**, 1995
Co-counsel in successful challenge to Siskiyou Nat'l Forest allowance of suction dredge
mining activities, in contravention of NW Forest Plan.

**ONRC v. Daley**, 6 F.Supp.2d 1139 (D.Or.1998)
Local counsel in the law suit that forced NMFS to list Oregon coho salmon as endangered
under the Endangered Species Act.

**Parker v. Moeller's** *et al*, 1999
Toxic exposure and property damage claim for multiply chemically sensitive neighbor of tree
nursery.  Obtained settlement of over $200,000.

**Friends Of Mt. Hood** *et al* **v. USFS & Mt. Hood Meadows Ski Area,** 1997-2001
Lead counsel in multiple federal court challenges to Ski Area expansion plan, as well as a
Clean Water Act suit against ski area and USFS.  Obtained precedent setting CWA Consent
Decree, and a court issued injunction against further expansion until additional NEPA studies
were done.

Exhibit A to Declaration of KGA

**Friends Of East Fork v. N.M.F.S.**, 2000
Successful FOIA suit against federal agency to force disclosure of EIS & HCP documents actually written by gravel mine consultants, and intended as a template for agency draft HCP/DEIS.

**Friends Of East Fork v. JL Storedahl**, 1999-2004
Represented, coordinated, and advised local conservation groups in multiple state and federal administrative and federal court proceedings, opposing the proposed expansion of a gravel mine on the banks of the East Fork of the Lewis River, in Southwest WA. Ultimately obtained and then enforced a Clean Water Act Consent Decree.

**Multiple Herbicide Drift Cases,** 2006-2017
Represented various individuals in damages cases (large and small) arising out of misapplication or use of pesticides, that caused harm to persons or property.

**Citizens For Responsible Development v. D.E.Q. & D.S.L.,** 2009-2019
Represented and advised local business and citizen group opposing siting of WalMart Super Center on top of vernal pool wetlands and next to a designated critical salmon habitat stream, in The Dalles, OR.  Successfully obtained revocation of a Clean Water Act Stormwater Construction Discharge permit issued by state DEQ. Challenged State wetlands permit as well as various other State permits in Court.  Obtained precedent setting Opinion on wetland permitting issue: *CFRD v.  Wal-Mart et al,* 295 Or App 310 (2018).  Ultimately was successful in stopping construction of the project.

**Benjamin v. Douglas Ridge Rifle Club,** 2010
Represented plaintiff in precedent setting Clean Water Act & Res. Conserv. Recovery Act law suit against 60 year old Gun Club.  Obtained Federal Court Consent Decree specifying requirements for wetland fill removal and lead contamination clean up of shooting range.

**NEDC et al v. Grabhorn, Inc.,** 2008-2013
Represented conservation groups to limit discharges from leaking landfill, to nearby river.  Obtained precedent setting Summary Judgment rulings on application of the Clean Water Act to polluted ground water, and ultimate a favorable Federal Consent Decree under both Clean Water Act and Resource Conservation and Recovery Act.

**Columbia Riverkeeper v. Port of St. Helens,** 2012
Successful Oregon Public Records Act case to obtain Coal Terminal Leasing agreements entered into by a local Port.

**Meeker et. el.  v. Bullseye Glass,** 2016-2019
Assisted in preparing and filing Class Action case for Nuisance/Trespass over heavy metal air emissions from a glass factory. Class was Certified, and KGA was appointed one of the Class Counsel on February 2, 2018.  Case was subsequently settled for $6.5 Million, with final approval of the settlement granted at a fairness Hearing in May 2019.

**Kramer, et al. v. City of Lake Oswego**, 2017-2018
Successfully assisted a conservation group (Association of NW Steelhead, Inc.) in petitioning

Exhibit A to Declaration of KGA

for review by Oregon Supreme Court, of a Public Trust case involving access to public lake. Filed Amicus Briefing on merits in Supreme Court of Oregon, on same.

## TEACHING/PUBLISHING ACTIVITIES

**Oregon State Bar, CLE, Speaker,** Recent Development in Environmental Law -"TMDLs and You" - Bend, Or. November 1989

**University of Oregon, Land, Air and Water Conference, Speaker** - "Litigating Free Flowing River" - Eugene, Or. March 1990

**Water Quality, Water Quantity: The Reluctant Marriage, Conference Planner/Organizer** - Portland, Or. February 1991

**Northwest Rivers Council, Hydro Licensing/Re-licensing Workshop, Speaker** - "How To Stop A Dam" -  Seattle, Wash. May 1991

**Storm Water Discharge Seminar, Speaker** - "Liability For Damages From Storm water Runoff" - Portland, Or. April 1992

**U.S. Forest Service, Ski Area Coordinator Conference, Speaker** - "Is There Room on the Mountain" - Crystal, Wash. January 1993

**Northwestern School of Law at Lewis & Clark, Portland, Or., Environmental Litigation Course** - Assisted Adjunct Professor with class on the practical skills needed in to litigate environmental cases - Spring Terms 1993-1999

**Oregon State Bar, Environmental & Natural Resources Section Annual Meeting, Speaker** - "Instream Water Rights" - Kahnetta, Or. September 1993

**University of Oregon Law School, Land, Air and Water Conference, Speaker** - "Clean Water Act Citizen Suits" - Eugene, Or. March 1994

**Assoc. of Public Works Administrators, 1995 Int'l Public Works Congress and Exposition**, **Speaker** - "Lawsuits as Best Management Practices" - Dallas Tex. August 1995

**Premises Liability: Preparation and Trial of a Difficult Case in OR, Speaker and Co-Author** - Portland, Or. August 1997

**Oregon Trial Lawyers Association, Trial Lawyer Magazine, Author** - "10 Premises Liability Tips" - Spring 1999

**Oregon State Bar, Environmental & Nat.  Res. Law CLE/BarBook, Author** - Chapter 18 - "Toxic Torts" - 2002, update published 2006

**University of Oregon Law School, Land, Air and Water Conference, Speaker** - "Starting

Exhibit A to Declaration of KGA

An Environmental Law Public Interest Law Practice" - Eugene, Or. March 2011

**Oregon State Bar, Administrative Law CLE/BarBook, Author** - Chapter 6 - "Extraordinary Remedies in Administrative Cases" - 2011, update published 2016

### COMMUNITY ACTIVITIES

**Northwest Environmental Defense Center,**  Board of Directors, 1986-present (President, 1989-1995, and 2000-2017, Vice-President, 1995-1999; 2017-2018)
Organize and supervise attorneys and students involved in nonprofit environmental litigation group. Represent group in numerous administrative, political, and judicial proceedings involving water and related development issues in the Pacific Northwest.

**Waterwatch of Oregon,** Board of Directors, 1989-present (Vice President 2018-present)
Nonprofit organization dedicated to the management and protection of Oregon's water resources to support both a healthy environment and economy.

**Pacific Rivers Council (formerly Oregon Rivers Council)**, Board of Directors, 1989-1997
Nonprofit group focused on protecting and properly managing the waters and cold water fishery resources of the Pacific Northwest.

**Friends Of Mount Hood,** Board of Directors, 1989-present
Helped found tax exempt conservation coalition organized to "watchdog" development (particularly ski area expansions) on Mount Hood, Oregon.

### OTHER EXPERIENCES

**Security Guard (armed)**-Wallace Security, Portland, Oregon 1981-82

**Political Theory Thesis**-Lewis & Clark College, 1981-The Nature of Man: Good or Evil: Comparing Hobbes, Rousseau, Plato & Machiavelli

### INTERESTS AND HOBBIES

Cooking, Canoeing, Sea Kayaking, Fly Fishing, Skiing & Old House Repair.

*References, Writing Samples & Further Digressions available upon request*

Exhibit A to Declaration of KGA

**KARL G. ANUTA**

Law Office of Karl G. Anuta, P.C.
735 SW First Avenue, 2ND Floor
Portland, Oregon 97204
(503) 827-0320
Facsimile (503) 228-6551

Trial Attorney
Licensed in
Oregon & Washington

E-mail
KGA@INTEGRA.NET

September 18, 2020

Coalition to Protect Puget Sound Habitat

**HOURS**

| | | |
|---|---|---|
| 4/23/2013 | Review file materials; Prepare for meeting clients; | 4.00 **TWT** **No Charge** |
| 4/24/2013 | Meeting with clients; | 1.50 **TWT** |
| 4/24-29/2013 | Review multiple emails from potential client representative, with multiple related documents; Review documents in preparation for conference call; Telephone conference with potential client representative; Multiple emails exchanged with potential client rep on various issues, including representation and need for coordinated strategy on various issues related to Nationwide Permit 48 ("NWP 48"); | 3.00 **KGA** **No Charge** |
| 5/3/2013 | Review email from client rep with NWP 48 registrations and multiple other potentially relevant documents; Begin review of same; | .50 **KGA** |
| 5/6/2013 | Review materials from client rep on various prior proceedings; Begin outline of strategy ideas; | 2.75 **KGA** |
| 5/7/2013 | Prepare for and attend meeting with client and Karl Anuta about strategy; | 4.50 **TWT** |
| 05/7/2013 | Meeting and conference call with co-counsel Tienson ("TWT") and client rep L.H. to go over general strategy and brainstorm ideas; Emails following-up on meeting with client rep and TWT; | 1.75 **KGA** |

| | | |
|---|---|---|
| 5/7/2013 | Draft Retainer Agreement; Send to co-counsel for review; | .50<br>**KGA**<br>**No Charge** |
| 5/8/2013 | Review Notice of substitution filed by TWT in *Seattle Shellfish*; Review email from client rep L.H. about prior attorney; Review email from client rep with AG Opinion on aquaculture issues; | .25<br>**KGA**<br>**No Charge** |
| 5/9/2013 | Review notice from *Seattle Shellfish* Court that it will not accept simple substitution notice; Email exchanges with co-counsel Tiensen on same; Review Retainer Agreement questions sent by L.H.; Review additional pleadings in *Seattle Shellfish* case; Email exchange with TWT about *Seattle Shellfish* case; | .75<br>**KGA**<br>**No Charge** |
| 5/13/2013 | Phone call with Kent Hanson about Seattle Shellfish case status and settlement prospects; Email exchanges with KGA and clients; Draft Motion; | 2.00<br>**TWT** |
| 5/13/2013 | Telephone call with client attorney D.B. about strategy and work distribution; Multiple emails exchanged with TWT on same; Review summary from client rep C.P. of Chinook related concerns; | 2.00<br>**KGA** |
| 5/13/2013 | Review signed Retainer Agreement; Review Washington AG opinion on shellfish harvesting exemption from HPA permitting; Briefly evaluate same; Review confirmation from client rep C.P. that prior attorney on *Seattle Shellfish* will withdraw; Email exchange with TWT and client rep on status of *Seattle Shellfish* negotiations; | 1.75<br>**KGA**<br>**No Charge** |
| 5/14/2013 | Review multiple emails from *Seattle Shellfish* related counsel on signing documents to effectuate withdrawal as well as Minterbrook Oyster Company proposed lease and letter from concerned tide flat owner; Provide detailed advice to client rep L.H. on same; Review list of shoreline Hearings Board Thurston County Appeal issues forwarded by client rep L.H.; | 2.00<br>**KGA**<br>**No Charge** |
| 5/14/2013 | Update preliminary thoughts/strategy outline for taking on NWP 48, both facially and "as applied"; Forward to co-counsel to get his thoughts and additions; | .50<br>**KGA** |
| 5/15/2013 | Prepare and file Stipulation re: Seattle Shellfish lawsuit; | .25<br>**TWT**<br>**No Charge** |

| 5/15/2013 | Review FOIA requests and comment; Message to client; | .25 **TWT** |
|---|---|---|
| 5/15/2013 | Review proposed stipulation and Order in *Seattle Shellfish* on substitution from co-counsel; Review client draft Washington Public Record Act (WPRA) requests to various agencies; Provide advice on same; Begin legal research on Marine Mammal Protection Act (MMPA) enforcement; Email exchanges with co-counsel on status of *Seattle Shellfish* and status of retainer signatures; | 1.50 **KGA** **No Charge** |
| 5/15/2013 | Review the Corps Seattle District Website; Review L.H. FOIA requests to Corps on NWP 48 issues; Provide advice on same; | .50 **KGA** |
| 5/17/2013 | Review L.H. inquiry and provide advice on possible sources of marine biologists; Review Stipulation and Order on substitution of counsel filed in *Seattle Shellfish* case; | .20 **KGA** **No Charge** |
| 5/21/2013 | Review signed Order in *Seattle Shellfish* approving substitution; | .10 **KGA** **No Charge** |
| 5/29/2013 | Review client rep L.H. email with Industry "SHB Summary Judgment Motion ("Sum. Jud. Mot."); Begin review of same;  Review client rep L.H. WPRA requests to Health Department and WDFW; | .60 **KGA** **No Charge** |
| 5/30/2013 | Provide preliminary NEPA/SEPA advice to client reps; | .40 **KGA** **No Charge** |
| 5/31/2013 | Review email from L.H.; | .25 **TWT** |
| 6/7/2013 | Review Order of Dismissal; Phone call with Kent Hanson re: background; Email exchange with KGA and L.H.; | .85 **TWT** **No Charge** |
| 6/7/2013 | Review *Seattle Shellfish* Voluntary Dismissal; Send to client reps and co-counsel with thoughts on same; Review TWT message about conversation with DOJ attorney about same; | .10 **KGA** **No Charge** |
| 6/10/2013 | Review Court Notice of *Seattle Shellfish* case closure; | .10 **KGA** **No charge** |
| 6/11/2013 | Review Notice from Court on *Seattle Shellfish*; | .10 **TWT** |

| | | |
|---|---|---|
| 6/11/2013 | Follow up with TWT on NWP 48 strategy outline; | .10 **KGA** **No Charge** |
| 6/12/2013 | Review email from KGA; Phone call with DOJ attorney Kent Hanson; Respond to strategy Memo; Legal research re: CAAPs and NWP 48; | 1.50 **TWT** |
| 6/13/2013 | Review letter to Corps with attachments; | 1.25 **TWT** |
| 6/13/2013 | Phone calls with co-counsel on strategy for NWP 48 challenge; Conference calls with other attorneys and with former local NMFS biologist to gain further information on Corps and NMFS processes (both past and on-going) of NWP 48 authorizations; | 1.00 **KGA** |
| 6/14/2013 | Prepare for meeting with Kent Hanson, DOJ and NOAA Fisheries biologist; | 1.50 **TWT** |
| 6/14/2013 | Outline additional strategy ideas precipitated by phone discussions; Follow up with co-counsel on same; | .75 **KGA** |
| 7/7/2013 | Finalize multi page Strategy Outline; Forward to L.H./C.P. and co-counsel; | .85 **KGA** |
| 7/9/2013 | Review and respond to client rep L.H. questions about FOIA requests to Corps; | .40 **KGA** |
| 7/15-16/2013 | Review 60-day Notice on Drake Bay; Provide thoughts to client on same; | .25 **KGA** **No Charge** |
| 7/25/2013 | Review Northern California decision; Review KGA\ message; | .50 **TWT** **No Charge** |
| 7/25/2013 | Lengthy phone call with client rep L.H. on Corps situation, plans for future submittals to Corps, etc.; | 1.00 **KGA** |
| 7/25/2013 | Email to L.H. on various SHB issues; Follow up with TWT on same; | .50 **KGA** **No Charge** |
| 8/2/2013 | Review of email from L.H. with DNR press release about Geoduck Clam Leases; Provide advice and questions for follow up with DNR; | .25 **KGA** **No Charge** |
| 8/3/2013 | Review emails from co-counsel with additional thoughts on DNR situation; Review email from client rep L.H. with additional thoughts on DNR lease and Corps cumulative impact issues; | .25 **KGA** **No charge** |

| | | |
|---|---|---|
| 8/5/2013 | Review email from KGA and respond to same; Phone call with KGA; | .25<br>**TWT** |
| 8/5/2013 | Review email from client rep C.P.; Provide advice on SEPA DNR issues and ESA issues; | .25<br>**KGA**<br>**No Charge** |
| 8/8/2013 | Review NMFS proposed NOAA rockfish near shore Critical Habitat proposal forwarded by client rep C.P.; | .10<br>**KGA**<br>**No Charge** |
| 9/3/2013 | Follow up email to client rep L.H. on various issues; | .10<br>**KGA**<br>**No Charge** |
| 9/6/2013 | Review client rep L.H. response; | .10<br>**KGA**<br>**No charge** |
| 9/13/2013 | Phone call with KGA on status; | .10<br>**TWT** |
| 10/23-28/2013 | Review detailed email from client rep L.H. with SHB testimony and a variety of other information; | 1.25<br>**KGA**<br>**No Charge** |
| 11/3-5/2013 | Review client rep L.H. email with SHB decision; Read SHB decision; Review of documents from SHB case; Phone call and email to attorney D.B. to try to ensure no duplication of effort; Follow up email to clients with info provided by D.B.; | 3.50<br>**KGA**<br>No Charge |
| 11/4/2013 | Review email and phone message; Review SHB decision (preliminary only); | .50<br>**TWT**<br>**No Charge** |
| 11/5/2013 | Phone call with KGA and L.H.; Review email from L.H.; | 1.00<br>**TWT**<br>**No Charge** |
| 11/5/2013 | Review SHB decision; | .50<br>**TWT**<br>**No Charge** |
| 11/5/2013 | Begin review of FOIA CDs from Corps, sent by client rep L.H.; Phone calls with TWT to strategize next steps; | 2.00<br>**KGA** |
| 11/6/2013 | Email exchange with L.H. and KGA; | .50<br>**TWT** |

| | | |
|---|---|---|
| 11/6-9/2013 | Review client rep L.H. email on cumulative impacts; Review email string forwarded by client rep L.H. between citizen Corbett and Corps; Provide thoughts/advice to clients about challenge to Nationwide and inconsistency between Corps email to Corbett and actual Seattle District NWP 48 usage; | 1.00 **KGA** |
| 11/9/2013 | Review follow up emails from client reps L.H. and C.P. on SEPA, local permitting, mapping, and related issues; Follow up with L.H. on Industry "back dating" of tide flat leases issue with questions on same; | .15 **KGA** **No Charge** |
| 11/11/2013 | Phone call to L.H. on SHB Hearing provide advice on same; | .25 **TWT** **No Charge** |
| 11/11/2013 | Review additional Corps documents; Review emails from client reps, and associated documents; Research to locate additional information on Seattle District permits and conditions; | 1.20 **KGA** |
| 11/12/2013 | Briefly review NMFS jeopardy BiOp on NWP 48 to see what cumulative impact analysis (if any) it contains; Locate and evaluate NEPA Cumulative impact analysis by Seattle District and Corps HQ; Work on draft 4 page outline of strategy and a list of questions to be answered; Begin drafting FOIA/WPRA requests for client reps related to same; | 4.60 **KGA** |
| 11/13/2013 | Provide excerpts of key documents and detailed outline of thoughts/strategy options and a list of 17 outstanding questions to L.H./C.P.; Follow up with TWT on same; | 1.95 **KGA** |
| 11/14/2013 | Review materials from L.H. and KGA; Begin drafting letter to Corps; | .50 **TWT** |
| 11/15/2013 | Finalize billing statement and send to L.H.; | .85 **KGA** **No Charge** |
| 11/20/2013 | Review phone message and emails from L.H. about SHB and Japonica NPDFS permitting; | .35 **KGA** **No Charge** |
| 11/21/2013 | Multiple emails exchanged with L.H. to schedule conference call with her and TWT to make decision about moving forward with case against Corps over NWP 48; | .40 **KGA** **No Charge** |

| 11/22/2013 | Review emails; Conference call with L.H. and KGA; Phone call with Kent Hanson re: status of Corps permitting and public comment; | 1.50 **TWT** |
|---|---|---|
| 11/22/2013 | Phone call with L.H. and TWT to discuss next steps in NWP 48 challenge; | .90 **KGA** |
| 11/25/2013 | Review phone message from TWT (about called with Corps attorney); | .10 **KGA** |
| 11/26/2013 | Email exchange with KGA; Phone call to regional counsel for Corps; | .25 **TWT** |
| 11/26/2013 | Phone call to Corps to find out more info; Emails with TWT about who at the Corps we should contact; Review Corps Website about contact information; | .40 **KGA** |
| 11/27/2013 | Emails exchanged with TWT on who Corps current general counsel is; | .10 **KGA** |
| 12/2/2013 | Conference call with KGA on status and conversion with Corps attorney; | .25 **TWT** |
| 12/2/2013 | Locate and send key Corps Website links related to NWP 48 and FOIA issues to TWT and L.H.; | .50 **KGA** |
| 12/3/2013 | Draft and submit FOIA request to Corps to get list of all registrations under NWP 48 and all pending Applications under same; Review FOIA officer response; Email to L.H./C.P. and TWT with thoughts on next steps; Multiple emails exchanged with L.H./C.P. on same; Provide additional advice on cumulative impact issues to C.P.; Review multiple emails from C.P. with prior comments to Corps and some analysis of impacts from NWP 48 by NMFS and others, as well as misc. science articles; Begin review of same; | 1.85 **KGA** |
| 12/4/2013 | Review materials provided by Corps; Email to L.H.; Research potential claims, cumulative impact, and PVC issue; | 3.00 **TWT** |
| 12/4/2013 | Follow up with *Preserve Our Island* attorney to get his thoughts on applicability of that decision and to talk through his Briefing and the Corps response; Review emails from TWT on PVC pipe issues; Review C.P. emails on same; | 1.15 **KGA** |
| 12/5/2013 | Review draft FOIA request; | .50 **TWT** |

| Date | Description | Time |
|---|---|---|
| 12/5/2013 | Draft second detailed FOIA request related to Corps and applicant compliance with Regional Conditions on NWP 48 as it currently exists; Send draft FOIA request to TWT to submit; | .60 **KGA** |
| 12/6/2013 | Email exchange with L.H.; Review maps; | .75 **TWT** |
| 12/6/2013 | Review email from L.H. with contact information and introduction to near shore science expert; Emails with TWT on FOIA request submittal; Prepare and submit additional FOIA for maps that show locations of all NWP 48 projects, including but not limited to updates to "red dot" map; Review email from L.H. with maps she has located so far, so that we can compare those with what Corps provides; Follow up with Near Shore Science expert; | 1.30 **KGA** |
| 12/9/2013 | Phone call with KGA on FOIA request; | .25 **TWT** |
| 12/9/2013 | Review response from Corps FOIA officer indicating that the Fee Waiver request is in their view inadequate; Responsive email with query about why it is allegedly inadequate and what additional information the Corps allegedly needs to process the FOIA; Follow up with L.H. and TWT on same; Review email from Corps FOIA officer with outline of current Seattle District Fee Waiver criteria; Briefly respond to same and begin drafting up outline of how CPPSH meets all criteria; Review email from Near Shore Science expert; | .95 **KGA** |
| 12/13/2013 | Email exchange; Review materials in preparation for conference with Near Shore expert; Conference with expert and KGA; | 1.25 **TWT** |
| 12/11/2013 | Review email from L.H. to Coalition members with update on Near Shore Science expert, myself, and TWT, and an outline on next steps to address cumulative impacts; Multiple emails between Coalition members on same; Multiple scheduling emails with TWT and Near Shore Science expert to set up a conference call; | .65 **KGA** **No Charge** |
| 12/12/2013 | Additional emails with TWT and Near Shore Science expert to schedule conference call tomorrow; | .30 **KGA** **No Charge** |

| | | |
|---|---|---|
| 12/13/2013 | Review L.H. email with info on gooey duck ban in China due to high metal content; Phone call with Near Shore Science expert and TWT to go over scope of work and literature review as well as data gap filling plan to help support cumulative impact comments to be submitted; Follow up with L.H. and C.P. with task outline for them to support same; Multiple emails with L.H. and TWT on same; | 1.80 **KGA** |
| 12/15/2013 | Review email from L.H. to Near Shore Science expert with background studies and other information; | .30 **KGA** **No Charge** |
| 12/16/2013 | Email exchange with KGA on FOIA request; | .25 **TWT** |
| 12/16/2013 | Email to TWT about document review; Email to Corps FOIA officer about Fee Waiver info and about whether it can be transmitted by email; | .25 **KGA** |
| 12/17/2013 | Review email from FOIA officer confirming email transmission of Fee Waiver info is fine; Finalize and submit detailed outline by email to Corps FOIA officer of why Coalition meets Fee Waiver criteria; Follow up email to L.H. and C.P. on next steps for FOIA and putting together generic cumulative impact comment; | 1.45 **KGA** |
| 12/18/2013 | Draft and submit another FOIA request to the Corps looking for specific NEPA documents (if any) beyond the Nationwide 2012 National documents and Regional documents; Submit same to permitting person; Follow up with L.H. on same; | .95 **KGA** |
| 12/19/2013 | Review email from Corps FOIA officer confirming receipt of additional FOIA request; Begin review documents and email from Corps FOIA officer with response to 12/3 FOIA request; | 1.10 **KGA** |
| 12/20/2013 | Forward documents from Corps to L.H. and TWT; Confirm receipt of FOIA documents with Seattle FOIA officer; | .20 **KGA** **No Charge** |
| 12/23/2013 | Review email from L.H. about opinion piece in the Olympian News about shellfish toxin issues; | .25 **KGA** **No Charge** |

| | | |
|---|---|---|
| 1/2/2014 | Review letter from Corps FOIA officer verifying there are no additional Corps NEPA cumulative impact documents; Email to L.H. and co-counsel with copy of same and brief thoughts on how this may help our potential challenge to NWP 2012; Finalize and file further FOIA request with Corps for key underlying documents relied on for prior cumulative impact conclusions; Forward same on to L.H./C.P.; Review email from L.H. with 41 page literature review on NWP 48 issues; | 3.00 **KGA** |
| 1/3/2014 | Provide studies, Corp spreadsheets on permits status, and other key documents to Law Clerk along with directions on drafting detailed cumulative impact comments for future submission to Corps; | .50 **KGA** |
| 1/10/2014 | Review FOIA response from Corps. | .10 **KGA** |
| 1/8-17/2014 | Review all materials and consult with KGA; Extensive legal and factual research; Begin drafting legal Memo on potential way to get at issues; Begin drafting generic Cumulative Impact Comment for Coalition to use as base for site specific comments on NWP 48 authorizations; Edit and revise same as additional documents are reviewed; | 17.80 **Law Clerk** |
| 1/23-25/2014 | Begin review of new SHB decision on Cumulative Impacts; Send to Law Clerk with thoughts on how it might relate to the generic Corps Cumulative Impact comment draft; | .35 **KGA No Charge** |
| 1/25/2014 | Email to L.H. with information on FOIA responses from Corp; Follow up with TWT on need for additional FOIA and WPRA request; | .70 **KGA** |
| 1/25/2014 | Review Tacoma Tribune article forwarded by L.H.; | .20 **KGA No Charge** |
| 1/18-27/2014 | Additional research on PVC toxicology and various legal issues; Additional drafting and editing on generic Cumulative Impact comment; Check with Center for Biological Diversity (CBD) for info they may have on cumulative impacts from shellfish aquaculture, per KGA direction; Provide first draft Cumulative Impact comment to KGA for review; | 17.70 **Law Clerk** |

| | | |
|---|---|---|
| 1/28/2014 | Begin review of draft generic Cumulative Impact Comment from Law Clerk; Follow up with Law Clerk on same; | .30 **KGA** |
| 1/29/2014 | Review press release from L.H. on efforts to try to stop eelgrass destruction by chemical spraying; | .20 **KGA** **No Charge** |
| 1/30/2014 | Review Shoreline Hearings Board decision in detail; Review new peer study on Japanese eelgrass; Review email from L.H.; | 1.25 **TWT** **No Charge** |
| 2/4/2014 | Edit draft generic Cumulative Impact Comment from Law Clerk; | .20 **KGA** |
| 2/5/2014 | Further edits to draft comments; | .20 **KGA** |
| 2/10/2014 | Phone call with L.H. on status; | .25 **TWT** |
| 2/10/2014 | Provide follow up research questions to Law Clerk on Cumulative Impact related issues; | .40 **KGA** |
| 2/12/2014 | Review materials on "best available science" and Cumulative Impact legal research from Law Clerk; Further edits to draft Cumulative Impact Comment; | .15 **KGA** |
| 2/13/2014 | Collect and review all materials cited in draft generic Cumulative Impact comment; Send L.H./C.P. draft of generic comment with outline of strategy for use of same and all documents cited; | .50 **KGA** |
| 2/14/2014 | Review draft EIS permit and comments; Phone call to L.H.; Revise and finalize comments; Review KGA comments; | 5.35 **TWT** |
| 2/14/2014 | Review L.H. responses on draft cumulative impact comments; Incorporate responses into current draft; | .50 **KGA** |
| 2/20/2014 | Review Imazamox materials: | .25 **TWT** **No Charge** |
| 2/27/2014 | Begin preliminary review of cumulative impact comments; Draft FOIA request; | 3.00 **TWT** |
| 2/27/2014 | Review email from L.H. with information on DOE EIS on Imazamox spraying; Review email from L.H. on *Detienne* SHB Appeal; | .25 **KGA** **No Charge** |

| | | |
|---|---|---|
| 2/28/2014 | Review Petition for Review; Phone call to L.H.; | .50<br>**TWT**<br>**No Charge** |
| 3/18/2014 | Review email from L.H.; Review applicable WAC and make suggestions; | .75<br>**TWT**<br>**No Charge** |
| 3/18-20/2014 | Review emails from L.H. about new Pierce County Shoreline Master Plan Amendments as a result of *Detienne* SHB win; Review email from L.H. with questions about application of WAC's and TWT's response with answer on WAC's; | .25<br>**KGA**<br>**No charge** |
| 3/25/2014 | Telephone conference with L.H. on strategy, handling, and evaluation; | .75<br>**TWT** |
| 3/25/2014 | Review email from L.H. with WPRA to WDFW about shellfish aquaculture since 2008 (to try to determine if Corps number's on permit usage are wrong); | .10<br>**KGA** |
| 3/26/2014 | Review final EIS (preliminary); Email to KGA; | .25<br>**TWT**<br>**No Charge** |
| 3/26/2014 | Review email from TWT about final EIS on Imazamox spraying in Willapa Bay; | .10<br>**KGA**<br>**No charge** |
| 4/2-3/2014 | Review email from L.H. with DOE announcement of NPDES permit issuance for Willapa Bay Imazamox spraying; Provide quick answer to L.H. on PCHB permit Appeals process; Review response from L.H.; Review TWT follow up on same issue and L.H. response; | .75<br>**KGA**<br>**No Charge** |
| 4/12/2014 | Review request from TWT about toxicologist and herbicide spray experts; Respond with contact information for at least one possible expert; | .10<br>**KGA**<br>**No Charge** |
| 4/14/2014 | Research to locate information on additional potential toxicology experts; Follow up emails to TWT with two other potential options and my thoughts on potential issues with each; | .75<br>**KGA**<br>**No charge** |
| 4/21/2014 | Review L.H. questions and update from Seattle District about number of NWP 48 permits already issued and the "local" analysis allegedly underway; Provide advice on requesting additional files from Corps; | .75<br>**KGA** |

| | | |
|---|---|---|
| 4/22/2014 | Review email from L.H. with the *Detienne* SHB Appeal and questions posed by co-counsel about representation on same; Review responses from L.H.; Multiple emails exchanged with L.H. and TWT on scheduling of conference call; | .50<br>**KGA**<br>**No Charge** |
| 4/24/2014 | Multiple additional scheduling emails for conference call; Review NRDC spray drift guidance comments to EPA; Forward same to L.H. and co-counsel in case they are relevant to Imazamox PCHB Appeal; | .50<br>**KGA**<br>**No Charge** |
| 4/25/2014 | Prepare and attend meeting with KGA and L.H. on strategy; Review email from Corps; | 1.50<br>**TWT** |
| 4/25/2014 | Review material to prepare for conference call with TWT and L.H. to discuss strategy on NWP 48 registrations, Individual permits, FOIA issues, and new studies that may be helpful; Participate in conference call and provide advice on various issues; Review email to TWT by Corps FOIA officer; | 1.50<br>**KGA** |
| 5/1/2014 | Confer with KGA on Willapa Bay issues; | .75<br>**TWT**<br>**No Charge** |
| 5/1/2014 | Strategize with TWT on potential theories and types of expert declarations needed to challenge DOE Willapa Bay NPDES Permit for herbicide use on Japanese eelgrass, and what would be necessary to try to obtain to Stay from PCHP; | .75<br>**KGA**<br>**No Charge** |
| 5/2/2014 | Phone call to expert toxicologist; Begin work on Motion for Stay; | .50<br>**TWT**<br>**No Charge** |
| 5/2/2014 | Review press release from L.H. about Coalition Appeal of DOE NPDES spraying permit; | .10<br>**KGA**<br>**No Charge** |
| 5/14/2014 | Review draft Declaration by expert in support of PCHB spray permit Appeal; Provide thoughts and advice on same; | .15<br>**KGA**<br>**No Charge** |
| 5/14/2014 | Review follow up email from L.H. with her notes from recent discussion with Corps about NWP 48 and questions on how to proceed; | .10<br>**KGA** |
| 5/20/2014 | Review email from L.H. with new Pierce County Appeal for 15 acre aquaculture project; | .10<br>**KGA**<br>**No Charge** |

| | | |
|---|---|---|
| 5/21/2014 | Review email from L.H. with questions about Corps cumulative impact documents; Respond with key NWP 48 decision documents (both National and Seattle District level) including specific cites to key pages/paragraphs; | .40<br>**KGA** |
| 5/22-23/2014 | Review emails from L.H. with additional questions on SEPA vs. NEPA, and press releases from shellfish Industry and NMFS; Respond to same; | .60<br>**KGA**<br>**No Charge** |
| 6/3/2014 | Review L.H. FOIA to Corps for six different permit files per our discussion; | .10<br>**KGA** |
| 6/12/2014 | Additional legal research on whether there are any alternative ways to challenge NWP 48 registrations; | .75<br>**KGA** |
| 7/1/2014 | Review L.H. 6/17/2014 email about pending aquaculture cites and Corps process issue; Provide outline of thoughts and advice on same and some of prior questions; | .75<br>**KGA** |
| 7/8/2014 | Review emails from L.H. and C.P. on south Puget Sound Orca Pod issues; Review expert comments on same: | .25<br>**KGA** |
| 8/7/2014 | Phone conference with L.H., to provide advice on various issues; Review email from L.H. with *Haley* proposed site visit Release; Review proposed Release; | .75<br>**KGA**<br>**No Charge** |
| 8/8/2014 | Email exchange with and letter to L.H. with legal opinion on proposed Release; | 1.00<br>**KGA**<br>**No Charge** |
| 8/8/2014 | Review and edit updated draft Generic Coalition NWP 48 comments to Corps; | .25<br>**KGA** |
| 8/9-12/2014 | Finalize generic NWP 48 comments to Corps; Send to L.H. with detailed instructions; Send key attachments to L.H.; | 3.75<br>**KGA** |
| 8/12/2014 | Emails and phone call with client attorney G.L. about Thurston County Appeal of Industry SHB decision; Preliminary legal research on cost issues; | .25<br>**KGA**<br>**No Charge** |
| 8/13-14/2014 | Legal research on cost/fee issue in Thurston County; Memo to KGA on same; | 4.75<br>**Law Clerk**<br>**No Charge** |

| Date | Description | Hours |
|---|---|---|
| 8/13/2014 | Review Thurston County Petition for Review; Review law clerk Memo on costs; Phone conference with TWT on same; Letter to L.H. outlining thoughts and advice on how to proceed on that case; Multiple emails and phone calls with client attorney G.L. on same; | 1.15 **KGA** **No Charge** |
| 8/14/2014 | Phone conference with L.H. to provide rough estimate of hours for Corps NEPA/CWA suit on NWP future 48 registrations and thoughts on next steps; | .60 **KGA** **No Charge** |
| 8/26/2014 | Review email from and provide advice to attorney G.L. about possible dismissal in Thurston County case; | .10 **KGA** **No Charge** |
| 9/2-3/2014 | Review multiple L.H. emails about various efforts by Industry and various issues that may come up in the Pierce County/Haley HE case; Outline some issues for L.H., and provide brief thoughts on each; Draft Pre-Hearing Brief insert that addresses the "Improper Reliance on Corps NEPA" issues; Forward to L.H. for potential use in her briefing; | 1.40 **KGA** **No Charge** |
| 9/4/2014 | Further research on Seattle District NWP permit re-issuance or renewal process; | .55 **KGA** |
| 9/5-7/2014 | Legal research and drafting of Complaint; | 6.50 **Law Clerk** |
| 9/8/2014 | Review draft expert report; Review email from L.H. on Pierce County Haley Hearing; Respond to same; Review email from KGA; | 1.00 **TWT** **No Charge** |
| 9/9/2014 | Review news article on Shellfish Initiative forwarded by client rep L.H.; Provide thoughts on "right to farm" ordinances and constitutionality issues that might come up; | .50 **KGA** **No Charge** |
| 9/11/2014 | Review additional new clippings from Bainbridge paper forwarded by client rep L.H.; | .10 **KGA** **No Charge** |
| 9/15/2014 | Review emails from L.H. and respond to same; Review SEPA/NEPA page and confer on same; | 2.00 **TWT** **No Charge** |
| 9/15/2014 | Review long email from L.H. about various Pierce County Appeal issues and the Shellfish Initiative; Provide detailed feedback on various SEPA and other related issues; Review similar related feedback to L.H. from TWT; | 1.00 **KGA** **No Charge** |

| 9/15/2014 | Begin review of draft Complaint forwarded by law clerk; | .50 **KGA** |
| 9/18-19/2014 | Review 22 page propaganda letter from shellfish lawyers about the "Initiative"; Review TWT thoughts on same; Review follow up emails from L.H. on same; | .50 **KGA** **No Charge** |
| 9/19/2014 | Review email from L.H. with 22 page letter; Respond to same; | 1.50 **TWT** **No Charge** |
| 9/26/2014 | Additional work on draft Complaint; Outline additional research questions for law clerk; | .75 **KGA** |
| 9/29-10/16/2014 | Additional research and drafting on CWA claims for Complaint; Provide same to KGA; | 5.90 **Law Clerk** |
| 10/16/2014 | Review CWA related materials provided by law clerk; | .50 **KGA** |
| 10/17/2014 | Review Notice of Proposed CWA Rule making on definition of "waters of the state" forwarded by L.H.; | .25 **KGA** **No Charge** |
| 11/2/2014 | Review detailed information email to a wide group of folks by L.H., with geoduck aquaculture information; | .25 **KGA** **No Charge** |
| 12/2/2014 | Review information from TWT on Willapa Bay herbicide spraying; Work to organize more comments from other conservation groups on same; | .50 **KGA** **No Charge** |
| 12/7/2014 | Additional legal research on suits against the Corps that have been successful (or not); | .50 **KGA** |
| 12/8/2014 | Additional research on same; | .25 **KGA** |
| 12/14/2014 | Begin to revise draft Complaint in light of research results; | .25 **KGA** |
| 12/18/2014 | Revise/edit draft Complaint; | .75 **KGA** |
| 12/22/2014 | Phone call from L.H. on status and handling; | .25 **TWT** **No Charge** |
| 12/22/2014 | Further edits to draft Complaint; | .75 **KGA** |

| Date | Description | Hours |
|---|---|---|
| 1/5/2015 | Additional revisions to draft Complaint; | .50 **KGA** |
| 1/6/2015 | Send revised draft Complaint to client reps and co-counsel with outline of some of the issues; Task law clerk with additional legal research on CWA & NEPA issues; | 1.00 **KGA** |
| 1/6/2015 | Task law clerk with legal research on possible ESA §7 & §9 60 Day Notice issues; | .50 **KGA** **No Charge** |
| 1/6-10/2015 | Legal research on NEPA issues; Follow up research on NWP 48; Review all case law on Corps NWP's; Lengthy Memo to KGA on NEPA issues; | 33.80 **Law Clerk** |
| 1/11-25/2015 | Begin research on and drafting of 60 Day ESA Notice to Corps; Meetings with KGA to discuss research; Draft and send to KGA ESA 60 Day Notice for review; | 10.00 **Law Clerk** **No Charge** |
| 1/7/2015 | Confer with L.H. and KGA on cumulative impacts and Corps; | 1.00 **TWT** |
| 1/7/2015 | Phone call with L.H. to discuss Cum. Impact claim against Corps; Phone call with TWT on tactical issues for Cum. Impact suit; Revise draft Complaint, to create one version with ESA claims and one without; Phone call with client rep N.Q. about preparing and filing Cum. Impact Comments; Multiple emails to N.Q. with additional supporting documents and updated Comment draft; | 2.75 **KGA** |
| 1/7-8/2015 | Phone call with L.H. on *Haley* SHB Appeal, strategies for bringing more pressure to bear on Counties, etc; Begin review of email from L.H. with NMFS *Haley* Comment letter, as well as grower brief and Pierce County HE Decision in *Haley* case; | 1.75 **KGA** **No Charge** |
| 1/9/2015 | Review various materials from L.H. including PVC tube loss log; | .75 **KGA** |
| 1/10/2015 | Draft additions for Cumulative Impact Comment related to NMFS letter and PVC tube loses Send revised Comment to client reps and co-counsel; | 2.25 **KGA** |
| 1/11/2015 | Respond to L.H. email about setting up a conference call to discuss *Haley* SHB arguments; | .50 **KGA** **No Charge** |

| 1/12/2015 | Review emails from KGA and revise draft comment; | .50 **TWT** |
|---|---|---|
| 1/12/2015 | Phone call with Corps on NMFS ESA Section 7 consult issues and how that relates to Cumulative Impact; Review law clerk research on NEPA, CWA and other NWP issues; | .50 **KGA** |
| 1/12/2015 | Additional legal research on Section 9 ESA Notice issues; | .25 **KGA** **No Charge** |
| 1/14/2015 | Additional review of *Haley* SHB appeal materials; Long conference call with L.H. to discuss strategy and tactics for SHB appeal; Review materials seny by TWT in Eelgrass herbicide spraying permit challenge; | 4.00 **KGA** **No Charge** |
| 1/15/2015 | Phone call with L.H. on next steps in Corps Cumulative Impact claim; Review email from N.Q. about Corps Cumulative Impact comments; Respond to same; | .75 **KGA** |
| 1/16/2015 | Provide thoughts to TWT on Eelgrass herbicide spraying issue; | .75 **KGA** **No Charge** |
| 1/22-23/2015 | Additional NEPA research provided to TWT for Eelgrass herbicide spraying permit case; Begin review of draft 60 day ESA Notice to Corps forwarded by law clerk; | .75 **KGA** **No charge** |
| 1/24/2015 | Email exchange with co-counsel on possible RCRA claim for lost geoduck tubes and issues that would arise in same; | .25 **KGA** **No Charge** |
| 1/27/2015 | Review email from KGA on new USCOE directive; | .25 **TWT** |
| 1/27/2015 | Review agency information packet forwarded by L.H.; Provide advice on same; | .25 **KGA** |
| 2/1-3/2015 | Further legal research on NWP and Corps permit challenges; Begin summarizing all cases located; | 13.03 **Law Clerk** |
| 2/4-6/2015 | Additional legal research on NWP and Corps permit challenges; Continue summarizing cases; Begin draft Memo for KGA on same; | 18.07 **Law Clerk** |
| 2/7-8/2015 | Finish summarizing all cases; Further edits to Memo for KGA on same; | 9.70 **Law Clerk** |

| | | |
|---|---|---|
| 2/4-9/2015 | Multiple email exchanges with law clerk on NWP research and drafting; | .50 **KGA** **No Charge** |
| 2/10/2015 | Review materials from L.H.; Email exchange on same; | .50 **TWT** **No Charge** |
| 2/10/2015 | Review email from L.H. about Declaration to be used in *Haley* Permit SHB appeal; Complete Declaration review/make edits; Send same to L.H.; | 1.75 **KGA** **No Charge** |
| 2/11/2015 | Follow up email to N.Q. on status of Biological Evaluations (BE) for NWP 48 and other similar operations sought from DOE and Corps; Review email from N.Q. with answers on same; Review follow up email from N.Q. with BE's from DOE; Forward same on to law clerk; | .50 **KGA** |
| 2/13/2015 | Review email from L.H. asking what laws apply to Declarations and how they are related to the SHB appeal; Provide citations to SEPA statute and rules, along with link to DOE SEPA handbook; | .25 **KGA** **No Charge** |
| 2/24/2015 | Review draft Petition for Suspension of NWP 48; | 1.25 **TWT** |
| 2/15-16/2015 | Edit draft 60 Day ESA Notice; | 1.50 **KGA** **No Charge** |
| 2/17/2015 | Phone call from L.H.; | .25 **TWT** |
| 2/18-19/2015 | Provide draft 60 Day Notice to L.H. with thoughts on same; Follow up with law clerk on various issues including Petition to Suspend; | 1.50 **KGA** **No Charge** |
| 2/16-19/2015 | Draft Petition to Suspend NWP 48 in Puget Sound; | 10.00 **Law Clerk** |
| 2/20/2015 | Review thoughts from TWT on ESA issue; Provide follow up advice on related issues; | .25 **KGA** **No Charge** |
| 2/23/2015 | Revise 60 Day ESA Notice; Provide copy to L.H./C.P. along with further thoughts on strategy issues; | .50 **KGA** **No Charge** |
| 2/23/2015 | Review email from N.Q. with more potential cumulative impact related supporting documents; Follow up questions to N.Q. on same; | .25 **KGA** |

| Date | Description | Time |
|---|---|---|
| 2/21-22/2015 | Continue to draft Petition to Suspend NWP 48 in Puget Sound; Check all literature and authority on same; | 3.30 **Law Clerk** |
| 2/24/2015 | Conference with L.H.; | 1.00 **TWT** |
| 2/24/2015 | Review draft Petition for Suspension of NWP 48; | 1.25 **TWT** |
| 2/25/2015 | Review draft Petition for Suspension of NWP 48 in Puget Sound from law clerk; Multiple email exchanges with law clerk on same; | 2.75 **KGA** |
| 2/25/2015 | Additional drafting of Petition to Suspend NWP 48 in Puget Sound; Send to KGA; | 6.85 **Law Clerk** |
| 2/26/2015 | Discussion with KGA about updating/revising Petition and additional research for Petition; | 2.00 **Law Clerk** |
| 2/26/2015 | Review email from L.H. about possible phone discussion with expert witnesses and request for citations on cumulative impact requirements in SEPA; Legal research to update case law and materials on same; Provide detailed email to L.H. with advice and citations on SEPA cumulative impact issue; | 2.00 **KGA** **No Charge** |
| 2/26/2015 | Review messages from KGA and send information on cumulative impact; | .50 **TWT** |
| 2/26/2015 | Review co-counsel's cumulative impact material; Provide additional advice on same; | .75 **KGA** |
| 2/27/2015 | Review additional documents cited by law clerk in draft Petition to suspend; Additional edits to draft Petition for Suspension of NWP 48; Edit draft Complaint against Corps; Ask law clerk for additional research and drafting on same; Provide draft Petition for Suspension to L.H./C.P. with advice on strategy for use of same; | 1.00 **KGA** |
| 2/28/2015 | Email to L.H. on possible WPRA requests on 401 Certification issues; Review response; | .50 **KGA** **No Charge** |
| 3/5/2015 | Email exchange with KGA on injunctive relief prospects; | .50 **TWT** |

| 3/5/2015 | Review email from TWT with question about CWA and possibility of seeking injunction this year; Review email from L.H. about plastics and other issues; Review email from N.Q. about Corp FOIA and DOE WPRA's; | .50<br>**KGA** |
|---|---|---|
| 3/10/2015 | Review Pierce County SMP and SMA on cumulative impacts; Conference with KGA on same; | 1.50<br>**TWT**<br>**No Charge** |
| 3/10/2015 | Review email from L.H. on post hearing briefing in *Haley* permit SHB appeal; Phone conference with TWT on same; Detailed email to L.H. with advice on same; | 1.50<br>**KGA**<br>**No Charge** |
| 3/11/2015 | Review multiple additional emails from L.H. on Post Hearing Brief issues; Lengthy phone call with L.H. on same; Provide ideas on Post Hearing Brief language for use with argument about lame permitee expert; Legal research on SEPA and SMA cumulative impact requirements; Provide concise summary of both SEPA & SMA cumulative impact standard; Review PCC Title 18; Outline County modification rights; Send materials to L.H.; | 5.75<br>**KGA**<br>**No Charge** |
| 3/11-14/2015 | Revise draft Federal Court CWA/NEPA Complaint; Legal research on same; Further legal research on NEPA and Corps issues; Conferences with KGA about same; | 17.70<br>**Law Clerk** |
| 3/12/2015 | Multiple conferences with law clerk about Complaint revisions and legal research issues; | .25<br>**KGA** |
| 3/13/2015 | Further conference with law clerk about Complaint review; | .50<br>**KGA** |
| 3/16/2015 | Phone call with L.H. on status; | .25<br>**TWT** |
| 3/17-18/2015 | Email exchange with L.H. about Taylor/County Post Hearing Briefs in *Haley* case; Review Briefs; Legal research on issues raised in same; Draft portions of Reply Brief for use by L.H.; Send same to L.H.; | 4.75<br>**KGA**<br>**No Charge** |
| 3/18-19/2015 | Additional legal research on CWA/NEPA issues; Revise Complaint to include challenges to NWP 48 nationally as well as regionally; Review National and Regional NWP 48 docs for any "re-opener" clauses; Report to KGA on same; | 13.20<br>**Law Clerk** |

| | | |
|---|---|---|
| 3/19/2015 | Review Reply Brief submitted by L.H. in Land Use Case; Provide suggestions on correction of formatting in same; Review email from L.H. about Industry hiring a DC lobbying firm; | .30<br>**KGA**<br>**No Charge** |
| 3/19/2015 | Review KGA suggested *Haley* Reply Brief; | .25<br>**TWT**<br>**No Charge** |
| 3/19/2015 | Review new NEPA case from 9th Circuit; Forward same on to law clerk; | .25<br>**KGA** |
| 3/20-23/2015 | Check all citations in legal memos; Additional legal research to support Complaint; Revise Complaint; Finalize revised draft Complaint and send to KGA for review; | 14.60<br>**Law Clerk** |
| 3/24-26/2015 | Review follow up email from TWT about possible CWA suit to stop additional spraying in Willapa Bay; Review TWT email to L.H. about same; Provide detailed analysis to co-counsel on my thoughts about the likelihood of getting injunction from Superior Court or Federal Court given nature of General Permit; | 1.00<br>**KGA**<br>**No Charge** |
| 3/26/2015 | Review new opinion from District Court in Tenth Circuit on NEPA issues under an NWP; | .25<br>**KGA** |
| 3/29/2015 | Begin review of revised draft Complaint provided by law clerk; | .25<br>**KGA** |
| 3/30/2015 | Continue review of draft Complaint; | .25<br>**KGA** |
| 4/1-2/2015 | Continue review of revised draft Complaint; | .50<br>**KGA**<br>**No Charge** |
| 4/3/2015 | Outline for L.H./C.P. the 13 various outstanding issues I know of and inquire about status of same; | 1.00<br>**KGA** |
| 4/5/2015 | Review emails from C.P. & L.H.; Follow up with L.H. on *Detienne* win in Superior Ct.; | .45<br>**KGA**<br>**No Charge** |
| 4/6/2015 | Phone call with L.H. about the outstanding issues and sequence of events necessary to file suit; Email to L.H. with re-draft of Petition for Suspension; Follow up email to N.Q. with outline of docs and FOIA's needed; Finish organizing and reviewing documents cited in Petition; | 1.80<br>**KGA** |

| 4/7/2015 | Review multiple emails from L.H. & N.Q. on document issues; Review email with supplemental documents proposed for filing with Corps; Begin review of those docs; | 1.40<br>**KGA** |
|---|---|---|
| 4/7/2015 | Follow up with law clerk on 401 Cert. FOIA; | .10<br>**KGA**<br>**No Charge** |
| 4/12/2015 | Review ESA Complaint additions from law clerk; Edit same; | .50<br>**KGA**<br>**No Charge** |
| 4/13/2015 | Review Corps FOIA related emails from N.Q. and L.H.; Respond to same with advice on how to proceed; | .25<br>**KGA** |
| 4/11-12/2015 | Edit Complaint draft to create ESA claims that can be easily inserted after NEPA/EWA court case is underway; | 1.50<br>**Law Clerk**<br>**No Charge** |
| 4/14/2015 | Edit revised Complaint; Review Burley Lagoon Corps Document's from N.Q.; Follow up with N.Q. on same; Brief review of Verification/permit letters sent by N.Q. for Burley project; | 1.50<br>**KGA**<br>**No Charge** |
| 4/16/15 | Review email from L.H. about HCP issues; Review email from L.H. about UW paper; Follow up with L.H. on UW paper; | .75<br>**KGA**<br>**No Charge** |
| 4/17/2015 | Provide advice to L.H. on ESA "Take" issues;  Provide direction to law clerk on further draft Complaint research if we decide to add ESA claim; | .50<br>**KGA**<br>**No Charge** |
| 4/17/2015 | Provide additional PDF's that were referenced in the Petition to Suspend to L.H./C.P./N.Q. along with advice on what to include in additional comments; | .25<br>**KGA** |
| 4/19-23/2015 | Edit draft Complaint to condense and better allege major Federal action; | 2.60<br>**Law Clerk** |
| 4/21/2015 | Review media release from L.H. on *DeTienne* Superior Court win; | .10<br>**KGA**<br>**No Charge** |
| 4/23/2015 | Review revised draft NEPA/CWA Complaint against Corps from law clerk; | .50<br>**KGA** |
| 4/27/2015 | Phone conference with L.H. on Petition to Suspend and other issues; | .50<br>**KGA** |

| | | |
|---|---|---|
| 4/28-29/2015 | Draft press release to go with Petition for Suspension; Send same to L.H./C.P. and co-counsel; | .50<br>**KGA**<br>**No Charge** |
| 4/30/2015 | Review news articles on Willapa Bay spraying; | .15<br>**KGA**<br>**No Charge** |
| 4/30/2015 | Begin review of edits to Petition to Suspend proposed by L.H.; | .60<br>**KGA** |
| 5/1/2015 | Review draft Petition to Suspend; | .50<br>**TWT** |
| 5/1/2015 | Complete review of Petition edits; Revise and send L.H. with instructions; | .50<br>**KGA** |
| 5/4/2015 | Phone call to L.H. on status; | .50<br>**TWT** |
| 5/6/2015 | Phone call from L.H. on status; | .50<br>**TWT** |
| 5/7/2015 | Phone call from client; Review email from client; | .25<br>**TWT** |
| 5/14/2015 | Organize file, resource materials, and notebook; | 7.40<br>**Paralegal** |
| 5/15/2015 | Finish file organization; | 4.60<br>**Paralegal** |
| 5/18/2015 | Revise draft Complaint against Corps; Send to L.H./C.P. and co-counsel for review; | 1.35<br>**KGA** |
| 5/19/2015 | Review client rep F.W. questions about need to correct labels on two key maps; Respond to same with advice on submission of corrected Petition CD; | .60<br>**KGA** |
| 5/20/2015 | Review letter from L.H. on *Haley* result; Respond to same; | .25<br>**TWT** |
| 5/20/2015 | Review draft Complaint from KGA; | .50<br>**TWT** |
| 5/20/2015 | Phone call and emails with client rep F.W. about 51 doc Cumulative Impact CD and map labels on same; | .50<br>**KGA**<br>**No Charge** |
| 5/20/2015 | Review email from L.H. with the *Haley* SHB decision; Respond briefly to email; Review email from N.Q. with status update on Padden Permits; Provide advice to N.Q. on Padden Permit and additional FOIA's; | .75<br>**KGA**<br>**No Charge** |

| 5/21/2015 | Review email from F.W. about how to do the correction of maps in document #33 on the CD; Provide additional advice on same; | .25<br>**KGA**<br>**No Charge** |
|---|---|---|
| 5/22/2015 | Review *Haley* decision; Email exchange with L.H.; | 1.00<br>**TWT**<br>**No Charge** |
| 5/25/2015 | Review follow up email by F.W. about next steps in Corps process; Review L.H. follow up questions; Respond to both; | .25<br>**KGA** |
| 5/26/2015 | Review KGA's analysis of SHB documents; | .25<br>**TWT**<br>**No Charge** |
| 5/26/2015 | Review email string with TWT thoughts on appeal options on *Haley* SHB decision and L.H. questions on same; Review *Haley* SHB decision; Provide advice on appeal options; | .70<br>**KGA**<br>**No Charge** |
| 5/27/2015 | Email exchange with L.H.; | .25<br>**TWT** |
| 5/27/2015 | Provide advice to L.H. on next steps in Corps NWP 48 challenge process; Review L.H. detailed follow up questions; Respond to same; | 1.00<br>**KGA** |
| 5/28/2015 | Review Petition to Suspend; | .50<br>**TWT** |
| 5/29/2015 | Phone call with L.H. to discuss Corps meeting request and other issues, including updates to generic Cumulative Impact comments to Corps; Review L.H. email to Corps about setting up a 6/24 meeting; | 2.75<br>**KGA** |
| 5/31/2015 | Review SHB decision on 5 year permit issue and related statutes and rules; Provide advice to L.H. on same; | .50<br>**KGA**<br>**No Charge** |
| 6/2/2015 | Phone call with L.H. on upcoming cumulative impact related meeting with Corps, and ideas for revised cumulative impact comment letters to the Corps; | .70<br>**KGA** |
| 6/2-4/2015 | Review email inquiry from Center for Food Safety (CFS); Respond to same; Phone call with CFS staff attorney on NWP 48 issues; | .50<br>**KGA**<br>**No Charge** |
| 6/5/2015 | Phone call with L.H. about CFS inquiry status of updated cumulative impact letter, and plan for Corps meeting; Review email from L.H. on eelgrass issue; | .50<br>**KGA** |

| Date | Description | |
|---|---|---|
| 6/10-12/2015 | Review multiple emails exchanges with plastics expert about Industry; Provide advice on same; | 1.15<br>**KGA**<br>**No Charge** |
| 6/13/2015 | Review of revised draft Cumulative Impact letter to Corps provided by L.H.; Emails with L.H. about edits to same; | .60<br>**KGA** |
| 6/22/2015 | Review N.Q. email with additional JARPA's and new "pending permits" list from Corps; Review Meeting Agenda from Corps; Follow up with L.H. on same; | .50<br>**KGA** |
| 6/23/2015 | Review additional comments filed by L.H. with Corps; Provide feedback on same; Review updates from N.Q. on additional FOIA sent out for project that has dropped off list and new Corps pending project list; | .25<br>**KGA** |
| 6/23/2015 | Follow up with CFS and provide more NWP 48 documents to them; Review thoughts from CFS attorney on some of the ESA legal issues; | .50<br>**KGA**<br>**No Charge** |
| 6/24/2015 | Prepare for and attend meeting with Corps; Debrief with various client reps thereafter; Provide advice on how to continue commenting and raising key issues without incurring substantial additional expert costs; Provide advice on how to monitor and turn in violations to Corps once permits are issued; Outline notes taken during Corps meeting and create "homework" list; Provide "homework" list to L.H.; | 4.75<br>**KGA** |
| 6/25/2015 | Follow up with CFS, to summarize Corps meeting and provide mussel study link; Review CFS email about their proposed ESA related FOIA's to Corps/NMFA; Provide advice on same; | 1.50<br>**KGA**<br>**No Charge** |
| 6/26/2015 | Review article forwarded by L.H. on shore armoring petition by EarthJustice; Provide thoughts on same; Follow up with EarthJustice on same; Review L.H. email confirming that *Haley* permit was issued in March; Provide advice on FOIA and other related issues; | .50<br>**KGA**<br>**No charge** |
| 6/28-29/2015 | Review email from L.H. with shellfish farm acreage tables; Provide advice on use of same; Draft language on baseline and shellfish farm acreage issues to add to generic Coalition Cumulative Impact comment; Multiple email exchanges with L.H. on how and where to add language to Cumulative Impact comments to make them more persuasive; | 1.75<br>**KGA** |

| 6/29/2015 | Meeting with CFS to discuss Puget Sound shellfish ESA issues related to shellfish; | 1.25<br>**KGA**<br>**No Charge** |
| 7/1/2015 | Review plastics research forwarded by client rep M.G.; Forward same to L.H.; | .10<br>**KGA** |
| 7/6/2015 | Multiple emails exchanged with CFS about their ESA related FOIA's to USFWS, NMFS, and the Corps; | 1.25<br>**KGA**<br>**No Charge** |
| 7/17/2015 | Review N.Q. email with information on *Arcadia* permit; Provide quick advice on what to ask Corps in follow up on same; Review N.Q. follow up to Corps; | .25<br>**KGA**<br>**No Charge** |
| 7/28/2015 | Review additional N.Q. follow up emails, including note indicating *Arcadia* was **not** one of the permits we filed Cumulative Impact comments on; | .10<br>**KGA**<br>**No Charge** |
| 7/30/2015 | Review L.H. email about Review possible draft Complaint from KGA draft joint Conservation Group letter to congressional delegation on Puget Sound shellfish issues; | .10<br>**KGA**<br>**No Charge** |
| 8/13/2015 | Review L.H. email on habitat issues; Respond to same; Review TV and newspaper coverage obtained by L.H. on shellfish spraying issues; Provide feedback on same; | .25<br>**KGA**<br>**No Charge** |
| 8/17-18/2015 | Review final letter from Conservation Groups to congressional delegation about shellfish aquiculture issues; Review multiple CFS emails about results of FOIA's to USFWS, NMFS, and Corps on NWP 48 ESA consultation related issues; Respond to same; | .50<br>**KGA**<br>**No Charge** |
| 8/18/2015 | Follow up with L.H. and co-counsel on the information CFS obtained so far that we can potentially use in our NWP case; | .20<br>**KGA** |
| 8/19/2015 | Review L.H. email confirming so far no permits on which we filed Cumulative Impact comments have been issued by Corps; | .10<br>**KGA** |
| 8/20/2015 | Review TWT emails to CFS about ESA issues; | .10<br>**KGA**<br>**No Charge** |

| 8/30/2015 | Review CFS's follow up email about ESA consultation issue and FOIA results; Respond to same; Review CFS confirmation that Corps and NMFS statements on whether there is an ongoing ESA consultation that covers NWP 48 are inconsistent; | .40<br>**KGA**<br>**No Charge** |
|---|---|---|
| 8/30/2015 | Follow up with L.H. on status of most recent N.Q. FOIA to Corps, about update list of NWP 48 permits issued and pending; | .10<br>**KGA** |
| 9/2/2015 | Follow up with L.H. on status of 6/25/15 "homework" list; | .10<br>**KGA** |
| 9/9/2015 | Review email from L.H. with questions about last billing statement; Respond to same; Review email from CFS on what they have obtained from NMFS on recent FOIA request; Follow up email with CFS; Forward same to L.H.; Review response from CFS (indicating some NWP 48 coverage is actually discussed); Review CFS email with 2014 NMFS BiOp on programmatic consultation; Review CFS questions on same; Provide answers on same; | 1.25<br>**KGA**<br>**No Charge** |
| 9/9/2015 | Review email from L.H. about another Corps NWP 48 permit that was issued and various questions from N.Q.; Provide advice on same; | .75<br>**KGA** |
| 9/10/2015 | Review CFS obtained documents in more detail; Follow up with CFS on the YGBFKM email from NFMS employee; Review follow up email from TWT on same; | 1.25<br>**KGA**<br>**No Charge** |
| 9/22/2015 | Review L.H. email with Coalition comments sent to the Corps on *Haley* permit, and information on FOIA issues; Review Corps *Haley* Decision Documents; Provide advice on how to deal with FOIA issues at the Corps; Email to L.H. with thoughts on Corps *Haley* documents; | 1.15<br>**KGA**<br>**No Charge** |
| 9/22/2015 | Review L.H. email with information on Mason County NWP 48 permits, | .10<br>**KGA** |
| 9/30/2015 | Review L.H. comments on Mason County NWP 48 permit; Provide brief feedback on same; | .25<br>**KGA** |
| 9/30/2015 | Review L.H. email about whether to sue now or wait for more permits with detailed comments in the Record like this one; Respond with advice on same; | .20<br>**KGA** |

| | | |
|---|---|---|
| 10/1/2015 | Review CFS email indicating NMFS says there are no responsive documents that provide individual ESA Concurrence letters (even though we already have examples of some of those); Respond to same; | .25<br>**KGA**<br>**No Charge** |
| 10/2/2015 | Review L.H. letter to Secretary of Commerce on need for draft condition #7 in draft programmatic BA; Provide advice on same; | .10<br>**KGA**<br>**No Charge** |
| 11/3/2015 | Phone call with L.H. to go over most recent information from Corps, status of draft NMFS Programmatic Consultation conditions that may effect NWP 48 case, EPA comment on same, etc; Provide advice on same; Draft and send language to L.H. for addition to Comment letter on NWP 48 "Special Condition" issues; | 1.75<br>**KGA** |
| 11/3/2015 | Also provide outline of what Request for Revocation of *Haley* permit should say, given lack of special condition and potential sand dollar non-disclosures by applicant; | .40<br>**KGA**<br>**No charge** |
| 11/8-10/2015 | Review L.H. email on her FOIA to Corps about EPA letter and related documents; Review Corps FOIA documents with EPA June 2015 comment on draft condition #7 **and** Industry response to our Petition to Revoke NWP 48 in Puget Sound; Outline thoughts on response to same; | .75<br>**KGA** |
| 11/14/2015 | Review email from N.Q. with updated Corp's NWP 48 permit spread sheet; Follow up questions to N.Q. on same; | .25<br>**KGA** |
| 11/17-18/2015 | Review L.H. letter to NMFS on Programmatic ESA Consultation; Review updated supporting documents; Email exchange on same; | .25<br>**KGA**<br>**No Charge** |
| 11/19-20/2015 | Review email from CFS with FOIA documents on ESA issues; Review TWT response on same; | .25<br>**KGA**<br>**No Charge** |
| 11/19-20/2015 | Review L.H. email to Corps with enforcement request; Review Corps Response; Provide advice on same; | .10<br>**KGA**<br>**No Charge** |
| 12/14/2015 | Review Mason County Wilson-Leroy permit comments, forwarded by L.H.; | .10<br>**KGA**<br>**No Charge** |
| 12/14/2015 | Follow up with L.H. on Corps decision documents on other permits; | .15<br>**KGA** |

| | | |
|---|---|---|
| 12/22-23/2015 | Review PDX Dist 2007 Bi-Op documents forwarded by L.H. and compare to Puget Sound BiOp; | .90 **KGA** **No Charge** |
| 1/3/2016 | Skim emails from L.H. with DOE Guidance and SeaGrant Report; | .25 **KGA** **No Charge** |
| 1/5/2016 | Phone call with L.H. on NWP 48 challenge strategy issues; | .50 **KGA** |
| 1/26/20106 | Review Coalition letter to USFWS, NMFS and EPA about cumulative impact issues; | .10 **KGA** |
| 3/29/2016 | Review L.H. email about Chef Forum events on aqua-culture in Seattle; Respond to same; | .15 **KGA** **No Charge** |
| 3/29/2016 | Review L.H. email about Corps invite to "next NWP 48 permit" informational meeting; Provide advice on same; | .15 **KGA** |
| 4/13/2016 | Review inquiry from L.H. about Corps 4/20 Informational Meeting on future of NWP 48; Provide thoughts and detailed outline of 12 specific questions to try to ask - if given time; | .50 **KGA** |
| 4/20/2016 | Review PowerPoint materials provided by L.H. that were used by Corps in 4/20 presentation; Provide advice on potential issues and questions that those materials suggest; | .75 **KGA** |
| 4/22/2016 | Phone conference with L.H. with discuss what happened at Corps 4/20 meeting and strategize about how to further address NWP 48; Follow up with law clerk on various issues; | 1.25 **KGA** |
| 4/26/2016 | Review email from L.H. to NMFS and USFWS about plastics issue for Programmatic Shellfish ESA consulation; | .10 **KGA** **No Charge** |
| 4/28/2016 | Begin review of NWP 48 Arcadia Point Seafood (Wilson Leroy) file forwarded by L.H.; Begin review of Arcadia Point (DNR) file forwarded by L.H.; Review L.H. email summarizing which permits have been issued after receipt of Coalition Cumulative Impact comments; Review email from L.H. with Corps decision documents that include herring condition; Review Corps FOIA response on plastics marking issues provided by L.H.; | .45 **KGA** |

| | | |
|---|---|---|
| 4/29/2016 | Begin review of email from L.H. about Corps not requiring NMFS recommended conditions; Begin review of Ecology SMP Handbook, Chapter 16 cumulative impact decisions; | .30 **KGA** **No Charge** |
| 5/4/2016 | Review permitting strategy doc's and summary of current pending Applications; | .25 **KGA** |
| 5/11/2016 | Meet with law clerk and outline updates to Complaint and research needed; Follow up phone call with law clerk on results of research to date; | .75 **KGA** |
| 5/16-18/2016 | Update case law and review documents; Memo to KGA on same; | 15.00 **Law Clerk** |
| 5/18/2016 | Phone call with TWT; to update him on current situation; Multiple email exchanges with law clerk; Begin review of new case law and updated Memo provided by clerk; | 1.25 **KGA** |
| 5/18/2016 | Phone call with KGA on status; | .75 **TWT** |
| 5/19/2016 | Begin review of forwarded file from L.H. on additional project that was recently approved under NWP 48; | .25 **KGA** |
| 5/19-20/2016 | Edit Complaint; Review additional permit files from N.Q. and L.H.; | 9.50 **Law Clerk** |
| 5/20/2016 | Follow up on most recent email from L.H. with DOE SMP Handbook information; | .25 **KGA** **No Charge** |
| 5/23/2016 | Create Exhibit A to the Complaint using Corps informal meeting PowerPoint; Draft additional language for Complaint on same; Follow up with law clerk; Begin review of revised Complaint; | .75 **KGA** |
| 5/23-25/2016 | Additional legal research and drafting on Complaint and supporting Memo; | 14.50 **Law Clerk** |
| 5/24/2016 | Review most recent (4/1816) Corps pending permit spreadsheet sent by L.H.; Create Exhibit B of the Complaint from Corps spread sheet; | .75 **KGA** |
| 5/25/2016 | Additional Complaint edits; Phone call with law clerk; Review L.H. email on the "withdrawn" permits; Provide advice on additional FOIA's related to same; | 1.00 **KGA** |

| | | |
|---|---|---|
| 5/26/2016 | Additional legal research on prior NWP litigation successes and failures in other parts of the US; Begin review of revised draft Complaint I provided by law clerk; Review N.Q. email to Corps on meaning of highlighting in Pending Permit list obtained under FOIA; Follow up with L.H. and provide advice on possible comments on 2017 NWP 48 both Nationally and on Regional Conditions; | 3.95 **KGA** |
| 5/26-31/2016 | Additional work on Complaint edits, and document review; | 15.00 **Law Clerk** |
| 5/27/2016 | Additional legal research on Complaint issues; Follow up with law clerk on same; | .50 **KGA** |
| 5/31/2016 | Additional Complaint edits; Review L.H. email about possible press release; Provide draft Complaint and both exhibits to L.H. and with advice; | 1.75 **KGA** |
| 6/1/2016 | Review draft Complaint; | 1.00 **TWT** |
| 6/1/2016 | Additional editing on Complaint; Provide follow up revised copy of Complaint to and L.H. along with detailed advice on some of the issues that I suspect will come up in the case; Review email from co-counsel on standing issues; | 1.75 **KGA** |
| 6/2/2016 | Revise draft Complaint; | 1.50 **TWT** |
| 6/3/2016 | Continue review and editing of Complaint; | 1.50 **TWT** |
| 6/2-3/2016 | Follow up research on SHB decisions summarized in DOE SMP Handbook; Provide research direction to law clerk on same; Draft Press Release; Forward draft Press Release to TWT and L.H. for review; | 1.95 **KGA** **No Charge** |

| | | |
|---|---|---|
| 6/6/2016 | Review Complaint edits from TWT; Review edited Press Release from TWT; Phone call with L.H. to discuss Standing Declarants and likely intervenor issues; Further research on number of permits actually issued, and when; Revise Complaint; Review emails from N.Q. confirming Corps has no understanding of why the yellow highlighting is part of their own spreadsheet on pending projects; Send law clerk Memo on case law to co-counsel; Review materials on draft 2017 NWP 48 comment period located by law clerk; Forward same to L.H./C.P. with advice; Email exchanges with law clerk; | 2.85 **KGA** |
| 6/7/2016 | Additional Complaint edits; Review email from L.H. with new Corp FOIA response and additional permit; Edit Press Release; Send same to L.H. and co-counsel; Send revised Complaint to co-counsel and L.H. with advice and questions about number of Corps permits issued under 2007 NWP 48 verses 2012 NWP 48; Follow up email with L.H. and co-counsel about 2014 email from Corps listing 990 project areas - rather than 920 listed in 2016 Corps Power Point; | 2.75 **KGA** |
| 6/7/2016 | Phone call with CFS attorney to discuss commenting on draft 2017 NWP 48; Follow up email exchange with CFS attorney on same; Review and respond to follow up email from CFS and co-counsel about draft 2017 NWP 48; Forward documents on draft 2017 NWP 48 to other conservation groups to see if they are interested in participating; | 1.75 **KGA** **No Charge** |
| 6/7/2016 | Review Complaint; Review press release; Review 2017 NWP 48; | 2.00 **TWT** |
| 6/8/2016 | Phone call with CFS attorney about intervention, verses amicus, verses separate suit; Emails with CFS attorney on same; | 1.15 **KGA** **No Charge** |
| 6/8/2016 | Phone call with L.H. to determine outcome of her recent phone call with Corps; Additional Complaint edits based on same; Follow up with other conservation groups; Review additional Corps permit provided by L.H.; Review Corps FOIA response from N.Q. with additional permits by Corps; Email exchanges with law clerk on same; | 1.00 **KGA** |

| | | |
|---|---|---|
| 6/9/2016 | Review Corps files obtain through FOIA to determine if there are other documents that relate to number of permits issued in 2007 vs. 2012 NWP 48; Follow-up and locate documents and CFR's that reference authorizations rather than verifications for NWP 48 permits; Follow up with L.H. to continue lack of response on Petition to Suspend by the Corps; | 1.45 **KGA** |
| 6/9/2016 | Review email from L.H. with additional Mason County project approvals; Review comments from CFS attorney on draft complaint; Review email from L.H. with most recent article on shellfish aqua culture; Email to L.H. with thoughts on Mason County projects and why Corps may not be sending all the records; | .50 **KGA** **No Charge** |
| 6/9/2016 | Review email exchange between clients and KGA; Evaluate prospects for addisional claims; | 2.00 **TWT** |
| 6/10/2016 | Revise Complaint; | 1.50 **TWT** |
| 6/10/2016 | Additional follow up with law clerk on document review; Additional emails exchanged with co-counsel; | .25 **KGA** |
| 6/13/2016 | Revise Complaint; | 1.00 **TWT** |
| 6/14/2015 | Further revisions on the Complaint; Legal research on same; | 2.00 **TWT** |
| 6/17/2016 | Review revised draft complaint from co-counsel; Draft waiver of Summons request and review Summons drafts; Multiple emails exchanged with L.H. and co-counsel on timing of filing,and additional strategy issues for dealing with shellfish Industry  and other amicus on either side; Send revised Complaint to L.H. and co-counsel; Review thoughts of co-counsel; Additional proofreading on Complaint; | 4.50 **KGA** |
| 6/20/2016 | Review revised Complaint and Exhibits; Email exchange with L.H. and KGA on same; | .50 **TWT** |
| 6/21/2016 | Additional work on Complaint; Finalize Ex. C and Cover Sheet; Finalize Summons, and Notice and Waiver forms; Email exchanges with co-counsel on all of the above; | 3.75 **KGA** |
| 6/21/2016 | Review revised Complaint with edits; Email exchange with KGA on same; | .50 **TWT** |

| 6/22/2015 | Review suggested edits and final Complaint; | .25<br>**TWT** |
|---|---|---|
| 6/22/2016 | File Complaint; Email to L.H. with final Complaint and advice on press issues; | .50<br>**KGA** |
| 6/23/2016 | Review filed Complaint, Assignment and Corporate Disclosure; Conference with L.H. and KGA; | 1.50<br>**TWT** |
| 6/23/2016 | Review court Notice assigning Judge; Review Summons issued by court; Review court Notice on Corps Disclosure Statement; Draft Corporate Non-disclosure Statement; Forward same to L.H. for review; Research on assigned Judge; Discussion with co-counsel on strategy; | 1.75<br>**KGA** |
| 6/24/2015 | Review background materials; Evaluate strategy; Phone call with L.H.; Set up meeting with KGA; | 2.00<br>**TWT** |
| 6/24/2016 | File Corporate Disclosure Statement; Review email from L.H. with press coverage; | .50<br>**KGA** |
| 6/26/2016 | Review email from L.H. about CBD being heavily involved in commenting on Nationwide permits; Follow up with CBD and other conservation groups; | .75<br>**KGA**<br>**No Charge** |
| 6/27/2016 | Review earlier pleadings in *Seattle Shellfish* and 2007, 2012, and 2017 NWP 48 on critical case background; Prepare for and confer with KGA on handling, evaluation, and strategy; | 5.50<br>**TWT** |
| 6/27/2016 | Phone conference with co-counsel to discuss strategy on NWP 48 case; | .75<br>**KGA** |
| 6/28/2016 | Follow up with co-counsel on strategy issues; Follow up with L.H. on "red dot" map issues; | .95<br>**KGA** |
| 6/28/2016 | Phone call with CBD attorney who is drafting comments on all NWP's; Provide NWP 48 related information to same; | .30<br>**KGA**<br>**No Charge** |
| 6/28-29/2016 | Indexing of all documents located to date for use in review of the completeness of Administrative Record ("AR") that will be produced by Corps in litigation; | 14.25<br>**Law Clerk** |
| 6/29/2016 | Email exchange with KGA and L.H.; Phone call with DOJ attorney Kent Hanson on case background; | 1.00<br>**TWT** |

| | | |
|---|---|---|
| 6/29/2016 | Finalize and send Waiver of Service request to defendants; Follow up with client and co-counsel on same; Review update from co-counsel on his research about *Seattle Shell Fish* case resolution and how that might apply - if at all - in this NWP 48 case; Follow up with other conservation attorneys on their experiences with the assigned Judge; | .50 **KGA** |
| 6/30/2016 | Email exchange with L.H. on status and discovery; Review materials from L.H.; | .50 **TWT** |
| 6/30/2016 | Review email from L.H. with updates on mapping, Standing Declarants, and cite visit issues; Outline possible coalition for L.H. what needs to be in the Standing Declaration for each person; | .50 **KGA** |
| 7/1/2016 | Email exchange with KGA and L.H. on discovery and standing; | .50 **TWT** |
| 7/1/2016 | Review follow up note from co-counsel on discovery declarant issues; | .10 **KGA** |
| 7/6/2016 | Lengthy phone call and email exchange with Tribal contact about Tribes concerns about 2012 and proposed 2017 NWP 48; Provide instruction to L.H. on various FOIA's to send to Corps on NWP 48 acreage issues; Follow up with co-counsel on same; | 1.75 **KGA** |
| 7/7/2016 | Long phone call with L.H. about aerial photos,"red dot" map, eelgrass, and possible letters (to Corps, NMFS, Counties, and others) using aerial photos once organized; Phone call with co-counsel to go over various issues as well as discuss possible additional infrared aerial photography in north Puget Sound and possible eelgrass expert; | 1.25 **KGA** |
| 7/7/2016 | Review KGA message on discovery and case handling; Evaluate Exhibits; Evaluate and confer on same; | 1.00 **TWT** |
| 7/8/2016 | Review L.H. draft FOIA's to Corps; Review co-counsel WPRA to DNR; | .25 **KGA** |
| 7/8-14/2016 | Further document indexing for use in the AR Completeness review; | 24.00 **Law Clerk** |
| 7/11/2016 | Review draft CBD proposed 2017 NWP comments; Forward to L.H. and other conservation groups to help with their comments; | .50 **KGA** **No Charge** |

| | | |
|---|---|---|
| 7/12/2016 | Review another L.H. FOIA to Corps; Additional research on judge assigned to our case; Review DNR preliminary response to co-counsel WPRA request; Provide thoughts on same; | .50 **KGA** |
| 7/14/2016 | Multiple emails exchanged with L.H., C.P. and co-counsel on settlement ideas should Corps and Industry willing to talk; | .50 **KGA** |
| 7/14/2016 | Phone call with Kent Hanson, L.H., and KGA on case background and settlement prospects; | 1.00 **TWT** |
| 7/15/2016 | Letter to Blaine Reeves (WDNR) on record request; | .50 **TWT** |
| 7/18/2016 | Review letter to Corps from EPA and evaluate; | .50 **TWT** |
| 7/19/2016 | Phone call from Blaine Reeves from WDNR on record request; | .50 **TWT** |
| 7/20/2016 | Phone call with KGA on case evaluation, handling, and settlement prospects; Phone call to Kent Hanson on settlement prospects, status, and service; Review letter from CFS with Cape Wind ruling on agency obligation to review new submission; | 1.25 **TWT** |
| 7/20/2016 | Phone calls with co-counsel about whether there are (or are not) really any settlement options; | .25 **KGA** |
| 7/27/2016 | Phone call with L.H. to review various issues, including status of draft Standing Declarations, status of aerial photo collection and organization, need for additional FOIA to Corps for updated permits issued list, and use of "red dot" map; Review status of comments on NWP 48 2017; Discussion with L.H. of separate Regional Condition comment deadline for proposed NWP 2017 that exists; Follow up reminder to L.H. to send me info on same; | .95 **KGA** |
| 7/28/2016 | Phone call from EPA person about NWP 2017 comments; Follow up email to L.H., C.P. and co-counsel on same; | .50 **KGA** |
| 7/29/2016 | Review FOIA Response from Corps forwarded by L.H.; | .10 **KGA** |
| 8/2/2016 | Review L.H. draft comments on proposed 2017 NWP 48; | .75 **KGA** |

| Date | Description | Hours/Atty |
|---|---|---|
| 8/3/2016 | Review emails on NWP 48 with Corps; Respond to same; | .50<br>**TWT** |
| 8/3/2016 | Review chart with NWP 48 "discharge limits" that Corps provided in response to L.H. FOIA; | .10<br>**KGA** |
| 8/5-6/2016 | Review DNR WPRA response to co-counsel document request; Emails with co-counsel on who will review the many 1,000's of pages in same; Review Pacific Oyster article from L.H.; | .50<br>**KGA**<br>**No Charge** |
| 8/8/2016 | Review follow up email on settlement ideas from L.H.; Respond to same; Review inquiry from Industry attorney about Intervening; Provide thoughts on same; | .75<br>**KGA** |
| 8/9/2016 | Complete review of document index created by law clerk; Provide feedback to clerk and request for revised version of same; Review revised Document Index; Forward same to co-counsel and L.H. for review; Review April 2012 Corps NWP 48 "MFR"; Highlight same and send to L.H. with FOIA instructions; | 2.00<br>**KGA** |
| 8/10/2016 | Phone call with Plauche intervening attorney on intervention; Email exchange with Plauche and KGA; | .50<br>**TWT** |
| 8/10/2016 | Create and send PDF of Coalition 2017 NWP 48 comments to L.H./C.P.; | .50<br>**KGA** |
| 8/11/2016 | Email exchange with KGA and intervening attorney Plauche; | .25<br>**TWT** |
| 8/17/2016 | Review preliminary Motion to Intervene and supporting Declaration; | 1.00<br>**TWT** |
| 8/18/2016 | Respond to TWT's email regarding 8/5/16 batch of DNR documents posted for transfer per public records request; Begin downloading large file set to LBB service monitor download; | 1.30<br>**Paralegal**<br>**No Charge** |
| 8/18/2016 | Email exchange with Corps; Review email from L.H. on aquaculture from location regulatory burden; Email exchange with DNR regarding public records request and inspection of some records; | 1.50<br>**TWT** |

Page 38 of 133

Exhibit B to Anuta Decl. Page 38 of 133

| 8/18/2016 | Review information on new Industry experts and Health Department aquaculture maps located by L.H.; Review email with new Industry strategy/study for evaluating costs of shellfish regulation forwarded by L.H.; Email exchanges with co-counsel about DNR Eeelgrass response docs; Review updated drop box entries by client rep F.P.; | .95<br>**KGA**<br>**No Charge** |
|---|---|---|
| 8/19/2016 | Email to DNR regarding download of first batch (8/15/16) public records request documents; Cursory review of same and email to TWT on content; Copy flashdrive for file; | 1.20<br>**Paralegal** |
| 8/19/2016 | Review L.H. draft Regional Comments to Seattle District on NWP 48 2017; Provide thoughts on same; | .50<br>**KGA** |
| 8/20/2016 | Review verification of service of Complaint on all defendants from Nationwide process service; | .10<br>**KGA** |
| 8/22/2016 | Review L.H. and co-counsel email about retired Corps employee who might be willing to consult; Provide thoughts on same; | .10<br>**KGA** |
| 8/23/2016 | Emails with attorneys; Copy WA DNR batch 1 record request documents to flash drive; Transmittal letter to KGA; | .60<br>**Paralegal**<br>**No Charge** |
| 8/23/2016 | Email exchange with KGA regarding intervention; | .25<br>**TWT** |
| 8/23/2016 | Follow up on DNR public record docs related to eelgrass; Review Industry Motion to Intervene and supporting docs as filed; Forward same to client; Email exchange with co-counsel confirming we all agree, no point in opposing Motion to Intervene by Industry; | .60<br>**KGA** |
| 8/25/2016 | Email exchange with Plauche regarding intervention; | .25<br>**TWT** |
| 8/25/2016 | Letter to Corps attorney with Proof Of Service; Review updated document index from law clerk; | .25<br>**KGA** |
| 8/30/2016 | Email exchange with KGA and Plauche; | .25<br>**TWT** |
| 8/30/2016 | Review email from co-cousel confirming he advised Corps that we will not oppose Industry Motion to Intervene; | .25<br>**KGA**<br>**No Charge** |

| | | |
|---|---|---|
| 8/31/2016 | Letter to Corps attorney with Proof of Service and request for appearance; | .10<br>**KGA** |
| 9/6/2016 | Review NMFS comments regarding proposed NWP 48; | 1.50<br>**TWT**<br>**No Charge** |
| 9/6/2016 | Review of "Programtic BiOp" for 2012 NWP 48 that we suspect Corps will try to rely on in lieu of NEPA for Cumulative Impact analysis; | .75<br>**KGA** |
| 9/9/2016 | Prepare for and attend conference call with KGA and DOJ attorney Kent Hanson regarding possibility of settlement; Meeting with KGA on same; | 1.00<br>**TWT** |
| 9/8-9/2016 | Follow up with L.H. on Standing Declarations; Lengthy phone call with Corps counsel on whether settlement is a possibility or not, whether permits are being issued or not, as well as when the proposed Record is likely to be provided by the Corps; Follow up meeting with co-counsel on same; Lengthy follow up email to L.H./C.P. with status report; | 1.75<br>**KGA** |
| 9/11/2016 | Review email with Corps Notice of public meeting with NWP 48; | .10<br>**KGA** |
| 9/12/2016 | Review L.H. confirmation that she will attend same; | .10<br>**KGA** |
| 9/13/2016 | Follow up with L.H. on need for Corps FOIA for copies of the District verification of permits; Review L.H. daft FOIA to Corps on same; | .25<br>**KGA** |
| 9/13-15/16 | Begin review of DNR Eelgrass documents and document Index spreadsheet; | 17.00<br>**Law Clerk** |
| 9/14/2016 | Review email from Corps attorney asking about possible meeting for settlement discussions; Follow up with L.H./C.P. and co-counsel on same; | .10<br>**KGA** |
| 9/15/2016 | Email exchange with Tribal contact about Corps 9/13 Presentation; Review Corps Webcite link identified in 9/13 presentation; Review Corps Powerpoint; Follow up email to L.H./C.P. and co-counsel on potential use of the Corps IWR Viewer System and the useful pieces of the Corps cumulative impact slides; | 1.25<br>**KGA** |

| | | |
|---|---|---|
| 9/15/2016 | Follow up with L.H. on possible settlement meeting with Corps; Review additional FOIA to Corps by L.H. in response to my earlier email; Email exchange with co-counsel and L.H. about BiOp; | .75 **KGA** |
| 9/16/2016 | Follow up email to Corps attorney to schedule settlement meeting; Also ask again for location of cumulative impact analysis for the 920 already issued authorizations; | .25 **KGA** |
| 9/18/2016 | Email exchange with law clerk on indexing of DNR documents; | .10 **KGA** |
| 9/19/2016 | Review letter and attachments from KGA to Kent Hanson regarding cumulative effect; | .75 **TWT** |
| 9/20/2016 | Multiple emails exchanged with Corps attorney, co-counsel and L.H./C.P. to schedule settlement meeting; | .50 **KGA** **No Charge** |
| 9/20/2016 | Continued document indexing; | 6.00 **Law Clerk** |
| 9/22/2016 | Continued document indexing; | 6.00 **Law Clerk** |
| 9/24/2016 | Email exchanges with client rep and co-counsel on upcoming Corps meeting; | .10 **KGA** |
| 9/27/2016 | Review Answer filed by Corps; Forward same to L.H./C.P.; Prepare for Corps meeting; Follow up with L.H. on Standing Declarations; | 1.25 **KGA** |
| 9/28/2016 | Travel to and from Seattle for Corps meeting (*billed at 50%*); | 3.00 **KGA** |
| 9/28/2016 | Additional prep for meeting with Corps; Meeting with client reps and co-counsel to discuss upcoming Corps meeting; Meeting with Corps; Debrief with client reps and co-counsel thereafter; Begin outlining tasks for L.H. to follow up on, regarding issues raised during meeting; | 5.75 **KGA** |
| 9/28/2016 | Travel to and from Seattle for Corps meeting (billed at 50%) | 3.00 **TWT** |
| 9/28/2016 | Prepare for meeting with Corps; Meeting with Corps and client; Review Corps Answer and evaluate; Legal research on threshold for supplemental review; | 4.50 **TWT** |

| | | |
|---|---|---|
| 9/29/2016 | Review updated materials on shellfish aquaculture impact; | .50 **TWT** |
| 10/3/2016 | Finish review of Answer filed by Corps; Follow up with L.H. and co-counsel on same; Finalize outline of additional L.H./KGA tasks; Send to L.H.; | 2.00 **KGA** |
| 10/3-19/16 | Additional document indexing; | 49.00 **Law Clerk** |
| 10/7/2016 | Review KGA notes regarding Corps meeting and follow up tasks; Review Answer; Provide thoughts on both; | 1.00 **TWT** |
| 10/7/2016 | Review email from co-counsel with additional ideas to add to task list; Finalize estimate of additional costs; Follow up with law clerk on  document indexing; | .50 **KGA** **No Charge** |
| 10/7/2016 | Review email from CFS indicating they haven't reviewed BiOp in detail yet; | .25 **KGA** |
| 10/11/2016 | Review Scheduling Order from Court; Multiple follow up email exchanges with co-counsel on discovery and related issues; Follow up with L.H. on Standing Declaration issues; | .85 **KGA** |
| 10/11/2016 | Review Court Order regarding initial disclosure and docket; Emails with KGA on same; | .25 **TWT** |
| 10/12/2016 | Legal research regarding NEPA vs. ESA analysis; Cumulative effects analysis; | 1.50 **TWT** |
| 10/12/2016 | Begin draft letter to defense attorneys summarizing proposed answers to the various issues the court wants addressed on Joint Status Report ; | .50 **KGA** |
| 10/13/2016 | Additional work on draft joint status report outline; Send to co-counsel for his review; | .25 **KGA** |
| 10/13/2016 | Review draft Joint Status Report; Respond to same; | .25 **TWT** |
| 10/14/2016 | Review Notice of Appearance; Email exchange with KGA on Joint Status Report; Review letter; | .75 **TWT** |
| 10/14/2016 | Review co-counsel feedback; Revise and send Joint Status Report letter to defense attorneys; | 1.25 **KGA** |
| 10/15/2016 | Begin review of initial Gale draft  Standing Declaration along with initial Ruddy draft Standing Declaration; | .95 **KGA** |

| 10/17/2016 | Multiple scheduling emails exchanged with defense attorney on discovery conference and Joint Status Report conference call; | .45<br>**KGA**<br>**No Charge** |
|---|---|---|
| 10/18/2016 | Begin review of Macomson's draft Standing Declaration; Review co-counsel's thoughts on Ruddy and Macomson's Declarations; Begin review of Hendricks' draft Standing Declaration; | .75<br>**KGA** |
| 10/18/2016 | Review press release about Corps Near-Shore Eco-System Restoration projects provided by L.H.; Review Scheduling email from defense attorneys about upcoming conference call on Joint Status Report; Respond to same; | .25<br>**KGA**<br>**No Charge** |
| 10/19/2016 | Review info on upcoming conference call; make sure co-counsel has same info; | .25<br>**KGA**<br>**No Charge** |
| 10/20/2016 | Lengthy phone conference with defense attorneys on Joint Status Report issues; Debrief with co-counsel afterwards on strategy and tactic options on various issues; Begin review of additional FOIA responses that Corps provided to our request for monthly reports and number of authorizations issued; | 1.75<br>**KGA** |
| 10/20/2016 | Attend Rule 26 conference call; Strategize with KGA thereafter; | 1.00<br>**TWT** |
| 10/20-23/16 | DNR document indexing; | 20.00<br>**Law Clerk**<br>**No Charge** |
| 10/21/2016 | Review email from L.H. with additional thoughts on cumulative impact issues; | .10<br>**KGA** |
| 10/23/2016 | Review updated Document Index from law clerk with eel grass documents included; Forward Document Index to co-counsel and L.H. with thoughts on same; Review additional NMFS eel grass document forwarded by Tribal contact; | 1.15<br>**KGA** |
| 10/24/2016 | Review email from L.H. on Pierce County draft Determination of Significance; Provide advice to L.H. on whether Pierce County can prevent Industry from submitting an EA and whether County is stuck relying on whatever the Industry EA says; | .60<br>**KGA**<br>**No Charge** |

| | | |
|---|---|---|
| 10/25/2016 | Forward NMSF eel grass comments obtained from Tribal contact to L.H., CFS, and others; | .25<br>**KGA**<br>**No Charge** |
| 10/26/2016 | Draft Joint Status Report; Send to co-counsel; | .45<br>**KGA** |
| 10/27/2016 | Review co-counsel thoughts and make edits to same; | .50<br>**KGA** |
| 10/28/2016 | Send draft Joint Status Report to defense attorneys; | .25<br>**KGA** |
| 10/31/2016 | Do preliminary research on indispensable party issue; Task law clerk with further research on that issue and Standing; | .15<br>**KGA** |
| 10/31/2016 | Follow up with L.H. on missing decision letter in BWH shellfish permit; Review N.Q. email on same; | .15<br>**KGA**<br>**No Charge** |
| 11/1/2016 | Review Corps counsel changes to draft Joint Status Report; Send to KGA; | .25<br>**TWT** |
| 11/1/2016 | Review revised draft Joint Status Report from defense attorneys; Review co-counsel's thoughts on same; | .50<br>**KGA** |
| 11/1/2016 | Review L.H. update to supporters on all the various things CPPSH has accomplished; Follow up with N.Q. on BWH decision letter issue; | .25<br>**KGA**<br>**No Charge** |
| 11/1-4/16 | Legal research on current Standing case law; Draft Memo to KGA summarizing same; | 5.17<br>**Law Clerk** |
| 11/2/2016 | Edit Joint Status Report to accept defense changes and to add additional information addressing LCR issues; Forward same to defense attorneys and co-counsel for review; | .75<br>**KGA** |
| 11/3/2016 | Review confirmation from defense attorneys that they agree to our additional changes; | .10<br>**KGA** |
| 11/4/2016 | Begin review of Standing Memo by law clerk along with revised draft Standing Declarations; | .30<br>**KGA** |
| 11/6/2016 | Complete review of law clerk Standing Memo; Provide feedback and further research direction to law clerk on same; | .50<br>**KGA** |

| | | |
|---|---|---|
| 11/7/2016 | Make suggested edits to Standing Declarations to sync language to case law; Send to KGA; | 2.95<br>**Law Clerk** |
| 11/7/2016 | Finalize and file Joint Status Report with court; Begin review of revised Standing Declarations provided by law clerk; | .50<br>**KGA** |
| 11/9/2016 | Legal research on indispensable party issue; | 2.41<br>**Law Clerk** |
| 11/10/2016 | Legal research on indispensable party issue; | 2.00<br>**Law Clerk** |
| 11/14/2016 | Review *De Tienne* Court Of Appeals opinion; Provide thoughts on same to L.H. and co-counsel; | .50<br>**KGA**<br>**No Charge** |
| 11/18/2016 | Review Case Management Order issued by court; Send same on to L.H. with update on case status/plans; | .45<br>**KGA** |
| 11/18/2016 | Additional legal research on Indispensable Party issue; | .83<br>**Law Clerk** |
| 11/19-21/2016 | Additional legal research; Draft Memo on Indispensable Party issues; Memo sent to KGA; | 3.00<br>**Law Clerk** |
| 11/21/2016 | Review L.H. email with Corps NWP 48 SPIF questions and answers; | .10<br>**KGA** |
| 11/23/2016 | Review L.H. email with NWP 48 2017 regional Conditions comment Notice from Corps; Provide brief advice on same; | .45<br>**KGA** |
| 11/23/2016 | Email exchange with L.H. and KGA on comments and NWP 48 2017; | 1.00<br>**TWT** |
| 11/24/2016 | Review draft NWP 48 Regional Conditions in more detail; Begin review of law clerk Memo on Indispensable Party issue; | .95<br>**KGA** |
| 11/25/2016 | Complete review; Provide additional research direction; | .40<br>**KGA** |
| 11/27-29/16 | Additional research on Indispensable Parties issues; | 1.25<br>**Law Clerk** |
| 12/1/2016 | Additional review of draft 2017 NWP 48 Regional Conditions; Provide advice to L.H. about draft comments to prepare on same; | 1.50<br>**KGA** |

| | | |
|---|---|---|
| 12/1/2016 | Review and respond to CFS email on draft Regional Conditions; | .25<br>**KGA**<br>**No Charge** |
| 12/2/2016 | Follow up with co-counsel to get underlying Briefs in *De Tienne*; Provide same to other counsel in Oregon who is interested in issue; | .50<br>**KGA**<br>**No Charge** |
| 12/5/2016 | Phone call with Corps attorney about draft Record and possible delay of production of same; | .35<br>**KGA** |
| 12/5/2016 | Additional Indispensable Party Research; | 2.34<br>**Law Clerk** |
| 12/7/2016 | Follow up with co-counsel delay suggested by Corps attorney; Review co-counsel thought on same; | .20<br>**KGA** |
| 12/7/2016 | Review message from KGA regarding record production delay and proposed amended Order and comment; | .50<br>**TWT** |
| 12/10/2016 | Review email from L.H. about "Clarification" notice from Seattle District on draft Regional Conditions for 2017 NWP 48; Locate Notice; Evaluate same; Provide advice on same to L.H. and co-counsel; Review co-counsel thoughts on same; | .50<br>**KGA** |
| 12/10/2016 | Review message from Corps regarding intent to remove regional protection eelgrass and forage; Provide thoughts on same; | 1.00<br>**TWT** |
| 12/10/2016 | Follow up with other conservation groups to make sure they know about revised Notice; | .25<br>**KGA**<br>**No Charge** |
| 12/12/2016 | Task law clerk with additional research on "existing" vs. "new" issue; | .10<br>**KGA** |
| 12/13/2016 | Review email from CFS, about meeting to talk about intervention; Advise L.H./Co-counsel of same; | .40<br>**KGA**<br>**No Charge** |
| 12/20/2016 | Email exchange with L.H., and KGA regarding SPIF and NWP 48; | .50<br>**TWT** |
| 12/20/2016 | Review Corps announcement that NWP 48 SPIF no longer needed; Review co-counsel thoughts on same; | .10<br>**KGA**<br>**No Charge** |
| 12/20/2016 | Follow up with L.H. on status of draft CPPSH comments on Regional Conditions; | .50<br>**KGA** |

| | | |
|---|---|---|
| 12/20/2016 | Meet with CFS about possible intervention in current 2012 NWP 48 challenge and/or possible ESA challenge to 2017 NWP 48; Follow up emails to L.H. on same, as well SPIF use issue; Provide advice to CFS on FOIA's; | 2.45<br>**KGA**<br>**No Charge** |
| 12/22/2016 | Phone call with EPA staff person; Notify co-counsel and L.H. of same; Memo to file about EPA phone call; Begin review of CPPSH draft comments on Regional Conditions; | 2.25<br>**KGA** |
| 12/23/2016 | Review and respond to emails from L.H. on Industry lobbying and Corps MOU on Puget Sound Protection; Briefly review MOU; | .25<br>**KGA**<br>**No Charge** |
| 12/23/2016 | Follow up with Tribal contact on SPIF/Regional Conditions #10 & #14 issue and request copies of Tribal comments on 2017 NWP 48 a National and District level; Begin edits of CPPSH draft comments on Regional Conditions;  Review court Notice of Withdraw of Plache associate; | .45<br>**KGA** |
| 12/23/2016 | Email exchange with L.H. and KGA regarding 2017 NWP 48, SPIF, and Regional Conditions; | .50<br>**TWT** |
| 12/26/2016 | Get update from Tribal Contact on their NWP 48 Regional condition views; | .20<br>**KGA** |
| 12/27/2016 | Skim Tribal 2017 NWP 48 comments; Follow up with L.H., co-counsel, and CFS with same; | .40<br>**KGA** |
| 12/29/2016 | Review NWIFC letter and Federal agencies MOU; | 1.00<br>**TWT** |
| 12/29/2016 | Additional edits to draft CPPSH comments on Regional Conditions for 2017 NWP 48; Lengthy phone call with L.H. on same, status of suit, and next steps; | 2.30<br>**KGA** |
| 12/30/2016 | Review email to KGA on status; | .25<br>**TWT** |
| 12/30/2016 | Review Corps  denial of CPPSH public Hearing request on 2017 NWP 48; | .35<br>**KGA** |
| 1/3/2017 | Review draft comments regarding 2017 NWP 48; Review eelgrass studies and provide to L.H.; Evaluate Amended Complaint regarding ESA claims; | 1.00<br>**TWT** |
| 1/3/2017 | Edit draft CPPSH comments on Regional Conditions; | 1.75<br>**KGA** |

| | Send same to L.H.; Task law clerk with research on "existing" versus "new" in 2012 and whether Complaint is adequate to present that issue to the court; | |
|---|---|---|
| 1/3/2017 | Review Complaint and Answer and prepared notes on same in connection with research on whether Complaint adequately alleges Corps' errors in defining "existing" and "new" activities; | 2.30<br>**Law Clerk** |
| 1/4/2017 | Review email from L.H. about new Eelgrass study; Provide advice on same; Review info provided by tribal contact; Phone call with Tribal contact; | .75<br>**KGA** |
| 1/4/2017 | Legal research regarding Rule 8 pleading standards under *Twombly* and *Iqbal*; Email with KGA regarding need for additional information and decision documents to determine extent of Corps' reliance on "existing" concepts in projections of activities authorized under NWP 48; | 4.00<br>**Law Clerk** |
| 1/4/2017 | Legal research regarding Rule 8 pleading standards under *Twombly* and *Iqbal*; Email with KGA regarding need for additional information and decision documents to determine extent of Corps' reliance on "existing" concepts in projections of activities authorized under NWP 48; | 2.50<br>**Law Clerk**<br>**No Charge** |
| 1/5/2017 | Review L.H. revised draft Reg. Cond. Comments; Edit same;  Send back to L.H.; | .95<br>**KGA** |
| 1/6/2017 | Emails with KGA regarding decision documents; Review decision documents to determine whether Corps made distinction in original docs between effects of new, existing, and expanded facilities; Analyze pleadings; | 2.90<br>**Law Clerk** |
| 1/6/2017 | Review multiple emails from multiple sources with comments filed by others on Regional Conditions; | 1.25<br>**KGA**<br>**No Charge** |
| 1/9/2017 | Review and respond to multiple emails with various Reg. Condi. Comments filed by various folks; Review EPA & NWIFC comments to Corps; | .45<br>**KGA** |
| 1/9/2017 | Review multiple Reg. Condi. Comments filed by various folks; Review EPA & NWIFC comments to Corps; | 1.00<br>**KGA**<br>**No Charge** |
| 1/10/2017 | Review 9th Circuit *Great Basin* Opinion; Forward same to co-counsel and L.H. with thoughts on applicability; | .50<br>**KGA** |

| 1/10/2017 | Begin draft of Memorandum Re: Sufficiency of Pleadings; | 2.90<br>**Law Clerk** |
| --- | --- | --- |
| 1/11/2017 | Review recent Ninth Court decision on cumulative impact and NEPA; | .50<br>**TWT** |
| 1/11/2017 | Continued drafting Memo on Sufficiency; | .50<br>**Law Clerk** |
| 1/12/2017 | Continued drafting Memo on Sufficiency; Finalize Memo on Sufficiency of Pleadings; Send to KGA; | 8.00<br>**Law Clerk** |
| 1/12/2017 | Review law clerk Memo on Complaint sufficiency; | .50<br>**KGA** |
| 1/13/2017 | Review email from L.H. with Corps Notice of "work days" to help Applicants; | .10<br>**KGA**<br>**No Charge** |
| 1/16/2017 | Provide additional questions to law clerk on Complaint pleading issues; | .15<br>**KGA** |
| 1/17/2017 | Review law clerk follow up on questions and possible waiver analysis; | .10<br>**KGA** |
| 1/27/2017 | Review L.H. email with Corps Notice of 2017 NWP Publication in F.R.; | .10<br>**KGA** |
| 1/27/2017 | Review CFR; Review CFS thoughts on EPA comments to Corps on 2017 NWP 48; | .15<br>**KGA**<br>**No Charge** |
| 1/29/2017 | Download 2017 NWP 48 Decision Documents; Begin review of same; | .50<br>**KGA** |
| 1/30/2017 | Email to L.H. about Decision Documents on 2017 NWP 48; Review multiple responses to same; | .50<br>**KGA** |
| 1/31/2017 | Multiple emails exchanged with L.H. and co-counsel about effect (if any) of Exec. Order that included a "Regulatory Freeze" on 2017 NWP 48; | .25<br>**KGA** |
| 2/2/2017 | Research on the ability to maintain suit after issuance of new NWP; | .75<br>**TWT** |
| 2/2/2017 | Review Corps NWP case from 11th Circuit on mootness issue; Do additional research on same issue; Provide thoughts to co-counsel on same; | 1.25<br>**KGA** |

| 2/2/2017 | Outline project for law clerk regarding Decision Document review, legal research, and drafting of Amended Complaint to address 2017 NWP 48 ; | .70 **KGA** **No Charge** |
|---|---|---|
| 2/3-13/17 | Review 2012 & 2017 NWP 48 Decision Documents; Draft and provide Memo comparing both to KGA; Draft and provide Memo on cumulative impact analysis comparison's specifically; | 6.50 **Law Clerk** |
| 2/6/2017 | Review announcement of comment period on Eelgrass management in Wilapa Bay; Forward to co-counsel; | .10 **KGA** **No Charge** |
| 2/8/2017 | Additional research on effects of 2017 NWP 48; | 1.00 **TWT** |
| 2/8/2017 | Review email from L.H. about ESA coverage for NWP 48 users; Review response from CFS; | .10 **KGA** **No Charge** |
| 2/9/2017 | Review emails and respond to spraying; | .50 **TWT** **No Charge** |
| 2/10/2017 | Phone call to DOJ attorney Kent Hanson regarding record status; Advise L.H. and KGA of same; | .25 **TWT** |
| 2/10/2017 | Review email from L.H. about upcoming information meeting by Corps; Provide feedback to L.H. on same; | 1.00 **KGA** |
| 2/10/2017 | Review follow up from co-counsel on EPA and herbicide issue; Provide outline of thoughts and approaches to addressing herbicide use Wilapa Bay; Review responses from CFS and co-counsel; | .75 **KGA** **No Charge** |
| 2/14/2017 | Review letter from Kent Hanson; Respond to same; | .25 **TWT** |
| 2/14/2017 | Review Memo on 2012 vs 2017 Decision Document comparison from law clerk; Review Memo on Cumulative Impact Analysis Comparison from law clerk; Review and respond to Corps' attorney's email about transmission of part of the draft Corps proposed AR; Task law clerk with Mootness research and draft supplemental Complaint; | 1.50 **KGA** |
| 2/16/2017 | Research regarding cumulative impact; Review treaties regarding the importance of eelgrass status in Puget Sound, including new findings on disease resistence; Review NOAA comments regarding NWP 48; | 2.50 **TWT** |

| | | |
|---|---|---|
| 2/15-17/17 | Mootness legal research; Draft Memo on Mootness; Send to KGA; | 6.50 **Law Clerk** |
| 2/20-21/17 | Draft Supplemental Complaint; Send to KGA; | 3.84 **Law Clerk** |
| 2/23/2017 | Phone call with L.H. to discuss status of case and strategy for dealing with effects of 2017 NWP 48; Review email from L.H. with summary of Corps grower meeting; Emails to co-counsel with Comparison Memos, Mootness Memo, and draft Supplemental Complaint; | 1.95 **KGA** |
| 2/25/2017 | Follow up with Corps lawyer on the status of proposed AR; Task law clerk with creating spreadsheet review of proposed Record and comparison to our relevant documents spreadsheet to determine what is missing; | .25 **KGA** |
| 2/27/2017 | Multiple follow up emails exchanged with Corps' attorney on proposed AR; | .25 **KGA** |
| 2/27/2017 | Review email exchange on Corps record and 2017 NWP 48 procedure; | .25 **TWT** **No Charge** |
| 2/28/2017 | Follow up with CFS to see if they are going to challenge 2017 NWP 48; Review CFS response; | .25 **KGA** **No Charge** |
| 3/1/2017 | Review email from Corps attorney indicating 2012 AR documents are still being reviewed by Corps and should be done soon; Respond to same; | .10 **KGA** |
| 3/2/2017 | Review draft Supplemental Complaint; | .25 **TWT** |
| 3/6/2017 | Review L.H. letter to Corps on Dungeonous Spit Industry Application; Review L.H. request to Corps for clarification on "withdrawn" Applications; Review L.H. FOIA on same; Review new study on farm gear and aqua culture from L.H.; | .45 **KGA** **No Charge** |
| 3/7/2017 | Review EPA Management meeting notes located and forwarded by L.H.; Provide follow up advice to L.H. on Corps FOIA and EPA meeting notes; Review L.H. thoughts on FOIA issues; | .30 **KGA** |
| 3/8/2017 | Review revised FOIA request to Corps from L.H.; | .10 **KGA** |

| 3/8/2017 | Send updated billing to L.H.; | 1.15 **KGA** **No Charge** |
|---|---|---|
| 3/9/2017 | Follow up with Corps counsel on status of AR production; Follow up with same on applicability of Executive Order (EO on regulatory freeze) to 2017 NWP 48; Review case Management Order and evaluate next steps in litigation; | .75 **KGA** |
| 3/9/2017 | Review email exchange on proposed AR status; | .25 **TWT** **No Charge** |
| 3/13/2017 | Review update from Corps attorney on EO's and AR production; | .10 **KGA** |
| 3/13/2017 | Review L.H. email about Judge; | .15 **KGA** |
| 3/14/2017 | Review and download Corps proposed AR CD's; Provide same to law clerk with instructions on starting comparison of Corps AR Index with our Index of documents; | .50 **KGA** |
| 3/20/2017 | Review Seattle District Corps final Regional Conditions and Notice of same; Make notes on lack on NEPA decision documents to support same; Review L.H. question on same; Follow up with CFS on missing final Decisional Documents to support with Regional Conditions; Review CFS response on same; Provide details on what we are looking for and advice on how to extract it from the Corps; Review CFS update from Seattle District about final Decision Docs on Regional Conditions not being posted yet; Begin review of Regional Conditions; | 1.15 **KGA** |
| 3/21/2017 | Review Regional Conditions; | 1.00 **TWT** |
| 3/21/2017 | Review follow up email from law clerk about comparison of document Index's;  Follow up with Corps' attorney on effective date of 2017 NWP 48 in light of EO's; Review CFS update on same; Follow up with Corps' attorney on AR issues and likely need for delay in briefing schedule given incomplete AR; Follow up with law clerk on types of document review to do when reviewing AR produced so far; Update L.H. on various prior emails; | 1.50 **KGA** |

| 3/21/2017 | Review follow up email from co-counsel about 401 issues;  Review CFS thoughts on 401 issues: Provide advice on same; Follow up with co-counsel on DOE 401 Certifications; | .45<br>**KGA**<br>**No Charge** |

| 3/22/2017 | Email exchange with CFS on Regional Condition Decision Documents; Review email from Corps' attorney agreeing to adjust briefing schedule and confirmation that Corps got OMB exception to EO regulatory freeze as of 3-19-17; Advise Corps' attorney that we will likely be challenging 2017 NWP 48 and need for NEPA Decision Documents on Regional Conditions to complete our analysis; Review follow up from CFS on same; Advise CFS and L.H. of Corps position that NWP 48 is now in effect; Review Corps attorney email indicating the Decision Documents for Regional Conditions will be posted in the "next week or two"; Forward to co-counsel with thoughts on same; | .65<br>**KGA** |

| 3/22/2017 | Review final DOE 401 Certification provided by CFS; | .30<br>**KGA**<br>**No Charge** |

| 3/30/2017 | Review email from CFS with Regional Decision Documents; Follow up on same with Corps attorney outlining need for Amended or supplemental Complaint and proposed Motion to Vacate CMO; Follow up with law clerk on research and review of Regional Conditions and revised draft Supplemental Complaint to account for same; Review email from Corps attorney agreeing to an extension of deadlines and Motion To Vacate CMO; Respond to same; Follow up with co-counsel about contacting Intervenor counsel to confirm they also agree to Motion To Vacate CMO; | 1.00<br>**KGA** |

| 3/30/2017 | Email exchange with KGA on extension amendments and docket; Email exchange with Plauche on same; Review Corps New Regional Decision Doc's on NWP 48; | 1.00<br>**TWT** |

| 3/31/2017 | Review Intervenor attorney email on Motion To Vacate CMO; Phone call to court clerk to verify that the court prefers Motion to a conference call; Revise draft Motion To Vacate CMO and send to co-counsel for review; Finalize and file Motion To Vacate CMO; Send proposed Order on same to court clerk as required by local rules; Follow up with L.H. to explain the current situation and plan for next steps; Review court clerk confirmation that they got draft Order; | 2.00<br>**KGA** |

| 3/31/2017 | Email exchange with KGA on stipulation; | .25 **TWT** |
|---|---|---|
| 3/31/2017 | Inquire about whether a NWP 48 "all conditions that apply" cheat sheet would be helpful; Follow up with CFS on their role in litigation from here on out; | .20 **KGA** **No Charge** |
| 4/3/2017 | Review email from Corps attorney about Motion To Vacate; Respond to same; | .10 **KGA** |
| 4/3/2017 | Draft Memo for KGA further comparing 2012 and 2017 NWP 48 Corps' Decision Documents; Additional work on supplemental Complaint; | 3.58 **Law Clerk** |
| 4/4/2017 | Begin drafting email to Corps and Intervenor attorney outlining proposed new schedule; | .25 **KGA** |
| 4/4/2017 | Review email from KGA on Order, docket, and proposed schedule change; | .25 **TWT** |
| 4/4/2017 | Review email from CFS indicating they are in the process in getting approval on how to proceed; Provide detailed thoughts on how that would fit with our suit (or not) to CFS and co-counsel; | .40 **KGA** **No Charge** |
| 4/5/2017 | Emails with TWT on next steps; | .25 **KGA** **No Charge** |
| 4/5/2017 | Email exchange with KGA on status; | .25 **TWT** |
| 4/6/2017 | Review message from KGA on AR; | .25 **TWT** |
| 4/8/2017 | Follow up with CFS to see how their litigation approval process is going; | .25 **KGA** **No Charge** |
| 4/10/2017 | Review Corps' attorney email on Corps projected AR completion date; Respond to same with clarification questions; | .10 **KGA** |
| 4/11/2017 | Review email exchange with Corps on AR; | .25 **TWT** **No Charge** |
| 4/11/2017 | Review Corps' attorney clarifications; Draft Supplemental Joint Status Report; Send to co-counsel for review; | .80 **KGA** |

| 4/12/2017 | Multiple emails with law clerk on AR and Supplemental Complaint issues; Meeting with law clerk to get update on and provide further direction on proposed AR review; Begin outline of documents we need to notify the Corps should be added to AR; Review co-counsel thoughts on draft Joint Supp. Status Report; Revise draft Joint Supp. Status Report; Email same to opposing counsel; Follow up with Corps attorney on the proposed AR, and missing doc's; Meeting with law clerk to go over 2007 vs 2012 vs 2017 NWP Decision Doc. analysis and need for revised draft of Supp. C.P.I; | 1.90<br>**KGA** |
|---|---|---|
| 4/12/2017 | Task law clerk with additional legal research and analysis of 2017 NWP 48 and issues with same; Locate 2007 NWP 48 key doc's; Forward to law clerk for use in comparative analysis; | 2.00<br>**KGA**<br>**No Charge** |
| 4/13/2017 | Review draft supplemental Status Report and comment; | .50<br>**TWT** |
| 4/14/2017 | Phone call with Corps attorney on AR issues; | .15<br>**KGA** |
| 4/15/2017 | Follow with Corps attorney on materials missing from AR materials; Emails with law clerk on AR issues; | .50<br>**KGA** |
| 4/18/2017 | Follow up with law clerk on AR issues; Review revised draft of Joint Motion to Amend Case Management Order from Corps attorney; | .25<br>**KGA** |
| 4/19-21/17 | Work on further drafting of Supplement Complaint; | 2.25<br>**Law Clerk** |
| 4/19/2017 | Review Corps edits to draft Supplemental Status Report and comment; | .25<br>**TWT** |
| 4/19/2017 | Review co-counsel thoughts on draft Supplemental Status Report; Review Intervenor attorney comments on same; | .20<br>**KGA** |
| 4/20/2017 | Review revised draft Status Report and comment; | .25<br>**TWT** |
| 4/20/2017 | Follow up with co-counsel on Supplemental vs. Amended Complaint and briefing sequence change that Corps has proposed; Respond to Corps attorney with outline of thoughts on revised Joint Motion to Amend; Edit Joint Motion; Provide revised draft to opposing counsel; Phone call with Corps attorney to negotiate briefing schedule; | 1.20<br>**KGA** |

| 4/21/2017 | Review final changes to Joint Status Report and comment; | .25 **TWT** |
| 4/21/2017 | Review additional edits from Corps attorney on Joint Motion; Review comments from Intervenor counsel on same; Edit Joint Motion; Send final proposed Joint Motion to opposing counsel for review; Review draft revised Supplemental Complaint from law clerk with thoughts on 2017 condition changes and Decision Document changes; Follow up with law clerk on strategy for same; Review co-counsel final edits to proposed Joint Motion to Amend; | 1.00 **KGA** |
| 4/24/2017 | Review confirmation from Corps attorney that draft Joint Motion is acceptable; | .10 **KGA** |
| 4/26/2017 | Follow up with Intervenor attorney on same; Review Intervenor attorney response; File Stipulated Motion to Amend Case Management Order; | .50 **KGA** |
| 4/27/2017 | Review Stipulated Motion to Amend Case Management Order and docket; | .25 **TWT** **No Charge** |
| 4/27/2017 | Follow up with client rep L.H. to provide Stipulated Motion and update on CFS as well as advice for next steps; | .25 **KGA** |
| 4/27/2017 | Follow up with CFS on their participation and changes in scheduling; | .40 **KGA** **No Charge** |
| 5/1/2017 | Finalize draft of  Supplemental Complaint and send to KGA; | .92 **Law Clerk** |
| 5/1/2017 | Begin review of draft Supplemental Complaint from law clerk; | .50 **KGA** |
| 5/3/2017 | Email exchange with CFS about case law on mootness; | .25 **KGA** **No Charge** |
| 5/9-2/17 | Work on reviewing 2017 NWP 48 inconsistencies, for use in drafting Sum. Jud. Mot.; | 1.92 **Law Clerk** |
| 5/10/2017 | Review draft Supplemental Complaint and edit further; | .25 **KGA** |

| Date | Description | Time |
|---|---|---|
| 5/11/2017 | Continue edits on draft Supplemental Complaint; Phone call with L.H. to go over which Corps permits have and have not been issued as well as go over FOIA responses; Follow up with L.H. and provide copy of Hood Canal Eelgrass permits under new Corps number and update on status of various matters and provide advice on North Puget Sound issues; Review multiple FOIA emails forwarded by L.H.; | 1.85 **KGA** |
| 5/14/2017 | Edit draft Supplemental Complaint; | 1.85 **KGA** |
| 5/15/2017 | Provide same to counsel for a review; | .10 **KGA** |
| 5/16/2017 | Additional edits to Supplemental Complaint; Review Corps April 2017 Monthly Action Report; | .75 **KGA** |
| 5/19/2017 | Review email from Corps attorney indicating they will not oppose our Motion for Leave to File Supplemental Complaint; Provide cleaned-up version of Supplemental Complaint to opposing counsel; Review update from Intervenor attorney on their review of same; Provide detailed email with instructions on various issues and draft Supplemental Complaint to L.H.; | 1.65 **KGA** |
| 5/19/2017 | Review draft supplemental Complaint; | .25 **TWT** |
| 5/19/2017 | Follow up with CFS to provide indexes from Corps proposed AR's; Review Corps Website portlal Monthly Action Reports; | .20 **KGA** **No Charge** |
| 5/22/2017 | Review confirmation from Intervenor attorney that they will not object to Motion/Stipulation for Leave to File Supplemental Complaint; Begin drafting Motion/Stipulation for Leave; | .35 **KGA** |
| 5/23/2017 | Follow up with law clerk providing additional advice on Sum. Jud. Mot. drafting issues; Send draft Motion/Stipulation for Leave to file Supplemental Complaint to opposing attorneys; | .85 **KGA** |
| 5/24/17 | Email exchanges with opposing counsel to confirm they will not oppose the Motion as long as we change certain wording; | .45 **KGA** |
| 5/25/2017 | Edit proposed Supplemental Complaint; More emails with opposing attorneys about Motion, also provide updated copy of proposed Supplemental Complaint; | 2.30 **KGA** |

| | | |
|---|---|---|
| 5/26/2017 | Review email exchange and supplemental  Complaint; Review Motion and Order; Email exchange on same; | .75<br>**TWT** |
| 5/26/2017 | Finalize and file the Motion for Leave to File Supplemental Complaint; Draft proposed Order granting Motion; Multiple emails exchanged with opposing attorneys on same; Send Motion and Order to L.H. with follow up questions on 5/19 project list; | .50<br>**KGA** |
| 5/30/2017 | Review email from court clerk about proposed Order; Follow up with opposing counsel on same; | .25<br>**KGA** |
| 5/31/2017 | File proposed Order granting Motion for leave to file Supplemental Complaint; Review court signed Order granting Motion; Begin finalizing Supplemental Complaint for filing; | .55<br>**KGA** |
| 6/1/2017 | Review Motion and Order; | .25<br>**TWT**<br>**No Charge** |
| 6/10/2017 | Review proposed AR; | .83<br>**Law Clerk** |
| 6/11/2017 | Further review proposed AR; | .53<br>**Law Clerk** |
| 6/12/2017 | Review Notice that Army Corps is holding NWP 48 verification public meeting; Email exchange with co-counsel on same; | .25<br>**KGA** |
| 6/12/2017 | Reviewing  Law and current AR; | .25<br>**Law Clerk** |
| 6/13/2017 | Review NWP 48 Rules on verification and SAV delineation; Respond to same; | .50<br>**TWT** |
| 6/14/2017 | Review email from CFS indicating they have aurthority to file suit and challenge NWP 48 2017; Multiple emails with CFS counsel and L.H. on same;  Letter to L.H. with updated billing; | .45<br>**KGA**<br>**No Charge** |
| 6/17/2017 | Further review of decision docs; | 1.00<br>**Law Clerk** |
| 6/19/2017 | Review decision docs and Record; | .83<br>**Law Clerk** |
| 6/19/2017 | Review follow up email on record issues from CFS attorney; Respond to same; | .10<br>**KGA**<br>**No Charge** |

| 6/20/2017 | Review email from L.H. about Corps public meeting and multiple follow up emails about same; | .30<br>**KGA** |
| 6/21/2017 | Emails exchanged with CFS, co-counsel, and L.H. about Corps public meeting and outline of questions for same; | .15<br>**KGA**<br>**No Charge** |
| 6/21/2017 | Review Court of Appeals decision on land use case forwarded by L.H.; | .10<br>**KGA**<br>**No Charge** |
| 6/22/2017 | Review Common Interest Agreement from CFS; | .25<br>**KGA**<br>**No Charge** |
| 6/23/2017 | Review follow up between CFS and L.H. on press issues; | .10<br>**KGA**<br>**No Charge** |
| 6/23/2017 | Review decision docs; | .92<br>**Law Clerk** |
| 6/24-30/17 | Research cumulative impact regs and cases; Review case law and decision docs; Begin drafting Sum. Jud. Mot.; | 10.09<br>**Law Clerk** |
| 6/27/2017 | Review L.H. outline of Corps public meeting on 2017 NWP 48; | .30<br>**KGA** |
| 6/27/2017 | Revise draft Common Interest Agreement; Send back to CFS for their review; Review CFS ESA 60 Day Notice; Update on their planned Complaint filing; | .20<br>**KGA**<br>**No Charge** |
| 6/28/2017 | Follow up CFS on Corps Power Point presentation at public meeting on NWP 48; | .10<br>**KGA** |
| 6/29/2017 | Email exchange with law clerk on research issues; | .10<br>**KGA** |
| 6/30/2017 | Phone call with Corps attorney on AR issues; Follow up with co-counsel and provide detailed outline on scheduling issues along with discussion of draft Sum. Jud. Mot. that I have law clerk working on; | .85<br>**KGA** |
| 7/1/2017 | Review email from DOJ attorney Kent Hanson on AR issues; | .25<br>**TWT** |
| 7/1/2017 | Begin review of first draft of Sum. Jud. Mot. outline provided by law clerk; Provide initial thoughts on same; | .35<br>**KGA** |
| 7/1-7/17 | Further drafting of Sum. Jud. Mot.; | 17.07<br>**Law Clerk** |

| | | |
|---|---|---|
| 7/3/2017 | Review co-counsel and CFS thoughts on Corps delay in producing AR; Multiple emails exchanged on strategy for dealing with same; Follow up with law clerk on Sum. Jud. Mot. draft; Review email from Corp attorney with Index for discs being forwarded by the Corps as part of the 2017 record; Send same on to co-counsel and CFS; | .35<br>**KGA** |
| 7/5/2017 | Begin review of latest Sum. Jud. Mot. draft from law clerk; | .35<br>**KGA** |
| 7/6/2017 | Provide feedback on same; | .25<br>**KGA** |
| 7/7/2017 | Email exchange with CFS and co-counsel on distribution of AR discs which finally arrived; | .10<br>**KGA**<br>**No Charge** |
| 7/8/2017 | Continue drafting Sum. Jud. Mot.; Shepardizing Sum. Jud. Mot. Cases; Provide revised draft Sum. Jud. Mot.; | 1.91<br>**Law Clerk** |
| 7/10-12/17 | Have staff burn ARs CD for co-counsel; Review Common Interest Agreement signed by CFS; Sign same and send back to CFS; Review email from L.H. about Industry lobbying successful efforts to kill some of their legislation; Review multiple follow up emails on same; | .25<br>**KGA**<br>**No Charge** |
| 7/13/2017 | Email exchange on status of production by Corps of 2017 NWP 48 proposed AR; | .10<br>**KGA** |
| 7/17/2017 | Review Answer filed by Corps and Answer filed by Industry to Supplemental Complaint; | .55<br>**KGA** |
| 7/19/2017 | Multiple emails exchanged with CFS attorney on issue of local counsel for CFS in Western District Of Washington; | .20<br>**KGA**<br>**No Charge** |
| 7/21/2017 | Review contents of CD from Corps with additional NWP 48 2017 proposed proposed AR materials; Follow up with co-counsel on same; | .50<br>**KGA** |
| 7/24/2017 | Review email from CFS with an update on when they will be filing; Respond to same; | .10<br>**KGA**<br>**No Charge** |
| 7/27/2017 | Follow up with law clerk on AR issues to see if everything we need is there; Review update from CFS on when their Complaint will be filed; Multiple emails exchanged with CFS attorney on getting them a copy of the proposed 2017 AR; | .60<br>**KGA**<br>**No Charge** |

| | | |
|---|---|---|
| 7/31/2017 | Review email from Intervenor Industry attorney with supplement document proposed for inclusion in the AR; Respond to same with an update on plaintiff's review of the draft AR; Review additional discs from Corps with additional proposed AR; Follow up with law clerk on same; Forward Industry document to L.H. and co-counsel; Notify Corps and Industry attorneys that we received disc 7 of the proposed AR; | .85<br>**KGA** |
| 8/1/2017 | Review email from Corp attorney agreeing to the proposal to take additional time to review a proposed AR; Notify L.H. and co-counsel of same with additional thoughts on next steps; | .25<br>**KGA** |
| 8/1/2017 | Review email from Industry attorney verifying that they received disc 7 and we are still missing the document that he submitted; Review email from Corp attorney indicating that document would be on disc 8; | .10<br>**KGA**<br>**No Charge** |
| 8/7/2017 | Multiple emails exchanged with CFS on transmitting proposed 2017 NWP 48 AR that we received from the Corp; Begin review of draft CFS Complaint; Review CFS Record Index questions; Provide response on same; | .30<br>**KGA**<br>**No Charge** |
| 8/7/2017 | Follow up with Corps attorney on lack of Indexes on proposed discs 6 and 7; | .15<br>**KGA** |
| 8/8/2017 | Multiple emails exchanged with CFS and law clerk on AR issues; Review email from Corps confirming no Index on some disc's, they will provide such when they propose the final AR; Respond to same; | .15<br>**KGA** |
| 8/8/2017 | Review email from CFS asking if there is a new Colonel for the Seattle District; Respond to same; | .10<br>**KGA**<br>**No Charge** |
| 8/9/2017 | Provide thoughts on draft CFS Complaint to CFS attorney; Confirm no Protective Order is in place; | .15<br>**KGA**<br>**No Charge** |
| 8/10/2017 | Review email from CFS confirming they have now filed Complaint; Review follow up between L.H. and CFS on press issues; Review email from law clerk with Index of his findings on his review of the proposed AR; | .50<br>**KGA**<br>**No Charge** |
| 8/10/2017 | Review disc 8 of proposed AR from Corps; | .15<br>**KGA** |

| 8/11/2017 | Email to co-counsel and CFS and L.H. with update on disc 8 spreadsheet showing authorizations under NWP 48 exceeded by at least 370 times the number of authorizations issued under other NWP permits; | .40<br>**KGA** |
| --- | --- | --- |
| 8/15/2017 | Review press info forwarded by L.H. on CFS filing; | .20<br>**KGA**<br>**No Charge** |
| 8/15/2017 | Review updated spreadsheet from law clerk on Index of AR; | .10<br>**KGA** |
| 8/22/2017 | Phone call with L.H. to go over possible addition of the attorneys to help out on 100,000 page AR document reviewing as well as to disucss case status and other issues; | .45<br>**KGA** |
| 8/22/2017 | Review additional press for CFS litigation; Multiple emails exchanged with CFS and L.H. on same; Review multiple email messages about calls that CFS has received from local land owners; Respond to same with thoughts on property damage issues; | .40<br>**KGA**<br>**No Charge** |
| 9/3/2017 | Follow up with CFS attorney on what Judge they drew; | .10<br>**KGA**<br>**No Charge** |
| 9/8/2017 | Phone call with Corps attorney to go over CFS case consolidation and AR issues; | .25<br>**KGA** |
| 9/11/2017 | Email to CFS and co-counse about phone call and next steps; | .25<br>**KGA** |
| 9/14/2017 | Prepare for and attend conference call with KGA on case handling, evaluation, and strategy; | 2.00<br>**TWT** |
| 9/14/2017 | Conf. call with co-counsel and CFS counsel to talk strategy and timing; Follow up with Corp attorney thereafter; | .50<br>**KGA** |
| 9/19/2017 | Scheduling emails exchanged with Corps attorney to set up conference call about consolidation and related issues; | .25<br>**KGA**<br>**No Charge** |
| 9/20/2017 | Review email from L.H. with additional press on NWP 48 and herbicide spraying; | .10<br>**KGA**<br>**No Charge** |
| 9/28/2017 | Review Amended Complaint filed by CFS; | .75<br>**TWT** |

| | | |
|---|---|---|
| 9/29/2017 | Conference call with Corps attorney and CFS to discuss consolidation, Briefing Schedule, and next steps; | .45 **KGA** |
| 9/29/2017 | Prepare for and attend conference call with KGA and Kent Hanson regarding status, handling, and scheduling; | 1.00 **TWT** |
| 10/2/2017 | Review draft briefing schedule for consolidated cases from CFS attorneys; | .20 **KGA** |
| 10/3/2017 | Provide thoughts on same to co-counsel; | .20 **KGA** |
| 10/4/2017 | Email exchange with KGA on Complaint issues; | .50 **TWT** |
| 10/4/2017 | Review revised draft briefing schedule; Provide additional thoughts on same; | .15 **KGA** |
| 10/5/2017 | Review CFS email to Corps with draft schedule; Review Corps Agreement to Consolidate; | .35 **KGA** **No Charge** |
| 10/6/2017 | Review CFS email indicating shellfish Industry  Assoc. will be Intervening in CFS case; | .10 **KGA** |
| 10/8/2017 | Phone call with L.H.; Multiple emails exchanges with co-counsel on how to respond to Industry attorneys; | .40 **KGA** |
| 10/9/2017 | Email with KGA on status and handling; | .25 **TWT** |
| 10/9/2017 | Review L.H. email with contact info on other attorneys interested in working on NWP 48 related issues such as HPA;  Follow up email to CFS on  same; Follow up with questions to other attorneys;  Review  response; | .40 **KGA** **No Charge** |
| 10/10/2017 | Review Motion to Intervene by PSEA in CFS case with supporting documents and messages; | 1.00 **TWT** **No Charge** |
| 10/10/2017 | Review shellfish Industry  Motion to Intervene in CFS Case; | .50 **KGA** **No Charge** |
| 10/16/2017 | Review draft and final Stipulation regarding consolidation; | .25 **TWT** |
| 10/18/2017 | Provide comments on draft Stipulation on consolidation and comment; | .25 **TWT** |

| | | |
|---|---|---|
| 10/19/2017 | Review final Stipulation; | .25<br>**TWT** |
| 10/23/2017 | Review AR Indexes (preliminary); | .50<br>**TWT** |
| 10/31/2017 | Review revised draft Joint Motion for Consolidation and Briefing Schedule from DOJ; Discuss same with CFS; Follow up email with Corps attorney to confirm draft Joint Motion is acceptable; | .80<br>**KGA** |
| 10/31/2017 | Meeting with other attorneys to go over NWP 48 and related other ideas to get at aqua-culture issues such as HPA; | 1.50<br>**KGA**<br>**No Charge** |
| 11/1/2017 | Review email exchange and Notice of Appearance; | .25<br>**TWT** |
| 11/1/2017 | Review revised proposed Stipulated Motion and Order Consolidating and setting Case Management Schedule; Follow up email to Corps attorney on standing; Phone call to Corps attorney on same; Multiple emails exchanged with co-counsel on same; | .55<br>**KGA** |
| 11/2/2017 | Review email from Corps attorney accepting our proposed changes to the draft Order;  Review Notice from court that Motion to Consolidate and proposed Scheduling Order was filed; | .50<br>**KGA** |
| 11/2/2017 | Review email from L.H. with updated State of the Sound Report; | .20<br>**KGA**<br>**No Charge** |
| 11/6/2017 | Review Corp attorney email to court with Word version of proposed Order; | .15<br>**KGA**<br>**No Charge** |
| 11/7/2017 | Phone call from court clerk asking what parties wanted and Court's view of options; Follow up email to opposing and co-counsel on same; Review Corp attorney follow up email; Review email from Industry  attorney on same; | .70<br>**KGA** |
| 11/8/2017 | Review docket Scheduling Order; | .25<br>**TWT** |
| 11/8/2017 | Review Joint Schedule and Order granting Motion to Intervene issued in CFS case; | .10<br>**KGA** |

| Date | Description | |
|---|---|---|
| 11/9/2017 | Email from co-counsel with news article about shellfish growers intervention; Review update from L.H. to coalition members about case and various other projects; | .65 **KGA** **No Charge** |
| 11/15/2017 | Phone call with L.H. about pending Corps NWP 48 registrations and plans for comments on same; | .75 **KGA** |
| 11/15/2017 | Phone call with L.H. about HPA case situation; | .15 **KGA** **No Charge** |
| 11/17/2017 | Review updated set of 11 comment letters submitted by L.H. to Corps on pending NWP 48 registrations; Follow up with L.H. on same; Review email from Corps attorney about Corps lodging the proposed AR in CD form; Respond to same; | .45 **KGA** |
| 11/22/2017 | Review multiple L.H. emails to Corps transmitting many additional NWP 48 comment letters; Follow up with L.H. on same; Review L.H. notes on number of letters sent, number of permits on current Corps lists, etc.; | .25 **KGA** |
| 11/27/2017 | Review Corps attorney letter to court transmitting CFS case AR; | .10 **KGA** **No Charge** |
| 11/28/2017 | Email exchange with KGA; Review Corps letter to Court on AR; | .25 **TWT** |
| 11/28/2017 | Review L.H. email to Corps following up on recently submitted comment letters; | .20 **KGA** |
| 11/29/2017 | Review Corps response; Multiple email's exchanged with co-counsel on the recent CD's filed by the Corps; | .20 **KGA** |
| 12/1/2017 | Review Forage Fish article sent by L.H.; | .10 **KGA** **No Charge** |
| 12/4/2017 | Follow up with L.H. on HPA situation; | .10 **KGA** **No Charge** |
| 12/18/2017 | Review email from CFS about next Corps aquaculture permitting meeting; Multiple emails exchanged with co-counsel, CFS, and L.H. on same; | .30 **KGA** **No Charge** |

| 12/19/2017 | Additional emails with L.H. on plans for her attendance of Corps aquaculture permitting meeting in January 25th; | .20<br>**KGA** |
|---|---|---|
| 12/20/2017 | Multiple emails with CFS, co-counsel and L.H. with potential questions to Corps at NWP 48 aquaculture meeting later in January; | .35<br>**KGA** |
| 1/2/2018 | Emails with CFS about GAO audit of Corps NWP 48 program; | .25<br>**KGA**<br>**No Charge** |
| 1/3/2018 | Import AR discs 5-8 to computer; | .60<br>**MJS**<br>**No Charge** |
| 1/3/2018 | Begin review of AR; | .40<br>**MJS** |
| 1/4/2018 | Meet with KGA to discuss scope of facts section of draft Sum. Jud. Mot.: | .50<br>**MJS** |
| 1/4/2018 | Forward AR Index's to MJS; | .20<br>**KGA**<br>**No Charge** |
| 1/5/2018 | Read draft Sum. Jud. Mot..; Annotate; Search AR; | 1.90<br>**MJS** |
| 1/8/2018 | Review Memo; Begin draft facts section for Sum. Jud. Mot.; | 3.60<br>**MJS** |
| 1/9/2018 | Additional Index's forwarded to MJS; | .25<br>**KGA**<br>**No Charge** |
| 1/9/2018 | Build outline for facts section; Read AR for facts; Draft and edit facts section; | 2.00<br>**MJS** |
| 1/10/2018 | Continue drafting facts section; Find citations in AR; Review Complaint for facts needed in AR; | 4.70<br>**MJS** |
| 1/11/2018 | Edit facts section; Review AR for citations; Review Complaint; Continue drafting Sum. Jud. Mot.; | 3.40<br>**MJS** |
| 1/12/2018 | Begin review of draft fact section of Sum. Jud. Mot. from MJS | .40<br>**KGA** |
| 1/12/2018 | Meet with KGA to discuss Sum. Jud. Mot.; | .40<br>**MJS** |

| 1/16/2018 | Review emails on change in date for Corp NWP 48 Aquaculture meeting; | .20<br>**KGA**<br>**No Charge** |
|---|---|---|
| 1/17/2018 | Provide feedback to MJS about his questions on status of various things and fact section of Sum. Jud. Mot.; | .35<br>**KGA** |
| 1/18/2018 | Continue to review AR for citations; | 2.10<br>**MJS** |
| 1/19/2018 | Legal research on Sum. Jud. Mot. In W.D. WA; | 2.10<br>**MJS** |
| 1/22/2018 | Review email from Corps attorney about possible Stay in NWP 48 cases due to funding issues in Congress and government shut down; Multiple emails exchanged with co-counsel and Corps counsel on same; | .50<br>**KGA** |
| 1/22/2018 | Fill in citations to AR in draft Sum.Jud. Mot. Brief; Review 2014 BiOp; | 1.74<br>**MJS** |
| 1/23/2018 | Review materials from LH obtained at Corps Aquaculture meeting; | .60<br>**KGA** |
| 1/23/2018 | Multiple emails exchanged with CFS and GAO about possible meeting on Corp NWP 48 program; | .25<br>**KGA**<br>**No Charge** |
| 1/23/2018 | Revise facts; | 3.40<br>**MJS** |
| 1/24/2018 | Multiple emails with co-counsel with follow up to Corps public meeting; | .30<br>**KGA** |
| 1/24/2018 | Continue drafting Sum. Jud. Mot.; | 2.20<br>**MJS** |
| 1/25/2018 | Research Motion for Leave to File Overlength Brief; Draft Motion; Continue drafting Sum. Jud. Mot. with AR cites; | 4.60<br>**MJS** |
| 1/25/2018 | Review email from MJS with proposed Indexing approach to AR; Review email from MJS with draft Motion for Over Length Brief; Emails with CFS and co-counsel about number of permits that have been issued under 2012, number converted under 2017 and what additional permits referenced in the meeting are; Emails to Corps and Industry  attorneys outlining concerns about inconsistent AR bait stamp numbers and the problems they pose for briefing; | .90<br>**KGA** |

| | | |
|---|---|---|
| 1/25/2018 | Email exchange with KGA; Review aquaculture reporting documents; | .50 **TWT** |
| 1/26/2018 | Edit argument, find, reformat, and organize citations; Review and edit Sum. Jud. Mot. sent to KGA.; | 6.00 **MJS** |
| 1/26/2018 | Review L.H. comments to Corp on NWP 48 conservation measures; Review CFS email with aquaculture data base info;Finish edits to Standing Declarations; Provide Standing Declarations to L.H. and co-counsel with instructions on same;   Begin review of draft Sum. Jud. Mot. from MSJ; | 1.65 **KGA** |
| 1/27/2018 | Review CFS email to defense counsel with AR supplements; | .20 **KGA** **No Charge** |
| 1/29/2018 | Prepare for meeting with GAO; | 1.00 **TWT** **No Charge** |
| 1/29/2018 | Revise Sum. Jud. Mot.; Shepardize and update citations; Create draft Table of Contents; | 2.20 **MJS** |
| 1/29/2018 | Continue review of revised draft Sum. Jud. Mot. from MJS; | .60 **KGA** |
| 1/30/2018 | Prepare for conference call with GAO investigators about Corps use of NWP 48; | .50 **KGA** **No Charge** |
| 1/31/2018 | Confer with KGA on case status; Meeting with GAO; Debrief on GAO meeting; | 2.00 **TWT** **No Charge** |
| 1/31/2018 | Participate in conference call with GAO investigators about Corps use of NWP 48; | 2.00 **KGA** **No Charge** |
| 2/2/2018 | Follow up with law clerk on obtaining documents to send to GAO; | .30 **KGA** **No Charge** |
| 2/5/2018 | Phone call with law clerk about docs to send to GAO; | .25 **KGA** **No Charge** |
| 2/5/2018 | Find L.H. comment letters in AR for citation in Motions; Additional work locating comments; | 3.10 **MJS** |

| 2/5/2018 | Draft Memo for KGA to use with GAO; | .70<br>**MJS**<br>**No Charge** |
|---|---|---|
| 2/7/2018 | Provide documents requested by GAO during meeting with GAO; | .30<br>**KGA**<br>**No Charge** |
| 2/7/2018 | Meeting with KGA to discuss Sum. Jud. Mot. and AR; | .80<br>**MJS**<br>**No Charge** |
| 2/8/2018 | Additional emails with GAO about documents and issues; | .30<br>**KGA**<br>**No Charge** |
| 2/8/2018 | Organize key AR files for use as argument; | 1.30<br>**MJS** |
| 2/8/2018 | Review L.H. emails with documents; | .80<br>**MJS**<br>**No Charge** |
| 2/9/2018 | Forward copy of *Preserve Our Island* to MJS with thoughts on same; | .10<br>**KGA** |
| 2/14/2018 | Additional emails with GAO; | .30<br>**KGA**<br>**No Charge** |
| 2/14/2018 | Sort through AR for agency comments; | 2.90<br>**MJS** |
| 2/14/2018 | Find key photos in AR; | 2.30<br>**MJS**<br>**No Charge** |
| 2/15/2018 | Finish locating and cite CPPSH comments in draft Sum. Jud. Mot.; Draft and revise fact section; Multiple emails with KGA; Send draft Sum. Jud. Mot. to KGA; | 2.90<br>**MJS** |
| 2/15/2018 | Review files relevant to fact section; | 1.50<br>**MJS**<br>**No Charge** |
| 2/15/2018 | Review email from Corp attorney about AR supplementation; Multiple emails between Corp attorney and CFS on same; Begin review of revised draft Sum. Jud. Mot. from MJS ; | 1.20<br>**KGA** |

| 2/17/2018 | Review photos from MJS for possible use in Sum. Jud. Mot.; Additional emails from MJS on acreage issues for use in Sum. Jud. Mot.; | .40 **KGA** |
|---|---|---|
| 2/19/2018 | Emails with CFS and MJS about acreage issues and AR location of records on same; | .30 **KGA** |
| 2/21/2018 | Review email from Corps attorney about AR issues; | .10 **KGA** |
| 2/22/2018 | Email exchange on spreadsheet data and scope of issued permits; | .50 **TWT** |
| 2/22/2018 | Review email from Corps attorney with spreadsheet on NWP acreage; Emails with MJS about review of same; | .45 **KGA** **No Charge** |
| 2/23/2018 | Review update from Corp attorney on date spreadsheet was created (3/12/15); Multiple emails exchanged with co-counsel on same and how it can be used in Sum. Jud. Mot.; | .75 **KGA** |
| 2/23/2018 | Review NWP 48 spreadsheet; Draft memo to KGA; Find facts in AR; Multiple emails with KGA; | 5.20 **MJS** |
| 2/23/2018 | Review emails from KGA on Briefing issue; | .37 **MJS** **No Charge** |
| 2/27/2018 | Draft final argument section of Sum. Jud. Mot.; | 1.10 **MJS** |
| 2/28/2018 | Review emails from TWT about additional materials on eel grass and Aquaculture issues; | .30 **KGA** |
| 3/1/2018 | Review email from CFS with docs obtained in FOIA Request to Corps; Briefly review docs; | .45 **KGA** |
| 3/8/2018 | Review phone message from L.H. about status of case; | .10 **KGA** |
| 3/12/2018 | Emails with CFS and co-counsel about Briefing schedule; | .25 **KGA** |
| 3/12/2018 | Begin drafting Memo on mootness for NWP 48 2012 claim; | 2.70 **MJS** |

| 3/12/2018 | Review emails from KGA; Organize files; | .70<br>**MJS**<br>**No Charge** |
|---|---|---|
| 3/13/2018 | Continue drafting mootness Memo; Research mootness caselaw; | 1.90<br>**MJS** |
| 3/14/2018 | Review Notice of Filing of revised AR; Review WA Executive Order regarding Orca and Salmon protection; Evaluate application to our case; | .75<br>**TWT** |
| 3/14/2018 | Review Notice from Court that updated AR has been filed; Review email from Corps attorney on same; Review message indicating L.H. called with questions; Review L.H. email indicating Governor of Washington has signed an EO to protect Orcas; | .30<br>**KGA**<br>**No Charge** |
| 3/15/2018 | Review Court Notice regarding receipt of AR; | .25<br>**TWT** |
| 3/19/2018 | Emails with MJS with AR transmission issues; | .20<br>**KGA**<br>**No Charge** |
| 3/20/2018 | Emails to L.H. about Governor EO and inconsistency between that and his Shellfish Initiative position; | .20<br>**KGA**<br>**No Charge** |
| 3/22/2018 | Review email from CFS about possible Briefing Schedule change; | .10<br>**KGA** |
| 3/23/2018 | Follow up with co-counsel and CFS. on same; | .15<br>**KGA** |
| 3/26/2018 | Review CFS. email to Industry to get their agreement on change in Briefing Schedule; | .10<br>**KGA** |
| 3/27/2018 | Review draft Stipulation for revised Briefing Schedule from CFS. | .25<br>**KGA**<br>**No Charge** |
| 3/28/2018 | Review draft Stipulation on extention of deadline and comment; | .25<br>**TWT** |

| 3/28/2018 | Review Corps attorney edits to draft Stipulation on revised Briefing Schedule; Multiple emails between co-counsel and CFS on same; Review multiple emails between Industry and Corps on same; Review revised Stipulation from CFS.; Review additional proposed changes from Industry ; Follow up with L.H. with Standing Declaration drafts; Review additional emails on form of Order approving revised Briefing Schedule between Industry and CFS.; | .95<br>**KGA** |
|---|---|---|
| 3/29/2018 | Review Corps attorney email on filing of stipulated of revised Schedule and Order; | .10<br>**KGA** |
| 4/2/2018 | Review USACE permitting status update; | .25<br>**TWT** |
| 4/2/2018 | Emails with L.H. with Standing Declarations; Emails with MJS on how to address the AR page number issue in Sum. Jud. Mot.; Review revised draft Standing Declaration from M.G.; | .75<br>**KGA** |
| 4/2/2018 | Review AR; | 1.40<br>**MJS** |
| 4/2/2018 | Research Bates numbering issue in AR; Emails with KGA on AR and case law; | .40<br>**MJS**<br>**No Charge** |
| 4/3/2018 | Review draft Declaration regarding standard and critique same; | .50<br>**TWT** |
| 4/3/2018 | Update citations in draft TOA; Review and update citations in Brief; Cross check AR Bates numbers; Update Brief; | 5.20<br>**KGA** |
| 4/3/2018 | Update file folders and makes notes on updated Bates numbers; | .30<br>**MJS**<br>**No Charge** |
| 4/4/2018 | Review email from L.H. with signed Declaration; Review Ruddy Declaration draft; Email exchange with TWT about Gale Declaration draft and additions thereto; Send revised Declaration for signature to Macomson; Email exchange with Declarant Ruddy about her Declaration; | .80<br>**KGA** |
| 4/4/2018 | Update citations in Brief; Review and update AR citations; | 2.90<br>**MJS** |

| | | |
|---|---|---|
| 4/5/2018 | Work on Table of Authorities; Edit Table of Authorities; Read through and edit entire Brief; | 9.10<br>**MJS** |
| 4/5/2018 | Review email from L.H. about new research on plastics on Puget Sound; Follow up with MJS on whether muscle study referenced in Gale Declaration is in AR and if so where; Email to Gale with revised standing Declaration; Review email from CFS attorney with Court Order extending Briefing Schedule; Begin review of latest Sum. Jud. Mot. draft from MJS; Provide initial feedback from MJS on same; | 1.30<br>**KGA** |
| 4/6/2018 | Review Court Order and docket; Email exchange with KGA prospects of overlength Brief; | .50<br>**TWT** |
| 4/6/2018 | Email exchanged with Standing Declarant Gale on finalizing her Declaration; Multiple emails with co-counsel and CFS counsel about page limits in Briefing and whether to file a Motion to File and Over Length Brief; Review update from MJS on the calculation that there are over 180,000 page in AR; | .80<br>**KGA** |
| 4/9/2018 | Review DOE denial of spraying authorization and evaluate; | .50<br>**TWT**<br>**No Charge** |
| 4/9/2018 | Review L.H. email about permit for herbicide spraying in Wilapa Bay being denied; | .20<br>**KGA**<br>**No Charge** |
| 4/9/2018 | Review revised Sum. Jud. Mot. draft from MJS; Email with MJS about Briefing Schedule approved by Court; Begin edits to draft from MJS; | 2.20<br>**KGA** |
| 4/11/2018 | Review revised Gale Standing Declaration; Review supplement to CV from declarant Gale; | .30<br>**KGA** |
| 4/12/2018 | Email to Standing Declarant Gale on same; | .10<br>**KGA** |
| 4/13/2018 | Review press release on herbicide spraying permit denial from L.H. | .25<br>**KGA**<br>**No Charge** |
| 4/13/2018 | Multiple emails exchanged with L.H. and Standing Declarant Macomson about Declaration signatures | .60<br>**KGA** |

| | | |
|---|---|---|
| 4/18/2018 | Review email with copy of suit filed on HPA issues by Coalition and others; Multiple emails exchanged with lawyers pursuing HPA case about strategy and about assigned Judge for same; | .75<br>**KGA**<br>**No Charge** |
| 4/19/2018 | Review email from HPA suit attorney with notice that same Industry  attorneys in our case are representing Industry  in her case; | .15<br>**KGA**<br>**No Charge** |
| 4/19/2018 | Multiple emails exchanged with co-counsel and CFS on Declaration filing logistics and filing; Continue edits to draft Sum. Jud. Mot.; | 1.25<br>**KGA** |
| 4/20/2018 | Additional work on Sum. Jud. Mot. draft edits; Emails with L.H. to confirm specific facts for same; Provide updated revised draft Sum. Jud. Mot. to co-counsel; | 3.40<br>**KGA** |
| 4/21/2018 | Review draft Brief and Corps verification spreadsheet; | 1.00<br>**TWT** |
| 4/23/2018 | Emails to co-counsel and CFS trying to work out facts of Corps spreadsheet and permitting numbers; Email co-counsel seeking their position on a Motion for an over large Brief; Multiple emails exchanged with co-counsel on Briefing limitation issues; Follow up emails to co-counsel on number of verification issues and inconsistent statements in AR about same; Provide draft Sum. Jud. Mot. to MJS and co-counsel with detailed outline of thoughts and issues about same; | 5.35<br>**KGA** |
| 4/23/2018 | Email exchange with co-counsel on Brief status and number Corps authorizations to date; Begin review of draft Sum. Jud. Mot.; | 1.00<br>**TWT** |
| 4/23/2018 | Review multiple emails from KGA; | 1.40<br>**MJS**<br>**No Charge** |
| 4/23/2018 | Reply to emails from KGA; | .40<br>**MJS** |
| 4/24/2018 | Email to co-counsel MJS about ensuring that supplemental Complaint claims are specifically referenced and tied to factual and legal arguments in Briefing; Review email from CFS with possible preview of Corps argument that "minimal" means whatever the Corps says it means; | .40<br>**KGA** |

| | | |
|---|---|---|
| 4/24/2018 | Review, confirm, and check edits, continue working through KGA edits; Find examples; Draft actual Motion section of Motion/Memo; | 6.30 **MJS** |
| 4/25/2018 | Review confirmation that Corps attorney has no objection to Briefing extension; Emails with Industry attorney confirming same; Begin review of revised draft Sum from MJS; Finalize and file Motion for Over Length Brief; Locate and forward EPA NWIFC comments to Corps on Regional Conditions to MJS; Provide proposed Order on Over Length Brief to Court; Follow up with L.H. in response to her inquiry about Swinomish Tribe filing; Provide copy of same; Begin review of revised draft Sum. Jud. Mot.; Provide feedback to co-counsel on edits necessary to shorten Sum. Jud. Mot. draft; Follow up with co-counsel on changes to draft Certificate of Service caption; Review email from EJ Swinomish Tribe attorney with copy of the Complaint filed in their case; Multiple emails from co-counsel about Swinomish filing and possible effects on our case; | 4.95 **KGA** |
| 4/25/2018 | Multiple emails exchanged on drafting Brief; | 1.00 **TWT** |
| 4/26/2018 | Revise and edit draft Brief; | 1.50 **TWT** |
| 4/26/2018 | Review suggested changes to Sum. Jud. Mot. draft from TWT; Additional edits to draft Sum. Jud. Mot.; Follow up with co-counsel on whether the NWIFC Tribal comments ended up in the record or not; Multiple emails with CFS and co-counsel about how to use Corps draft Cumulative Impact Analysis ("CIA") in the most effective way; Phone call with co-counsel and MJS on same; Provide additional thought on cumulative impact case law we should cite; | 2.75 **KGA** |
| 4/26/2018 | Revise arguments, make edits throughout; Merge edits from other authors; Research arguments regarding factual inconsistencies in NEPA; Draft update arguments regarding NEPA and facts; | 3.00 **MJS** |
| 4/27/2018 | Print and read through/mark up; Make edits from mark up; Email updated Sum. Jud. Mot. to KGA; Quick edits following email and comments; | 5.20 **MJS** |

| | | |
|---|---|---|
| 4/27/2018 | Read and respond to multiple emails from KGA; | 1.20<br>**MJS**<br>**No Charge** |
| 4/27/2018 | Review additional key documents; Review revised draft Brief with edits; Review Earth Justice lawsuit and comments | 2.75<br>**TWT** |
| 4/27/2018 | Review email from EJ Swinomish attorney indicating their case has been assigned to Judge Coughenour; Respond to same; Email to opposing counsel with NWIFC comments and where in the record it is located; Begin review of revised draft Sum. Jud. Mot. from MJS; Emails with same about CFR's that apply to both EIS's and EA; Begin review of updated draft Sum. Jud. Mot.; | 1.40<br>**KGA** |
| 4/28/2018 | Detailed edit on draft Sum. Jud. Mot.; Send same to co-counsel; | 5.35<br>**KGA** |
| 4/28/2018 | Email exchange regarding draft Brief; | .25<br>**TWT** |
| 4/29/2018 | Provide revised version of Sum. Jud. Mot. to co-counsel with additional thoughts and questions on same; Follow up with co-counsel on best methodology for  connecting claim for each of the allegations to each of the arguments; Forward draft CFS Sum. Jud. Mot. to co-counsel for review and to see what we can remove or eliminate to avoid duplication; Begin review of revised Sum. Jud. Mot. that is now close to 40 pages; Provide CFS a copy of our current Sum. Jud. Mot. draft so that they can similarly delete to try to avoid duplication and the size of their Brief; Provide feedback from MJS on various formatting and substantive in revised draft; | 3.30<br>**KGA** |
| 4/29/2018 | Review draft Brief and comment; | .50<br>**TWT** |
| 4/29/2018 | Review emails and notes in draft; Update Sum. Jud. Mot.; | 3.60<br>**MJS** |
| 4/30/2018 | Continue editing draft Sum. Jud. Mot.; | 2.80<br>**MJS** |

| | | |
|---|---|---|
| 4/30/2018 | Continue review of draft Sum. Jud. Mot.; Provide edits to same; Review email exchange on overlength Brief; Edit draft Brief; | 2.00 **TWT** |
| 4/30/2018 | Review email from Corps attorney addressing the NWIFC comments which are for some reason not in AR; Multiple emails exchanged with co-counsel on page extension issue; Review revised draft Brief and detailed comments on same from co-counsel; Review additional revised draft with formatting and correction; Multiple emails with CFS making sure we attribute cites to national and regional documents correctly and that we are not overstating same; Additional edits to Sum. Jud. Mot.; Finalize and file Sum. Jud. Mot. with supporting Declarations; Review note from CFS counsel indicating they similarly filed; | 5.40 **KGA** |
| 5/1/2018 | Continue edits to SJ Brief; | 2.00 **TWT** |
| 5/1/2018 | Review email from CFS with their final filings; Email to L.H. with all of our final filings and CFS final filings; Review email from EJ Swinomish Tribe attorney asking for a copy of our AR to compare what Corps proposes in their case; | .25 **KGA** **No Charge** |
| 5/2/2018 | Multiple emails with the EJ Swinomish Tribal attorney and CFS counsel, and co-counsel to set up conference call to discuss effects of each case on the other; | .30 **KGA** **No Charge** |
| 5/3/2018 | Review email from L.H. about NMFS proposal to prepare EIS on Chinook Fishery plan; Provide thoughts and inquiry on how that relates to NWP 48; Review email from CFS indicating the Court granted their Motion for Over Length Brief; | .30 **KGA** **No Charge** |
| 5/8/2018 | Review email from CFS indicating they have a Scheduling Order setting a noting date for the Sum. Jud. Mot.; Respond to same, noting we haven't seen one yet in our case; | .20 **KGA** **No Charge** |
| 5/11/2018 | Review email from L.H. about WDFW and state Aquaculture regulation; | .25 **KGA** **No Charge** |

| 5/16/2018 | Conf call with EJ Swinomish attorney and CFS attorneys to coordinate on how their case and ours fit together; Memo to file/co-counsel thereafter; | .80 **KGA** |
| 5/21/2018 | Follow up email to Swinomish Tribe attorney on Corp NWP 48 Notice issues, etc.; Send Memo to file about 5/16/2018 conference with Snohomish Tribe attorney to L.H. with update; Review L.H. concerns about same; | .35 **KGA** **No Charge** |
| 5/22/2018 | Review email from L.H. about challenge to Corps on Armoring issues; Review update from Swinomish Tribe attorney on Tribal NWP 48 Notices; Respond to same with inquiry about whether we can supplement or substitute those Notices for our FOIA request and get records from Corps that relate to the case faster; Provide thoughts to L.H. on working with Tribes and draft CIA that we found in AR; Multiple emails exchanged with Swinomish attorney about whether Tribal Notices can be shared or not; | .45 **KGA** |
| 5/23/2018 | Emails with CFS about Shoreline Armoring suit against Corps (which is implicitly a challenge of NWP #13); Review email from CFS to GAO with draft CIA | .30 **KGA** |
| 5/24/2018 | Review email from L.H. about plastic pollution reports form BC due to shellfish aquaculture; Review CFS thoughts on same; Provide advice to L.H. about adding references to that study to CPPSH generic cumulative impact comment; | .40 **KGA** **No Charge** |
| 5/24/2018 | Email exchange with KGA on discovery and North Puget Sound lawsuit; | .50 **TWT** |
| 6/14/2018 | Review follow up email between CFS and Swinomish Tribe attorney on whether there has been a discussion of consolidation or intervention on her case; | .20 **KGA** **No Charge** |
| 6/14/2018 | Review case status; Email exchange on consolidation with Swinomish Tribal attorney; | .25 **TWT** |
| 6/18/2018 | Review cumulative impacts effects by Corps; | .50 **TWT** |
| 7/5/2018 | Follow up with Swinomish Tribe attorney to see about status on their case and provide an update and status of ours; Review response from Swinomish Tribe attorney; | .15 **KGA** **No Charge** |

| | | |
|---|---|---|
| 7/9/2018 | Review email from Corps attorney indicating they are going to need an extension of the Briefing deadlines for their oppositions and replies; Emails with co-counsel and CFS on strategies for same; Review email from CFS back to Corps attorney; Confirm that Coalition does not object to extension with the express understanding there will be no further extension request from the government or Industry; | .45<br>**KGA** |
| 7/11/2018 | Review draft stipulated revision of Briefing Schedule from Corps attorney; Emails with co-counsel on same; Edit same; Run edits by co-counsel; Send revised version of stipulation back to Corps/Industry attorneys with confirmation that with these changes the Coalition is fine with extension; Review CFS confirmation of same; Review Notice from Court of filing of same by Corps; Review Corps attorney draft Order on stipulated extension; Confirm no issue; | .80<br>**KGA** |
| 7/12/2018 | Review Notice from Court of filing of same; | .10<br>**KGA** |
| 7/12/2018 | Review Ninth Circuit decision on NPDES permits for shellfish; Review and docket Sum. Jud. Mot. Order and Briefing schedule; Email exchange with KGA on same; | 1.00<br>**TWT** |
| 7/24/2018 | Review Court Order on revised date for Sum. Jud. Mot.; | .25<br>**TWT** |
| 8/6/2018 | Begin review of Corps and Industry Sum. Jud. Mot. and Opp Memos; Forward same to L.H.; Review L.H. email late in evening with her preliminary thoughts on same; | .20<br>**KGA** |
| 8/6/2018 | Review Corps Sum. Jud. Mot. and Opp Memo; Review Taylor Shellfish cross Motion and Response; | 1.00<br>**TWT** |
| 8/7/2018 | Review Notice from Court that 12/7 is tentatively set for the noting date for the Sum. Jud. Mot.; Continue review of Corps Sum. Jud. Mot.; | .95<br>**KGA** |
| 8/7/2018 | Review Corps Sum. Jud. Mot.; Compile notes on Sum. Jud. Mot.; | 1.70<br>**MJS** |
| 8/7/2018 | Review noting date on Sum. Jud. Mot. and docket; | .25<br>**TWT** |

| 8/8/2018 | Review article forwarded by L.H. about orcas and the effect of plastics on same; | .25<br>**KGA**<br>**No Charge** |
| 8/10/2018 | Review Corps FOIA response to L.H. with pending aquaculture permit list; | .20<br>**KGA** |
| 8/10/2018 | Review FOIA request status on permit processing and L.H. comments on Sum. Jud. Mot.; | .50<br>**TWT** |
| 8/17/2018 | Review article from L.H. about CBD lawsuit over orcas habitat and prey destruction; | .30<br>**KGA**<br>**No Charge** |
| 8/28/2018 | Review JSR in Swinomish Tribe case; Review CFS email to Swinomish Tribe attorney indicating we had some of the same scheduling issues; | .25<br>**KGA**<br>**No Charge** |
| 9/5/2018 | Review Federal Briefs on Summary Judgment; | 2.00<br>**TWT** |
| 9/10/2018 | Begin drafting Reply/Opp Memo; | .80<br>**MJS** |
| 9/10/2018 | Begin creating document for Reply/Opp Memo; | .80<br>**MJS**<br>**No Charge** |
| 9/11/2018 | Follow up email to MJS about Brief length given Corps/Industry Briefs; Review MJS thoughts on how to calculate same; | .15<br>**KGA** |
| 9/17/2018 | Outline argument of Reply/Opp Memo; | 1.90<br>**MJS** |
| 9/18/2018 | Continuing drafting Reply/Opp Memo; Begin research on waiver argument; | 1.90<br>**MJS** |
| 9/19/2018 | Email with MJS about Corps Briefing thoughts and my intent to get him thoughts on same; | .15<br>**KGA** |
| 9/19/2018 | Additional drafting of argument section on mootness; Finish mootness; Begin factual argument drafting; | 2.00<br>**MJS** |
| 9/20/2018 | Continue drafting argument section re: NEPA/CWA; | 1.20<br>**MJS** |
| 9/21/2018 | Finish review of Corps/Industry Briefs; Provide detailed thoughts to co-counsel on Corps/Industry Briefs along with multiple related Briefs other notes that I located on same; | 2.25<br>**KGA** |

| | | |
|---|---|---|
| 9/24/2018 | Re-read Industry and Corps Briefs for NEPA/CWA arguments; Continue drafting NEPA/CWA arguments; | 1.90<br>**MJS** |
| 9/24/2018 | Re-read CPPSH Brief for NEPA/CWA arguments; | .40<br>**MJS**<br>**No Charge** |
| 9/25/2018 | Additional legal research on various issues related to Reply and use of NEPA to manipulate habitat evaluation (or refuse to evaluate habitat manipulation); Provide same to MJS; Begin review of draft reply Memo from MJS: | 1.30<br>**KGA** |
| 9/25/2018 | Research NEPA caselaw cited by defense; Continue to research NEPA caselaw cited by defense; Draft additional arguments for reply Brief; Continue NEPA argument in Reply; | 5.00<br>**MJS** |
| 9/26/2018 | Research vacatur; Draft and edit throughout draft reply Brief; Email draft to KGA explaining Reply so far; | 3.20<br>**MJS** |
| 9/27/2018 | Review email from CFS indicating Ecology has decided not to allow herbicide spaying in Wilapa Bay; Email exchange with co-counsel on same; | .25<br>**KGA**<br>**No Charge** |
| 10/1/2018 | Emails with MJS on status of my review of draft Reply; Continue review of my draft Reply; | .40<br>**KGA** |
| 10/2/2018 | Provide detailed outline to MJS on my thoughts on Reply - including organization, substance, and misc. formatting issues I located; Provide additional thoughts on research topics and types of arguments to add; | .75<br>**KGA** |
| 10/3/2018 | Email KGA with progress and ask for feedback; Review KGA suggestions and edits; | .30<br>**MJS**<br>**No Charge** |
| 10/3/2018 | Begin editing/revising reply/Opp Memo; | 1.40<br>**MJS** |
| 10/4/2018 | Continue revising sections III and IV of Reply Opp Memo; Research deference case law; Revise section LVB based on research; Continue editing throughout Reply/Opp Memo; | 6.40<br>**MJS** |
| 10/5/2018 | Full review of both Corps and Industry Briefs; Full review of CPPSH Reply/Opp Memo; Integrate markups and edits from full review into draft; | 3.80<br>**MJS** |

| 10/5/2018 | Send draft to KGA/TWT for review; | .60<br>**MJS**<br>**No Charge** |
|---|---|---|
| 10/5/2018 | Begin review of revised draft Reply from MJS; | .80<br>**KGA** |
| 10/9/2018 | Review draft Reply Memo and comment; | 5.00<br>**TWT** |
| 10/9/2018 | Begin review of TWT suggested edits on Reply: | .25<br>**KGA** |
| 10/10/2018 | Review update from CFS on their Reply drafting; | .10<br>**KGA** |
| 10/10/2018 | Continue review and drafting of Reply Memo and comment; | 4.00<br>**TWT** |
| 10/10/2018 | Review and reply to KGA/TWT emails; | .90<br>**MJS**<br>**No Charge** |
| 10/11/2018 | Continue editing and research Reply Brief; Email exchanges and conference with KGA; | 5.00<br>**TWT** |
| 10/11/2018 | Review email from TWT about State cumulative impact analysis that we might want to cite; Multiple emails and conference with TWT on Reply drafting issues; Review L.H. email asking for outline of things to say at public meeting about draft CIA; | 1.60<br>**KGA** |
| 10/11/2018 | Phone call with L.H. to provide update;  Review Corps Draft CIA for good quotes;  Draft up summary of same for L.H. to use;  Send to L.H. for use at up coming public meeting and in comments to Corps and others; | 1.85<br>**KGA** |
| 10/12/2018 | Review and respond to multiple emails from KGA and TWT; | .90<br>**MJS**<br>**No Charge** |
| 10/12/2018 | Finish editing of draft Reply; Review email exchanges on extension of filing deadline; | 4.00<br>**TWT** |
| 10/15/2018 | Review TWT's edits on Reply Memo; Phone conference with KGA to discuss edit plans and strategy; | 1.60<br><br>**MJS** |

| | | |
|---|---|---|
| 10/16/2018 | Review email exchange on NWP 48 usage; | .25<br>**TWT** |
| 10/16/2018 | Phone call with MJS on Reply issue; | .30<br>**KGA** |
| 10/16/2018 | Find documents in AR; Phone conference with KGA on AR cites; | .60<br>**MJS** |
| 10/16/2018 | Prepare to draft updated narrative with proper cites; | .60<br>**MJS**<br>**No Charge** |
| 10/17/2018 | Review email exchange; Review Motion to Postpone Deadlines; Review revised Brief; | .75<br>**TWT** |
| 10/17/2018 | Begin review of revised draft Reply from MJS; | .90<br>**KGA** |
| 10/18/2018 | Review Court Order postponing deadline for Motion response and docket; Begin editing revised draft; | 1.75<br>**TWT** |
| 10/18/2018 | Review emails from CFS counsel on extension of time to file replying; Review stipulated Motion for extension; Multiple emails exchanged with co-counsel and defense on same; | .30<br>**KGA** |
| 10/19/2018 | Finalize edits to Brief and send to KGA; | 2.00<br>**TWT** |
| 10/19/2018 | Review email from co-counsel with edits to draft Reply; Briefly respond to same; | .20<br>**KGA** |
| 10/25/2018 | Review co-counsel's edits to draft Reply; Begin edits on same; | .80<br>**KGA** |
| 10/28/2018 | Finishing editing draft Reply; Return to co-counsel for further review; | 1.30<br>**KGA** |
| 10/28/2018 | Review KGA edits; Make further edits on Reply/Opp Memo; | .80<br>**MJS** |
| 10/29/2018 | Review revised draft Reply forwarded by co-counsel; | 1.00<br>**KGA** |
| 10/29/2018 | Review L.H. letter to Pierce County on pending NWP 48 permits and shoreline compliance issues; | .30<br>**KGA**<br>**No Charge** |

| | | |
|---|---|---|
| 10/29/2018 | Complete citations; Update language about authorizations in 2012 and 2017; Finish editing Reply Opp Memo; Send to KGA and TWT for feedback before begining Table of Authorities; Review next round of edits; | 5.80 **MJS** |
| 10/30/2018 | Continue review of draft Reply; Review email from CFS counsel on same; | .60 **KGA** |
| 10/31/2018 | Multiple emails exchanged with co-counsel and CFS counsel on Reply issues; Review draft CIA again to highlight key passages; Review comments by CFS co-counsel to try to reduce duplication in briefing; | 2.30 **KGA** |
| 10/31/2018 | Continue review and begin edits; Review AR for cites; Move some arguments; Find cites in AR; | 3.10 **MJS** |
| 11/1/2018 | Multiple emails exchanged with co-counsel on Reply; Review revised draft Reply; Edit same; Return to co-counsel for final review; | 4.90 **KGA** |
| 11/1/2018 | Phone conference with KGA; Review notes from phone conference; Continue edits with AR cites, caselaw, caselaw research for vacatur; Draft arguments, edit; Send to KGA; Build out Table of Authorities; Continue editing; | 6.40 **MJS** |
| 11/2/2018 | Edit TOA; Correct errors in MS Word formatting; Read through and correct cites in body; Send to KGA for review; | 6.40 **MJS** |
| 11/2/2018 | Review and edit draft Response Brief; | 3.00 **TWT** |
| 11/2/2018 | Multiple emails and phone calls with co-counsel; Follow up with CFS on their Reply to try to ensure we are not duplicating Briefings; Review final draft of Reply Brief; Finalize and file same; | 3.60 **KGA** |
| 11/5/2018 | Review CFS Reply; Forward same to L.H.; | .50 **KGA** |
| 11/7/2018 | Follow up with EJ Swinomish Tribe attorney to provide our Brief and CFS; Review email from CFS on Corps objection to CFS Reply Brief length; | .30 **KGA** **No Charge** |

| | | |
|---|---|---|
| 11/9/2018 | Email exchange with CFS on their Briefing page limit issue; | 3.60<br>**KGA** |
| 11/12/2018 | Review email from L.H. with inquiry about who at NMFS is dealing with NWP 48; Respond to same; | .50<br>**KGA** |
| 11/16/2018 | Review CFS Reply.; | .30<br>**KGA**<br>**No Charge** |
| 11/16/2018 | Review email from L.H. with inquiry about next steps and timeline in case; Provide advice on same; | .20<br>**KGA** |
| 11/19/2018 | Research on Keystone XL on Sum. Jud. Mot. decision regarding NEPA, ADA violations and evaluate; | .50<br>**TWT** |
| 11/19/2018 | Review email from L.H. and M.G. with quote from Keystone Pipeline decision on NEPA issues and inquiry whether it might be relevant to our cumulative impact analysis; | .20<br>**KGA** |
| 11/29/2018 | Review CFS revised Brief; | .50<br>**TWT**<br>No Charge |
| 12/6/2018 | Review email from L.H. with announcement that Corps is proposing modifications and clarifications to the Programmatic BiOp conservation measures; Review Corps announcement materials; | .40<br>**KGA**<br>**No Charge** |
| 12/11/2018 | Review modifications and clarifications to Shellfish Activity Program BiOp and evaluate; | .50<br>**TWT**<br>No Charge |
| 12/12/2018 | Review email request from L.H. for outline of why the draft CIA is meaningful and how that document might be used to address DOE concerns as well as US Fish and Wildlife and NMFS issues; | .80<br>**KGA**<br>**No Charge** |
| 12/12/2018 | Review email from Industry attorney about possible government shut down; Review DOJ attorney email on same issue; Emails with CFS attorneys on same issue; | .30<br>**KGA** |

| | | |
|---|---|---|
| 12/18/2018 | Review emails on need for stay due to government shutdown; Email with KGA on same; | .50<br>**TWT** |
| 12/18/2018 | Phone call with L.H. about DOE email to State Senator; Review email chain; Provide advice on same; | .40<br>**KGA**<br>**No Charge** |
| 12/26/2018 | Review email from DOJ with proposed draft Motion to Stay;  Review emails from Industry  and CFS on same; | .25<br>**KGA** |
| 12/27/2018 | Review TWT email to Corps attorney confirming Coalition, like CFS, will take no position on the Motion; Review DOJ attorney response on same; | .15<br>**KGA** |
| 1/4/2019 | Review revised Motion and Order on Stay; Emails with co-counsel; | .25<br>**TWT** |
| 1/4/2019 | Review revised stipulated Motion to Stay from Corps attorney; Emails with TWT to confirm we will not oppose; Provide authority for Corps attorney to sign on our behalf stipulating to the Motion to Stay; Multiple emails with co-counsel on Stay related issues; | .45<br>**KGA** |
| 1/5/2019 | Review email from Corps attorney about contact with Court to check on status on Defendant's Motion to Stay; Respond to same; Review Industry attorney email indicating they want to participate in conference call with Court Clerk to learn status of Motion; Review email from Corps attorney to Court with proposed Order on Motion to Stay; Review request from Corps attorney to agree to a stipulated Motion instead of a Non-Apposed Motion; Multiple emails exchanged with co-counsel regarding strategy on same; Multiple emails with Industry  and Corps attorneys as well as co-counsel on same; | .80<br>**KGA** |
| 1/17/2019 | Review email from L.H. on new book "Toxic Pearl" about herbicide use and shellfish; | .20<br>**KGA**<br>**No Charge** |
| 1/28/2019 | Email exchange regarding status conference and docket; | .25<br>**TWT**<br>**No Charge** |
| 1/28/2019 | Review email from Corps attorney wishing to discuss the Stay and getting the Briefing back on track; Multiple scheduling meetings thereafter; | .30<br>**KGA**<br>**No Charge** |

| Date | Description | Hours |
|---|---|---|
| 1/29/2019 | Review email exchanges on schedule; | .25<br>**TWT**<br>**No Charge** |
| 1/29/2019 | Review email from Corp attorney with proposed new deadline; Check with co-counsel; Confirm with Corp attorney that we agree with their proposed Briefing deadline; | .35<br>**KGA**<br>**No Charge** |
| 1/30/2019 | Review email from Corps attorney indicating they will not get the Motion filed today as promised due to other conflicts and requesting a new deadline of another 5 days out from what they proposed and we agreed to yesterday; Multiple emails exchanged with co-counsel on same; Email to Corps attorney indicating we will not oppose the proposed deadline; Review email from CFS confirming that is their position as well | .40<br>**KGA** |
| 1/31/2019 | Review revised draft stipulation to re-set deadlines from Corps attorney; Review Industry  confirmation the draft is acceptable to them; Provide confirmation the draft is acceptable to the Coalition; | .25<br>**KGA** |
| 1/31/2019 | Multiple emails exchanged regarding Revised Motion Schedule; | .50<br>**TWT** |
| 2/1/2019 | Review revised draft Motion with slight changes from Corps attorney; Review Industry confirmation revised draft is acceptable to them; Provide confirmation that the revised draft is acceptable to us; Review Corps proposed Order to go with revised draft stipulated Motion; | .35<br>**KGA** |
| 2/4/2019 | Review email from L.H. with Corps denial of registration under NWP 48 at Dungeness Wildlife Refuge; Provide advice on next steps on same; | .45<br>**KGA**<br>**No Charge** |
| 2/5/2019 | Review Notice from Court that the Stay has been lifted and a new Briefing Schedule is in place; | .10<br>**KGA** |
| 2/7/2019 | Review Court Order regarding Schedule; | .10<br>**TWT** |
| 2/8/2019 | Review email from L.H. saying Corps has indicated there will be a new shellfish aquaculture permitting meeting in late February; | .10<br>**KGA** |

| | | |
|---|---|---|
| 2/12/2019 | Review email from L.H. about Industry lobbying Congress trying to reduce aquaculture regulation; Review CFS response to same; Review email from L.H. with article in National Equal Justice publication about Coalition case; | .30<br>**KGA**<br>**No Charge** |
| 2/19/2019 | Review email from defense attorneys about revised Stip Motion on briefing; Multiple emails with CFS & Co-Counsel on same; Email to defense consenting to same; Review Stip Motion as filed; | .40<br>**KGA** |
| 2/26/2019 | Review multiple emails with co-counsel and CFS about possible new tools to protect eelgrass and forage fish; | .20<br>**KGA**<br>**No Charge** |
| 2/27/2019 | Begin review of Reply's filed by Corps and Industry  on Sum. Jud. Mot.; Provide L.H. copies of same with preliminary thoughts on same; | .80<br>**KGA** |
| 2/27/2019 | Review Court Order regarding Su. Jud. Mot. and docket; | .25<br>**TWT** |
| 2/28/2019 | Review and take notes on defendant's Reply Memo to plaintiff's Reply/Opp Memo; | 1.90<br>**MJS** |
| 2/28/2019 | Review Corps/Industry Replies to our Sum. Jud. Mot.; | 1.50<br>**TWT** |
| 3/2/2019 | Continue review of Corps/Industry replies; | 1.40<br>**KGA** |
| 3/5/2019 | Review email from CFS with GAO Report; Review note from staff that L.H. called and wanted to schedule a meeting; | .30<br>**KGA**<br>**No Charge** |
| 3/7/2019 | Continue review of replies to our Sum.Jud. Mot.; Exchange emails on same with co-counsel; | 1.25<br>**TWT** |
| 3/7/2019 | Phone call with  L.H. to discuss Reply;  Follow up with EJ attorney on Swinomish case on same; | .40<br>**KGA** |
| 3/8/2019 | Review emails between CFS and L.H. about status of denied NWP 48 permit for the Dungeness Wildlife Refuge; | .25<br>**KGA**<br>**No Charge** |
| 4/1/2019 | Review email from co-counsel with new study in Science Daily on the importance of nurseries in coastal habitats; | .25<br>**KGA**<br>**No Charge** |

| Date | Description | |
|---|---|---|
| 4/2/2019 | Additional research on NEPA "hard look" and cumulative affects issues; Forward additional cases and Briefs to MJS ; | 1.30 **KGA** |
| 4/5/2019 | Review additional emails from L.H. and co-counsel about CBD suit on Orcas; Multiple emails exchanged on same and possible relevance on that case to ours; | .40 **KGA** **No Charge** |
| 4/12/2019 | Review email from L.H. with Wilapa Bay Eco System Review Team Report; | .45 **KGA** **No Charge** |
| 5/11/2019 | Review news article about Judge Lasnik; | .20 **KGA** **No Charge** |
| 5/27/2019 | Multiple emails with co-counsel about news article on Judge Lasnik and what that might tell us about his view on the case, if anything; | .30 **KGA** **No Charge** |
| 6/6/2019 | Email from Corps attorney indicating Court has contacted them and asked them how to use certain discs in the AR; Multiple emails with co-counsel on import of same and location of AR and the fact that the location in the AR where the query originated is near the draft CIA study; | .30 **KGA** |
| 6/6/2019 | Review message from Court Clerk regarding AR and request for information; Email exchange on how to inexpert same; | .25 **TWT** |
| 7/9/2019 | Email exchange regarding status and review Growth Management Board; | .75 **TWT** **No Charge** |
| 7/9/2019 | Review inquiry from L.H. about case status;  Provide detailed response on same;  Follow up email to EJ attorney on Swinomish case status; | .40 **KGA** |
| 7/10/2019 | Review emails from L.H. with DOE Motion For Reconsideration on GMHB's decision on Pierce County; | .20 **KGA** **No Charge** |
| 8/6/2019 | Review email from Court Clerk indicating the Court would like to schedule Oral Argument; Multiple emails with co-counsel to pick best dates; Review email from Shellfish Industry counsel providing their preferred date option; Multiple scheduling emails; Review follow up email from CFS Counsel confirming our availability for 9/17 or 9/24; | .30 **KGA** **No Charge** |

| 8/7/2019 | Review email from Corps attorney's indicating their availability; | .10<br>**KGA**<br>**No Charge** |
| 8/8/2019 | Review Court Order on Oral Argument; Email exchange with KGA on timing and docket; | .50<br>**TWT** |
| 8/8/2019 | Review email from Court Clerk indicating Oral Argument will be set for 9/17; Emails with co-counsel about substantive strategy for same; Review Minute Order scheduling same; Email to L.H. on Oral Argument; Review L.H. email on salmon recovery efforts in Sound, and how there are inconsistent with Corps position on industrial aquaculture shellfish ; | .30<br>**KGA** |
| 8/9/2019 | Review email from Judge's Law Clerk asking about Dumbauld/McCoy Studies in 2009 and 2015; Emails exchanged with co-counsel on significance of same; Review email from Corp attorneys providing 2009 and 2015 Dumbauld/McCoy studies to Court; | .40<br>**KGA** |
| 8/9/2019 | Email to EJ attorney with Swinomish case to provide heads up on Oral Argument and Clerk  email about studies; Review response on same; Provide copies of studies to EJ attorney; Review email from L.H. about Oral Argument travel expenses; | .20<br>**KGA**<br>**No Charge** |
| 8/13/2019 | Email to client rep L.H. about Oral Argument travel expenses; | .10<br>**KGA**<br>**No Charge** |
| 8/15/2019 | Review news article forwarded by co-counsel about seagrass and demand for luxury shellfish; | .20<br>**KGA**<br>**No Charge** |
| 9/3/2019 | Review email from Corps attorney about splitting arguments three ways between three different Corps lawyers; Review Court Clerk response; | .20<br>**KGA** |
| 9/4/2019 | Emails with co-counsel with about prep; Create outline of Oral Argument Notebook; | .50<br>**KGA** |
| 9/9/2019 | Review email exchange with Court and counsel on Oral Argument; | .25<br>**TWT** |

| | | |
|---|---|---|
| 9/9/2019 | Begin reviewing for Oral Argument; Follow up emails to MJS asking for additional data and docs to be pulled from Record that we can use as visuals if need be; Provide MJS with my thoughts about possible incorporating Bob Dylan reference of some sort if possible Oral Argument (or not); | .75 **KGA** |
| 9/10/2019 | Review and respond to emails from KGA; Collect Exhibits in preparation for Oral Argument; Send to KGA; | 3.30 **MJS** |
| 9/10/2019 | Review email from CFS attorney indicating these are 2 other matters scheduled to following our Oral Argument, so it looks like we only have 90 Minutes for entire Oral Argument; Review email from Corp attorney asking about amount of time allocated for Oral Argument; Review email from co-counsel MJS with outline of uploaded documents; Review download of potential Exhibits from link provided by MJS; Provide feedback on same; | 1.25 **KGA** |
| 9/11/2019 | Review email message regarding Oral Argument; Review Briefs; Legal research on issues to help prepare for Oral Argument; | 2.00 **TWT** |
| 9/11/2019 | Review email from Court to Corps attorney about length of Oral Argument; Follow up with MJS about additional docs for use at Oral Argument; Review various EPA and Tribal docs to see if they are in the Record; Review MJS detailed answers to my list of questions about documents for possible use as Exhibit; Review disc 6 of AR; Review Court Clerk email indicating the Judge is out of the office and will get back to us about the timing of Oral Argument; Follow up with MJS on various documents and various cases; Request additional research on *NWF v. NMFS* 2002 case; Follow up with staff on contents of Oral Argument notebook; Review email from MJS on updated cases; Review Memo from CFS attorney on "hard question list" and proposed moot times; Follow up with MJS on brief references on EPA comments and which version we referenced; | 4.85 **KGA** |
| 9/11/2019 | Finalize Exhibit folder; Find docs for KGA; Forward all documents to KGA in preparation for Oral Argument; Collect information requested by KGA; Track down multiple references requested by KGA in Corps Regional docs; | 2.40 **MJS** |

| | | |
|---|---|---|
| 9/12/2019 | Email exchange with KGA on Oral Argument; Begin legal research and record review for Oral Argument prep; | 2.5 **TWT** |
| 9/12/2019 | Review email from Court about timing of Oral Argument; Respond to Court email;  Review email from TWT on same; | .20 **KGA** |
| 9/12/2019 | Continue prep for Oral Argument re-reading cases and Briefs; | 3.30 **KGA** |
| 9/12/2019 | Emails with co-counsel on scheduling of Oral Argument moot; | .30 **KGA** **No Charge** |
| 9/13/2019 | Continue preparing for Oral Argument; | 2.00 **TWT** |
| 9/13/2019 | Continue review of cases and Briefs; Multiple emails exchanges with co-counsel with specific questions about Record and arguments; Review 9th Circuit case and its implications; Work on outline of Oral Argument; Follow up with co-counsel on whether the Corps ever substantively responded to EPA's comments on regional conditions; | 3.50 **KGA** |
| 9/13/2019 | Mutliple emails exchanged with KGA about Oral Argument issues; | .90 **MJS** |
| 9/14/2019 | Additional prep for Oral Argument; Review case law and AR; Additional follow up questions for co-counsel on *Conner v. Burford* and similarities between 2012 and 2017 registrations in the Seattle District for NWP 48; Multiple emails with co-counsel on same; | 5.30 **KGA** |
| 9/14/2019 | Prepare record review for Oral Argument; | 4.00 **TWT** |
| 9/15/2019 | Review Dumbauld studies and AR for Oral Argument; | 6.50 **TWT** |
| 9/15/2019 | Review draft CIA again; Re-read Natl' & Regional CIA's; Continue Outline of notes for Oral Argument; Annotate visuals for Court; Multiple emails with co-counsel MJS on Oral Argument strategy and AR issues; | 7.90 **KGA** |

| 9/15/2019 | More emails exchanged with KGA and TWT preparing for Oral Argument; | 3.30 **MJS** |
| 9/16/2019 | Continue preparing for Oral Argument; Confer with KGA; Review all NWP 48 authorizations; | 9.50 **TWT** |
| 9/16/2019 | Travel to Seattle from PDX (actual time billed at 50%) | 1.60 **KGA** |
| 9/16/2019 | Moot for Oral Argument with co-counsel and CFS counsel;  Strategize with same; Re-read key cases; Edit Oral Argument outline; Additional work on visuals for Oral Argument; Multiple emails with MJS on AR and legal research issues; | 7.20 **KGA** |
| 9/16/2019 | Travel to Seattle from Portland (actual time billed at 50%); | 1.75 **MJS** |
| 9/17/2019 | Preparation for and present Oral Argument; Debrief with multiple client reps and co-counsel thereafter; | 5.50 **KGA** |
| 9/17/2019 | Last minute AR citations and analysis for KGA before Oral Argument; Assist with Oral Argument at Courthouse; Assemble supplemental cite docs; Send to KGA and TWT for review; | 4.10 **MJS** |
| 9/17/2019 | Further prep for Oral Argument; Attend Oral Argument; Confer with L.H. and KGA; Review minutes Order; | 6.00 **TWT** |
| 9/17/2019 | Travel from Seattle to PDX (actual time billed at 50%); | 1.60 **KGA** |
| 9/17/2019 | Travel from Seattle to PDX (actual time billed at 50%); | 1.65 **MJS** |
| 9/18/2019 | Email exchange and phone call with KGA on additional authorities; | .25 **TWT** |
| 9/18/2019 | Draft AR Supplemental Citation list; Emails with co-counsel on same; Finalize and file Supplemental Citation list of documents referenced during Oral Argument; | 1.60 **KGA** |

| 9/19/2019 | Review email from Intervenor to court clerk, about Supplemental Citations list including AR cites;  Review court response; Multiple emails exchanged with co-counsel about same;  Review and edit draft Amended Supplemental Citations drafts;  Locate and add additional AR citations in same;  Edit summaries of AR citations to make page limit; | 1.70<br>**KGA** |
|---|---|---|
| 9/19/2019 | Locate and add AR cites for Supplemental Citations; | 1.60<br>**MJS** |
| 9/19/2019 | Review message from Court and draft from co-counsel on Supplemental Citations; Respond to same; | 1.00<br>**TWT** |
| 9/20/2019 | Find additional AR citation in notes for Supplemental filing; Review emails and organize files from Corps, Intervenors, and Amicus parties regarding Remedy; Begin taking notes on same; | 3.70<br>**MJS** |
| 9/20/2019 | Review supplemental filing; | .25<br>**TWT**<br>**No Charge** |
| 9/20/2019 | Further additions and edits to Amended Supplemental Citations;  File same; | .55<br>**KGA** |
| 9/27/2019 | Email with co-counsel about supplemental Citations; Review Corps/Industry Citation list; Additional emails with co-counsel  on same; | .30<br>**KGA** |
| 9/30/2019 | Review Supplemental Citations submitted to Court by defense; | .25<br>**TWT** |
| 9/30/2019 | Review CFS Supplemental Citations; | .20<br>**KGA**<br>**No Charge** |
| 10/1/2019 | Review supplemental citations from CFS; | .25<br>**TWT**<br>**No Charge** |
| 10/2/2019 | Email to L.H. with outline of costs for lodging and travel for Oral Argument; | .15<br>**KGA**<br>**No Charge** |

| 10/11/2019 | Review Notice from court with Minute Order deciding Sum. Jud. Mot. issues;  Read Opinion/Order; Multiple emails with co-counsel and CFS counsel on same; Phone calls with co-counsel and CFS counsel on Remedy strategy; Review CFS follow up email to Swinomish attorney on Remedy issue; | 1.65<br>**KGA** |
| --- | --- | --- |
| 10/11/2019 | Review Order from Court; Confer with KGA; Email exchange with KGA and L.H.; | 1.25<br>**TWT** |
| 10/11/2019 | Review email from Law 360 reporter with questions; Provide brief response to  same; | .25<br>**KGA**<br>**No Charge** |
| 10/12/2019 | Review email from  L.H. about Coalition Blog Post on decision; Provide advice on same; | .30<br>**KGA**<br>**No Charge** |
| 10/12/2019 | Review email from Swinomish attorney about Remedy issues; Review L.H. email with detailed thoughts on Remedy options and issues; | .60<br>**KGA** |
| 10/14/2019 | Review CFS attorney Memo on Remedy issues; Conf call with co-counsel and CFS attorney to strategize on Remedy responses and issues;  Follow up with Swinomish Tribe attorney on issues that could affect Remedy (such as Tribal NWP 48 verfications);  Begin to draft FOIA language to try to get at Corps permit data relevant to remedy; | 1.45<br>**KGA** |
| 10/14/2019 | Prepare for conference with KGA; Attend conference with KGA on Remedy phase; | 1.50<br>**TWT** |
| 10/14/2019 | Multiple scheduling emails to set up Remedy discussions between co-counsel, CFS attorney  and Swinomish Tribe attorney; | .30<br>**KGA**<br>**No Charge** |
| 10/15/2019 | Multiple emails with co-counsel on Remedy issues; Review lengthy letter forwarded by client rep L.H. from Coalition member about Remedy options;  Phone call with L.H. about same; Email to L.H. with spreadsheets from AR to try to create list of "worst of the worst" cites; Provide detailed advice by email to L.H. on how the court ruling should affect things if one or more NWP 48 authorized folks try to convert to Individual permits; | 1.45<br>**KGA** |

| 10/15/2019 | Email exchange with L.H. and KGA regarding Remedy options; Evaluate same; | .50 **TWT** |
|---|---|---|
| 10/16/2019 | Conference with KGA and DOJ attorney Kent Hanson on whether Settlement is an option for Corps; | .50 **TWT** |
| 10/16/2019 | Conf. call with Corps attorney to discuss whether a settlement would be an option for them;  Phone call with co-counsel thereafter to discuss next steps; | .30 **KGA** |
| 10/17/2019 | Review press articles forwarded by L.H., co-counsel, and others; Review notes from L.H. about Industry representations to Thurston County about Lasnik decision and how they claim it has no local effects and the judge got the law wrong; | .35 **KGA** **No Charge** |
| 10/17/2019 | Discussion when to begin with MJS on drafting Fee Petition; | .25 **KGA** |
| 10/23/2019 | Review email from Corps attorney with Corps ESA report on acreage of permits issued under 2017 NWP 48; Review report; Emails with co-counsel about proposed second call with Corps attorney to discuss whether further settlement discussion would be fruitful or not; Provide pointed thoughts ESA Report on same to Corps attorney noting the report does **not** ID number of permits or location;  Follow up with co-counsel and client rep L.H. on same;  Review L.H. response; | .85 **KGA** |
| 10/23/2019 | Review email from L.H. with newspaper article about how chemical spraying in Willapa is stopped, for now; | .15 **KGA** **No Charge** |
| 10/23/2019 | Prepare for and confer with KGA; Phone call with Plauche; | 1.50 **TWT** |

| Date | Description | Hours |
|------|-------------|-------|
| 10/24/2019 | Phone call with Corps attorney to discuss whether settlement is an option;  Debrief with co-counsel thereafter;  Report to CFS & L.H. on same;  Email to Swinomish attorney on same; Review email from Intervenor attorney to court, asking about the number of Motions on Remedy that can be filed ; Multiple emails with co-counsel on same; Review Vacatur case law from CFS; Respond to same; Email to co-counsel with outline of next steps on drafting of Opp Memo to Corps/Industry Motions; Follow up with co-counsel on creation of draft of Opp Memo that cites Industry  long standing knowledge of Coalitions efforts to not only stop further permits until a cumulative impact analysis was done but also to seek Vacatur to exit permits; | 1.80 **KGA** |
| 10/24/2019 | Prepare for and confur with DOJ and KGA regarding Remedy option; Email exchange on same; | 1.50 **TWT** |
| 10/25/2019 | Review materials from L.H. on Shellfish industry background information, taxes, and employees; Review email from Court on Swinomish Sum. Jud. Mot. and Briefing; Email exchange on Vacant Remedy; Evaluate same; | 1.75 **TWT** |
| 10/28/2019 | Review multiple emails between Court and Intervenor attorney and Swinomish Tribal attorney on "number of Motions" issue; Emails to co-counsel and CFS attorney on same; Review multiple emails from L.H. with statistics on Industry and dates of earliest Coalition comments to Corps, Follow up with other attorneys who have overturned NWP's about Vacatur issue to see what, if any, additional cases or issues came up; | 1.35 **KGA** |
| 10/28/2019 | Phone call with Swinomish Tribe on Intervention; Email to KGA; | .25 **TWT** |
| 10/30/2019 | Begin review of Industry Remedy Motion; | .50 **KGA** |
| 10/31/2019 | Review Amicus Petition filed by Swinomish; Review Corps proposed Order, Memo, and Exhibits; | .25 **TWT** |

| | | |
|---|---|---|
| 10/31/2019 | Continue review of Industry Remedy Motion; Review multiple emails with Remedy Motion filings by Corps, et al; Begin review of Corps Remedy Motion;  Emails with L.H. and co-counsel on same; Begin review of Amicus Brief; Follow up with Swinomish Tribal attorney to get their Motion; | 1.95 **KGA** |
| 11/1/2019 | Review Remedy Briefs and supporting Declarations from DOJ, Interveners, and Swinomish Tribe; | 2.50 **TWT** |
| 11/1/2019 | Continue review of Remedy Motions filed by Industry, Corps, Tribes & Amicus Brief on same; Forward Motion to L.H.; Review Sound Action update forwarded by L.H. for facts that might be useful in Remedy briefing; Respond to L.H. questions about Remedy Motions; | 2.60 **KGA** |
| 11/2/2019 | Review email from L.H. with her preliminary thoughts on Remedy; | .20 **KGA** |
| 11/4/2019 | Review email messages from L.H. and KGA on proposals and supplemental information needed; | 1.00 **TWT** |
| 11/4/2019 | Review request from CFS/Press for copy of photos used at Oral Argument;  Provide same; | .30 **KGA** **No Charge** |
| 11/4/2019 | Review L.H. email with additional detailed thoughts on Remedy; | .35 **KGA** |
| 11/5/2019 | Email exchange regarding Remedy Briefing; Evaluate same; | .50 **TWT** |
| 11/5/2019 | Multiple emails with co-counsel and CFS to outline and coordinate Remedy positions; | .80 **KGA** |
| 11/6/2019 | Email exchange with L.H. and KGA on Remedy Briefing; Review Swinomish Tribe errata filings; | .75 **TWT** |
| 11/6/2019 | Multiple emails with co-counsel on Remedy Opp Memo drafting and strategy issues; Multiple emails exchanged with L.H. on same; | 1.60 **KGA** |
| 11/6/2019 | Begin drafting Memo in Opposition to defendants Remedy Motions; Continue reading Motions from industry and Corps; | 1.70 **MJS** |

| 11/7/2019 | Review draft L.H. Decl in support of Remedy Opp Memo; Multiple emails with co-counsel on same; Begin edits to L.H. draft Decl; Multiple emails with Coalition Member Showalter to obtain her prior comments and verify accuracy of statements in draft L.H. Decl; Multiple additional emails with co-counsel on Opp Memo strategy issues; Continue edits to Remedy Opp Memo;  Begin review of CFS draft Remedy Opp Memo to try to ensure we are not duplicating briefing on legal or factual issues; | 4.90 **KGA** |
|---|---|---|
| 11/7/2019 | Review email messages; Review draft L.H. Declaration including proposed comments and Exhibits; Review CFS draft Brief on Remedy; | 4.00 **TWT** |
| 11/7/2019 | Create outline for Memo on Remedy; Draft Memo on Remedy; Continue to draft Memo on Remedy; Coordinate with CFS on Briefing, phone call with CFS on law/facts breakdown; Continue drafting Remedy Memo; Edit Memo; Send to KGA for feedback; | 8.80 **MJS** |
| 11/8/2019 | Review revised Briefs, comments, Declarations on Remedy; | 1.25 **TWT** |
| 11/8/2019 | Additional edits to draft Remedy Opp Memo and L.H. Decl;  Multiple emails with co-counsel on same, including draft proposed Remedy outline;  Provide revised draft L.H. Decl to co-counsel for review; | 3.60 **KGA** |
| 11/9/2019 | Update and edit Declaration and send to KGA and L.H.; Edit Memo, find exhibits, Shepardize, and send to KGA/CFS; | 4.70 **MJS** |
| 11/9/2019 | Review further revisions of draft Briefs, Declarations, Exhibits, and comments; | 1.00 **TWT** |

| 11/9/2019 | Further edits to draft Opp Memo and supporting Declaration; Send revised versions to co-counsel; Review suggested changes from same; Further discussion with CFS about joint position on Remedy; Follow up with L.H. on language of potential Remedy; Re-read Corps, Industry & Tribal Decl's;  Additional edits to Remedy Opp Memo; Multiple emails with co-counsel on draft Opp Memo strategy and language choice issues; | 4.65 **KGA** |
|---|---|---|
| 11/10/2019 | Update Declaration; Continue edits; Organize Exhibit folder; Send link to KGA for review; | 3.30 **MJS** |
| 11/10/2019 | Continue edits to draft Opp Memo on Remedy and draft supporting Decl; Multiple emails  with co-counsel on same; Provide updated version of proposed Opp Memo to L.H. for review;  Provide revised draft Decl. to L.H. for review; Provide updated Opp Memo to co-counsel to review; | 4.90 **KGA** |
| 11/11/2019 | Edit and revise draft language to add into Memo on Remedy; Phone conference with KGA; Research local Rules for filing procedure for proposed Order; Draft proposed Order and send to KGA for review; | 4.70 **MJS** |
| 11/11/2019 | Review revised Briefs and Declarations; Provide edits to KGA; | 2.75 **TWT** |
| 11/11/2019 | Review co-counsel thoughts and edits on draft Opp Memo; Further edits to both Decl & Opp Memo; Review draft proposed Order on Remedy;  Edit same; Send revised Opp Memo, Decl, and Order to co-counsel; Send revised Decl. to L.H. with signature instructions;  Leave VM for L.H. on same; Multiple emails with co-counsel and L.H. with updates on Remedy briefing; | 4.85 **KGA** |
| 11/12/2019 | Final proof-read and revisions; Send to KGA; | .30 **MJS** |
| 11/12/2019 | Email exchange with KGA and L.H. on Remedy Brief review, final Brief, Declaration, and proposed Order; | 2.25 **TWT** |

| 11/12/2019 | Finalize exhibits to Declaration on Remedy;  Review CFS semi-final Opp Memo;   Multiple emails with co-counsel; Finalize and file Opp Memo, Decl, & proposed Order on Remedy; | 2.50 **KGA** |
|---|---|---|
| 11/13/2019 | Review CFS Remedy filing; Review new research on effects of oyster agriculture and send to KGA and L.H.; | 1.50 **TWT** |
| 11/13/2019 | Begin legal research on Fee Petition issues; Multiple emails with co-counsel on same; | .75 **KGA** |
| 11/13/2019 | Review email from CFS with their Remedy Opp Memo; Review CFS Remedy Opp Memo; | .50 **KGA** **No Charge** |
| 11/14/2019 | Emails with MJS about Fee Petition drafting strategy; | .30 **KGA** |
| 11/14/2019 | Review scientific article located by co-counsel on how you need significant flushing in a Bay for oyster aquiculture  to have only limited impact; | .30 **KGA** **No Charge** |
| 11/15/2019 | Review defendant's Reply Brief and Declarations; | 1.00 **TWT** |
| 11/18/2019 | Review Reply Briefs on Remedy from Swinomish Tribe and DOJ; | 1.25 **TWT** |
| 11/18/2019 | Review Corps, Industry and Swinomish Reply Briefs; Phone call with L.H. on status of case and related issues; | .95 **KGA** |
| 11/20/2019 | Begin research on EAJA and CWA standards; Research case law and example Petitions; Begin drafting Fee Petition; | 2.20 **MJS** |
| 11/21/2019 | Review emails on status; Phone call with KGA; | .25 **TWT** |
| 11/23/2019 | Research on Seattle fee rates; Multiple emails with co-counsel about Fee Petition issues; | .40 **KGA** |
| 11/23/2019 | Review and respond to L.H. and co-counsel emails about possible draft Press Release when Remedy decision issued; | .25 **KGA** **No Charge** |

| Date | Description | Hours |
|---|---|---|
| 11/23/2019 | Emails with co-counsel about Fee Petition drafting; Legal research on availability (or not) of CWA 505 fees in our situation | .55<br>**KGA** |
| 11/25/2019 | Review L.H., CFS, and co-counsel emails on Press Release drafting; | .20<br>**KGA**<br>**No Charge** |
| 11/26/2019 | Further research on Seattle attorney rates; | .30<br>**KGA** |
| 12/3/2019 | Review inquiry from L.H. about next steps; | .10<br>**KGA** |
| 12/3/2019 | Follow up with CFS on status of draft press release on Remedy; | .10<br>**KGA**<br>**No Charge** |
| 12/4/2019 | Provide suggested quotes for draft Press Release on Remedy to co-counsel and CFS; | .30<br>**KGA**<br>**No Charge** |
| 12/4/2019 | Respond to L.H. inquiry on next steps; | .15<br>**KGA** |
| 12/5/2019 | Further research with Seattle attorneys about Market Rates; | .30<br>**KGA** |
| 12/6/2019 | Review L.H. email with press articles on "New Dawn For Aquaculture In PNW"; | .10<br>**KGA**<br>**No Charge** |
| 12/9/2019 | Follow up with multiple Seattle attorneys on Market Rate issues; Review and respond to emails on same; Legal research on prior Lasnik decisions on fees; Forward findings on same to co-counsel; | .85<br>**KGA** |
| 12/9/2019 | Email exchange with KGA regarding appropriate fee rates to charge; Work on locating declarants on same; | .50<br>**TWT** |
| 12/13/2019 | Review email from co-counsel with research on oyster aquiculture  and water quality in Chesapeake Bay; | .30<br>**KGA**<br>**No Charge** |
| 12/14/2019 | Review L.H. email with new NMFS aquiculture coordinator for Oregon and Washington information | .30<br>**KGA**<br>**No Charge** |

| | | |
|---|---|---|
| 12/14/2019 | Review email from co-counsel about potential declarant attorney to support Fee Petition; Respond to same; | .25 **KGA** |
| 12/15/2019 | Email exchanges with KGA on Fee Petition; Review current hours; Talk with Seattle attorneys about doing supporting Declaration; | 1.25 **TWT** |
| 12/16/2019 | Additional research on Seattle billing rates for attorneys with our varying experience levels; Emails with co-counsel on probable choice of rates for Fee Petition; | .55 **KGA** |
| 12/17/2019 | Review email from co-counsel with results from research on deadline for filing Fee Petition and whether it is or is not jurisdictional; Read case provided on same; Additional emails exchanged with Seattle attorneys on rate issues; | .45 **KGA** |
| 12/18/2019 | Multiple emails exchanged with various attorneys from Seattle and elsewhere about Seattle rate issues; | .60 **KGA** |
| 12/22/2019 | Review email from L.H. with NMFH newsletter about alleged need for "faster permitting" for aquiculture ; | .30 **KGA** **No Charge** |
| 12/23/2019 | Additional legal research on other Western District of Washington Fee decisions; Provide additional cases located to co-counsel; | 1.20 **KGA** |
| 12/27/2019 | Continue drafting Fee Petition; Research case law on timeliness, substantially prevail, and take notes; Draft Petition; | 1.40 **MJS** |
| 12/30/2019 | Follow up with co-counsel on their hours and proposal of organizing same into a single time sheet; Multiple emails exchanged with co-counsel on same; | .40 **KGA** |
| 12/30/2019 | Research rationale rate case law for newer attorneys, attorneys not barred in jurisdiction where litigation took place; Continue drafting Fee Petition sections on timeliness, reasonable rates, and special circumstances; | 2.80 **MJS** |
| 12/31/2019 | Email exchange with KGA on Fee Petition; | .25 **TWT** |
| 12/31/2019 | Edits to existing time sheets for NWP 48 hours to try to "no charge" duplicative entries and any unrelated entries or clerical time entries; | 2.75 **KGA** |

| | | |
|---|---|---|
| 1/3/2020 | Additional edits to time sheets to try to reduce hours to appropriate billing and consolidate prior bills in to one time sheet; | 1.90 **KGA** |
| 1/3/2020 | Beginning draft of Memo, edit and clean up Fee Petition - streamline language and form; Begin draft of "substantially justified" section; Research for "substantially justified" in law/facts; | 2.30 **MJS** |
| 1/6/2020 | Continue drafting Fee Petition through "no special circumstances" section; | 1.80 **MJS** |
| 1/14/2020 | Review L.H. email with HE Decision approving Jamestown S'Klallam Tribe aquiculture operation in Clallam County and questions about how that fits (or not) with court ruling in our case; Provide preliminary advice on same; | .40 **KGA** **No Charge** |
| 1/14/2020 | Research rates for attorney not barred in jurisdiction where case was heard; Draft Fee Petition through conclusion; Proof read and revise Petiton; Send to KGA; | 2.90 **MJS** |
| 1/15/2020 | Review draft Fee Petition; Provide notes on same to co-counsel; | .40 **TWT** |
| 1/15/2020 | Review first draft of Fee Petition from co-counsel; Review TWT edits to same; Provide additional thoughts on same; | .55 **KGA** |
| 1/23/2020 | Review Fee Petition with notes from KGA and TWT; Make suggested edits; Re-check citations; Print and edit printed version; | 2.40 **MJS** |
| 1/23/2020 | Email exchange with co-counsel on Fee Petition; Legal research on entitlement fees under CWA 404; | 2.50 **TWT** |
| 1/24/2020 | Research cost of living adjustment; Begin drafting my Declaration in Support of Fees; Research Fee Petition Declarations; Finish my Declaration in Support of Fees; Edit and send to KGA for review; Begin drafting Hendricks Declaration; | 4.10 **MJS** |
| 1/24/2020 | Additional research on rates; Begin review of draft client rep Declaration; Emails with co-counsel on draft attorney Declaration; | .80 **KGA** |

| 1/28/2020 | Provide edits to client rep Declaration; | .65 **KGA** |
|---|---|---|
| 1/30/2020 | Begin draft of TWT Declaration; Send to KGA; Begin draft of KGA Declaration; Review calculations for USAP matrix; Draft and re-draft for Seattle and Portland rate multipliers; | 2.50 **MJS** |
| 1/30/2020 | Begin review of and edits to draft KGA and TWT Decl's in support of fees; | .60 **KGA** |
| 1/31/2020 | Phone call with L.H. on status of Remedy decision and Corps possible individual permitting of shellfish cites now that NWP 48 is not available; | .45 **KGA** |
| 2/11/2020 | Phone call with attorney A.H. about Dungeness Spit permit and implications of NWP 48 decision on same; | .90 **KGA** **No Charge** |
| 2/10/2020 | Provide additional edits to draft Declaration in support of fees by TWT roughed out by co-counsel MJS; | .25 **KGA** |
| 2/13/2020 | Emails with co-counsel about collection and compilation of hourly time records for use in Fee Petition; Edits to KGA existing 6 years of hourly time records to try to remove A-C privileged information and to ensure "no charge" for time that was only tangentially related to case or that was perhaps excessive; | 4.65 **KGA** |
| 2/13/2020 | Review email from co-counsel on Fee Petition status; Research on EAJA award; | 1.25 **TWT** |
| 2/14/2020 | Edit draft Declaration in support of fees roughed out by co-counsel MJS; Provide revised draft to MJS with notes on additional support information needed in various places; Emails with co-counsel about rate issues and supporting case law on same; | 1.20 **KGA** |
| 2/14/2020 | Further edits to KGA existing hourly time to try to remove A-C privileged information and to "no charge" hours that will not be sought; | 2.20 **KGA** |
| 2/14/2020 | Email exchange with co-counsel on Fee Petition and the 2013-2016 entries; | 2.25 **TWT** |

| 2/17/2020 | Review inquiry from Coalition member about Quilcene WA Debob Bay NWP 48 authorized farm, that just received a DNR lease and the effect (if any) of Lasnik NWP 48 invalidation decision on ability of farm to start operations; Provide advice on same; | .65<br>**KGA**<br>**No Charge** |
|---|---|---|
| 2/17/2020 | Draft FOIA to Corps regarding issuance since October 10, 2019; | .70<br>**MJS** |
| 2/17/2020 | Review draft FOIA request to Corps, to see if they really are no longer issuing NWP 48 authorizations and to see whether they are instead issuing Individual permits for shellfish aquaculture operations still without a Sound wide or any even a local cumulative impact analysis; Email co-counsel and CFS counsel about same; Email Corps attorney about same; Strategies with MJS on further research to support Fee Petition; | .95<br>**KGA** |
| 2/18/2020 | Update TWT and KGA Declarations with KGA edits; | .20<br>**MJS** |
| 2/18/2020 | Review revised draft Fee Petition, and revised draft KGA Decl in support of same; Multiple emails to MJS about edits to same; | .65<br>**KGA** |
| 2/18/2020 | Review email exchange regarding status of case and draft FOIA request for updated information from Corps; | .25<br>**TWT** |
| 2/19/2020 | Proof read; Update TWT and KGA Declarations; Update KGA Declaration with NLJ information research W.D. WA fee opinions for recent rates awarded; Refine hours; Forward to KGA; | 4.20<br>**MJS** |
| 2/19/2020 | Multiple emails to MJS with additional suggested edits on draft Fee Petition; Review Corps attorney email about FOIA Request for shellfish aquiculture permitting doc's since Lasnik decision; Finalize and submit same to Corps; Review Corps email seeking more information on fee waiver issue; Emails with co-counsel on same; | .80<br>**KGA** |
| 2/20/2020 | More edits to KGA/TWT Fee Petition draft Declarations; Emails between MJS, KGA and TWT on same; Draft language for FOIA request fee waiver for use with Corps FOIA on recent aquiculture Permits issued; Send to KGA TWT; | 1.80<br>**MJS** |

| | | |
|---|---|---|
| 2/20/2020 | Respond to Corps FOIA Officer email seeking more info to support fee waiver for FOIA request for updated shellfish 404 permitting info at Corps since Judge Lasnik's ruling; | .35<br>**KGA** |
| 2/21/2020 | Review final FOIA request to COA; Email exchanges with DOJ attorney Kent Hanson and Corps; | .25<br>**TWT** |
| 2/25/2020 | Review email from L.H. with Corps Notice of Individual shellfish aquiculture permit application; Skim Notice; Provide advice on responding to same; | .40<br>**KGA**<br>**No Charge** |
| 2/26/2020 | Review L.H. email on UW Sea Grant Conference and shellfish; | .25<br>**KGA**<br>**No Charge** |
| 2/26/2020 | Follow up with MJS on Fee Petition and Decl drafts; Strategize about additional legal research to potentially help prove that Fee Petition hours are reasonable; | .35<br>**KGA** |
| 2/26/2020 | Review and edit hours for Fee Petition for formatting and phrasing consistency; | 1.50<br>**KGA**<br>**No Charge** |
| 2/27/2020 | Revise Fee petition; Send to KGA; | .80<br>**MJS** |
| 2/27/2020 | Skim new decision from USDC ID, involving vacatur; Send to MJS for closer review and possible use as a Supp. Auth. Notice on Remedy; | .35<br>**KGA** |
| 2/28/2020 | Review revised drafts of Fee Petition, KGA Decl, TWT Decl, MJS Decl & LH Decl.; | .30<br>**KGA** |
| 3/3/2020 | Review and edit attorney hours; | .75<br>**KGA**<br>**No Charge** |
| 3/4/2020 | Review costs; Emails with MJS on Fee Petition and Declaration additions to cover same; Review 9th Circuit Form 9 and EAJA Fee application forms; Emails with MJS to confirm nothing similar in WD; Further emails with MJS about researching any Opinions the discuss preferred format for presentation of and/or summarizing of hours in a Fee Petition in WD; | .70<br>**KGA** |

| 3/9/2020 | Review draft billing entries for Fee Petition; Revise billing entries; | 2.5<br>**TWT** |
|---|---|---|
| 3/9/2020 | Review and edit revised draft Fee Petition; Review research on rates in recent WD WA fee opinions; Multiple emails with MJS about case law on use of USAO Matrix and rate choices for myself, TWT & MJS; | 1.35<br>**KGA** |
| 3/9/2020 | Review LH email about CA Coastal Commission decision rejecting aquaculture permit due to impacts on eelgrass; Respond with thoughts on same; | .35<br>**KGA**<br>**No Charge** |
| 3/9/2020 | Edit Fee Petition to add section on costs; Add cost section to KGA Declaration; Send to KGA for review; Research Supplemental Authority options generally and in W.D. WA; Read recent NEPA decisions vacating rule; Email to KGA re: whether they apply; Draft Notice of Supplemental Authority; Send to KGA; More research on hourly rates in W.D. Wash; Update KGA Decl; Update Ree petition; Send KGA analysis on updated hourly rates; Research and draft email to KGA re: Laffey matrix, relevant cases and citations to the Matix in the Western US courts; | 6.50<br>**MJS** |
| 3/10/2020 | Follow up email to MJS about use of OSB 2017 Econ, Survey and USAO Matrix as comparison points, as well as other thoughts on how to more effectively argue and support fees; Email exchange with TWT to check on status of update to his hours; | .60<br>**KGA**<br>**No Charge** |
| 3/10/2020 | Review draft Supplemental Authority Notice drafted by MJS; Read 10th Circuit *High Country* Opinion closely to be sure we are fairly representing it; Edit draft Supplemental Authority Notice; Send same to TWT and MJS to get their thoughts; | .85<br>**KGA** |
| 3/10/2020 | Email exchanges with co-counsel on EASA Petition; | .50<br>**TWT** |
| 3/11/2020 | Review MJS notes on revised Supplemental Authority Notice; Make additional polishing edits; Follow up questions to MJS on similarly (or not) between Rule at issue in *High County* and each of the NWP 48 Rules at issue in our case; Review response; Add language to draft Notice to address same; | .90<br>**KGA** |

| 3/11/2020 | Send proposed Notice to CFS to get their thoughts on same; Review preliminary thoughts on same; | .35 **KGA** **No Charge** |
|---|---|---|
| 3/11/2020 | Review 10th Circuit *HCCA v. Forest Service* regarding Vacatur; Email exchange with co-counsel regarding use as Supplemental Authority; Review and comment regarding draft Notice of Supplemental Authority; | 1.25 **TWT** |
| 3/12/2020 | Finalize and file Notice of Supplemental Authority; Send same to L.H. with explanation; | .40 **KGA** |
| 3/12/2020 | Discussion with TWT on format of Fee Petition hours; | .20 **KGA** **No Charge** |
| 3/12/2020 | Review Coalition comments on Chelsea Farms - Lewis Shellfish, and William Geoduck Beach; Finalize hours for EASA Fee Petition; Send to co-counsel for review; | 2.50 **TWT** |
| 3/15/2020 | Emails with TWT and MJS about hours and additional cases on importance of pre-filing work, that we might want to add to Petition or one of the Decl; | .35 **KGA** |
| 3/16/2020 | Email additional fee research materials to MJS; | .25 **KGA** |
| 3/17/2020 | Review revised updated Motion for EASA attorney fees and comments; | .25 **KGA** |
| 3/17/2010 | Phone call with MJS to discuss further strategy for framing of Fee Petition and what we really do and do not need to prove on hourly rate issues, given that it is an EASA case; Begin review of revised Petition and KGA Decl from MJS with changes precipitated by our discussion; | .90 **KGA** |
| 3/17/2020 | Adjust format of Fee petition - move discussion from KGA Declaration into Petition body, update citations; Research on "forum rates" and EASA application; | 2.80 **MJS** |
| 3/18/2020 | Review Jamestown Sklallam Dungeness Refuge Individual Application comments from L.H.; Email exchange on status; | .75 **TWT** |
| 3/20/2020 | Another review of combined MJS, TWT & KGA hours to look for any duplication or other issues; | 1.50 **KGA** |

| | | |
|---|---|---|
| 3/23/2020 | Email exchange with co-counsel on status and Imazanox spraying approval and need for supplemental filing; | .25 **TWT** |
| 3/23/2020 | Emails with CFS about possible Supp. Auth. Notice related to DOE permit issuance that will further reduce eelgrass and affect outcome of Corps cumulative impact analysis; | .25 **KGA** |
| 3/24/2020 | Research on Cost Bills and LCR 54; Send info to KGA; | .60 **MJS** |
| 3/27/2020 | Review recent NEPA decisions regarding Vaestur - Standing Rock Siouc Tribe USACE 3/25/20; Research applicability on same; | 1.25 **TWT** |
| 3/31/2020 | Draft KGA Declaration on bill of costs; | .60 **MJS** |
| 4/1/2020 | Review email from Corps FOIA Officer indicating Corps will need an extension of time to respond to our FOIA seeking any individual permits up for decision or issued, that used to be NWP 48 covered or that cover Industrial Scale Aquiculture operations that we denied NWP 48 coverage; Respond to same, agreeing to extension given COVID situation; | .20 **KGA** |
| 4/1/2020 | Review email exchange regarding FOIA request and response; | .25 **TWT** |
| 4/17/2020 | Review North Plains Resource Counsel decision re: inter-relation between NWP and ESA and evaluate re: application to our case; | 1.00 **TWT** |
| 4/18/2020 | Review email from Corps FOIA Officer insisting that we agree to pay fees, even though we sought a fee waiver, before they will respond to our request; Respond to same, noting we agree but under protest and w/o waiver to sue the Corps for a bogus denial of fee waiver; | .25 **KGA** |
| 4/20/2020 | Email exchange with co-counsel re: North Plains Resource Counsel ESA decision and need for filing as additional supplemental authority and review and further analysis of decision; | 1.00 **TWT** |

| 4/20/2020 | Review confirmation from Corps FOIA Officer that they now have what they need to process; Review emails from TWT with new decision from Dist. MT federal court overturning Corps NWP #12; Emails with co-counsel on implications of same for our Remedy decision and possible use as Suppl. Authority; Read 26 page MT decision; | .85 **KGA** |
|---|---|---|
| 4/21/2020 | Review draft Order and email from Court re: Oral Argument; Email exchange with co-counsel; | .75 **TWT** |
| 4/21/2020 | Review email from Court with draft Remedy Order/Opinion; Read Order/Opinion; Multiple emails with co-counsel on same; Provide update on same with advice on same to client rep LH; Review client response; | .90 **KGA** |
| 4/22/2020 | Multiple emails with co-counsel and defense counsel on scheduling options for Oral Argument; | .40 **KGA** **No Charge** |
| 4/22/2020 | Multiple emails with co-counsel on strategy for next steps, and likelihood that Corps/Industry will now finally be willing to negotiate; | .30 **KGA** |
| 4/22/2020 | Email exchange with all counsel on scheduling of Oral Argument; | .50 **TWT** |
| 4/23/2020 | Further email exchange with co-counsel on scheduling of Oral Argument; | .25 **TWT** |
| 4/23/2020 | Review draft Additional Suppl. Auth. Notice from MJS; Edit same; Follow up emails to and from co-counsel related to expected settlement negotiation efforts by Corps/Industry; | .45 **KGA** |
| 4/23/2020 | Read North Plains NWP 12 case; Draft Notice of Additional Supplemental Authority; Emails with LH, KGA, TWT, & CFS attorneys on court's draft Order on Remedy; | 1.20 **MJS** |
| 4/24/2020 | Email exchanges on scheduling and Court Order on same; | .25 **TWT** |
| 4/24/2020 | Multiple additional emails with defense, interveners and co-counsel on date for Oral Argument; Multiple emails with co-counsel to schedule conference call to discuss settlement positions so we are ready if Corps/Industry reach out; | .35 **KGA** **No Charge** |

| 4/24/2020 | Review Minute Order from court scheduling Oral Argument on Remedy; Email client with info on same and a heads up about possible settlement negotiations; Review client thoughts on possible settlement negotiations with Corps/Industry; Follow up email to MJS about status of Supp. Auth. Notice; | .40<br>**KGA** |
|---|---|---|
| 4/26/2020 | Additional review of hourly time records to ensure no duplication or other issues, and that we have a rough total amount of hours, fees, and expenses should Corps/Industry attys want to talk about settlement; Follow up with co-counsel MJS & TWT to get their updated hours; Review revised draft Additional Supp. Auth. Notice from MJS; Re-read *NPRC* Opinion; Edit Notice; Send same to co-counsel for review before filing; | 3.70<br>**KGA** |
| 4/27/2020 | Review draft Supplemental Authority Notice; Email exchange with co-counsel on same; Finalize and file same with the Court; | .50<br>**KGA** |
| 4/28/2020 | Prepare for and participate for video conf. with co-counsel on upcoming argument; Settlement review; Review draft Order and comment; Phone call with DOJ attorney Kent Hanson; | 2.00<br>**TWT** |
| 4/28/2020 | Video Conf. with co-counsel and CFS to discuss strategy for Remedy Oral Argument and settlement options and positions if approached by Corps/Industry; Follow up email to Swinomish Tribe attorney at EJ, to see what their position will be at Oral Argument and whether there is some common ground that the Conservation Community and the Tribes could find; | .95<br>**KGA** |
| 4/28/2020 | Meeting with KGA, TWT, and AVS regarding Oral Arg prep and strategy; | 1.00<br>**MJS** |
| 4/29/2020 | Review email exchange with Patti Goldman on settlement and Oral Argument; Review Sea Grant Law Center publication on shellfish aqua culture permitting under NWP 48; Prep for Oral Argument; | .75<br>**TWT** |
| 4/29/2020 | Emails with Swinomish Tribe atty at EJ to schedule phone call; Review Sea Grant articles on NWP 48 & ESA and aquiculture that TWT located; | .45<br>**KGA**<br>**No Charge** |

| | | |
|---|---|---|
| 4/30/2020 | Review request to participate in Oral Argument by Tribes and evaluate; Email echange with client and co-counsel; Phone call with KGA; | .50 **TWT** |
| 4/30/2020 | Review Notice from Court that Jamestown S'Klallam Tribe is seeking to participate in Oral Argument as Amicus; Email to L.H. to advise of same;  Email to CFS counsel to see if she can follow up with Jamestown atty to see what position Tribe is going to take if allowed to participate; Phone call with TWT to go over results of his talk with Corps atty; Follow up with L.H. on number of NWP 48 permits, if any, that she thinks are being processed by Corps; | .55 **KGA** |
| 5/1/2020 | Review Court Order re: Amicus Review Jamestown S'Klallam Dungeness Split application and email exchange on same; | .50 **TWT** |
| 5/1/2020 | Review Court Notice of Order granting Jamestown Tribe Motion for leave to participate at Oral Argument; Notify L.H. of same; Review L.H. detailed response to my inquiry about NWP 48 Registered operations that are now being noticed for comment by the Corps as Individual operations, and on the biology of various parts of the Sound; Follow up inquiry to L.H. for info we can potentially use are Oral Argument; | .70 **KGA** |
| 5/2/2020 | Review emails from L.H. with the CPPSH comments on the 3 Corps and one Ecology aquaculture operation permits noticed for comment since Judge Lasnik's opinion in Oct.  2019; Follow up email to L.H. to get clarification on whether any of these are former NWP 48 registered projects; Follow up emails with MJS on searching NWP 48 AR for any of these four operations; | .45 **KGA** |
| 5/4/2020 | Prepare for and attend conference with co-counsel regarding settlement prospects and prep for 5/18/20 Hearing; | 1.00 **TWT** |

| Date | Description | Hours |
|------|-------------|-------|
| 5/4/2020 | Phone conf. with Swinomish Tribe attorney to see if there is some common ground to be found on Remedy; Video conf. w/co-counsel to discuss phone call and next steps with Remedy/settlement negotiations; Follow up with L.H. on Swinomish operations and whether they are same or different from industry operations; Review CFS report on Jamestown S'Kallam Tribe position; Respond to same; | 1.30 **KGA** |
| 5/5/2020 | Emails with L.H. and TWT about scheduling and hours; | .20 **KGA** **No Charge** |
| 5/6/2020 | Review Notice from Court with Oral Argument call in info; Phone call with L.H. to clarify permit issues; Review email from L.H. with Notices issued by Corps so far; Follow up emails with co-counsel on how to approach putting same in front of court; Follow up with co-counsel on Supp. Auth. Notice on Dist. ID decision; Follow up with MJS on possible visual for use at Oral Argument; | 1.10 **KGA** |
| 5/6/2020 | Research pending authorizations at Seattle District; Send info to KGA and client; | 1.60 **MJS** |
| 5/7/2020 | Review proposed Corps Permit and Van Savn comments and respond; Review Motion to Intervene (preliminary only); Email exchange with co-counsel regarding response; Legal research on timeliness issue; | 2.00 **TWT** |
| 5/7/2020 | Begin review of draft Third Notice of Additional Authority drafted by MJS on ID Federal Court Opinion on Remedy in *ICL*; Review Motion to Intervene and supporting Decl. filed by Nesbit; Multiple emails with co-counsel about issues raised by same and division of labor in responding to same; | .95 **KGA** |
| 5/7/2020 | Read opinion in IDC/GYC case; Draft Notice of Supplemental Authority; | 1.10 **MJS** |
| 5/8/2020 | Further detailed review of Motion to Intervene; Email exchange with co-counsel regarding division of labor for response; Legal research on differences; Begin drafting response; | 2.50 **TWT** |
| 5/8/2020 | Review multiple emails on Nesbit Intervention; | .30 **KGA** |

| | | |
|---|---|---|
| 5/9/2020 | Legal research on adequate representation and timeliness; Investigate relationship between proposed intervenors and existing intervenors; Begin drafting Brief in Opposition; Review new Idaho Federal Court decision on Remedy; Draft Third Notice of Supplemental Authority and comment; | 3.25 **TWT** |
| 5/9/2020 | Edit draft Third Notice of Additional Authority; Send to co-counsel for final review; More emails with co-counsel on Nesbit Intervention Motion; Legal research looking at cases on Intervention Timeliness cited by Nesbit; Outline why our situation is distinguishable; Follow up with L.H. to provide Nesbit filings and get her thoughts on Nesbit proposal; | 2.25 **KGA** |
| 5/10/2020 | Review Nesbit Decl; Review L.H. thoughts on Nesbit Intervention request; | .45 **KGA** |
| 5/11/2020 | Attend conference with co-counsel regarding opposition on Motion to Intervene; Prepare for Oral Argument; Legal research on adequacy of representation and timeliness; Continue drafting Opp Brief regarding Motion for Preliminary Injunction' Email exchanges on supporting Declarations; | 1.25 **TWT** |
| 5/11/2020 | Conf. Call with co-counsel and CFS about how to respond to Nesbit Motion;  Complete outline of key distinguishing points for the primary intervention related cases cited by Nesbit; Send same to MJS for incorporation into draft Opp Memo; Emails with CFS counsel on briefing approach; Review Swinomish Tribe Opp Memo to Nesbit Intervention; Emails with co-counsel about same; | 1.80 **KGA** |
| 5/11/2020 | Conf. Call with co-counsel and CFS about strategy for Oral Argument on Remedy; Review email from Court asking about who will present for Coalition at Oral Argument; Respond to same; Review L.H. email about new EO issued last Thursday by POTUS, on need for expansion of aquaculture; Provide thoughts on same, and how I plan to potentially use same if it comes up during Oral Argument; Follow up with L.H. on positions to take at Oral Argument; | 1.95 **KGA** |

| | | |
|---|---|---|
| 5/11/2020 | Call with co-counsel to discuss Motion to Intervene and opp Memo strategy; | .60<br>**MJS**<br>**No Charge** |
| 5/11/2020 | Read through Motion to Intervene, attachments, and begin reading caselaw; Begin drafting Memo in Opposition to Nisbit Motion to Intervene; Review KGA caselaw notes; Begin incorporating into draft Intervenor Opposition Memo; | 3.7<br>**MJS** |
| 5/12/2020 | Continue work on Opp Brief on Nisbet Motion to Intervene including additional legal research; Revise Brief and draft additional Barkhurst Declaration; Review PCSGA Memorandum and supporting Declarations; Email exchange with co-counsel regarding pre-hearing conference; | 6.25<br>**TWT** |
| 5/12/2020 | Mulitple emails with co-counsel and L.H. about CPPSH member supporting Decl and Opp Memo to Nisbet Motion to Intervene; Review and edit draft Opp Memo from MJS; Review outline of thoughts from CPPSH member on Nisbet and Willapa Bay; Multiple emails with co-counsel about edits to draft Opp Memo on Nisbet Motion; Make and review additional edits to same; | 5.85<br>**KGA** |
| 5/12/2020 | Finalize and file Third Notice of Supp. Auth.; Review email from Industry attorney inquiring about whether we want to talk; Respond to same confirming yes, and proposing date/time; Review Swinomish filings with proposed modifications to Court Draft Order on Remedy; Emails with co-counsel on same; | 1.90<br>**KGA** |
| 5/12/2020 | Edit KGA contributions to Intervention Opp Memo; Begin integrating TWT contributions; Emails with co-counsel on Opp Memo for intervention; Complete integrating each contribution to Opp. Memo; Edit for content and formatting; Send to co-counsel for edits; | 4.20<br>**MJS** |

| | | |
|---|---|---|
| 5/13/2020 | Email to Ross Barkhurst; Review, edit, and finalize Barkhurst Declaration in Opposition to Nisbet intervention; Confer with Ross Barkhurst; Review Swinomish filing regarding effects of COVID 19; Email exchange with co-counsel on same and review of Federal aid to Industry and evaluate same; Email exchange with counsel on telephone with Amanda Carr; Email exchange for need for further editing and review; Edit latest draft Memo in Opposition to Nesbit Intervention and send to co-counsel for comments; | 7.00<br>**TWT** |
| 5/13/2020 | Review revised version of Joint Opp Memo to Nisbet Motion; Multiple edits to same; Finalize and file Joint Opp with supporting Decl; | 4.60<br>**KGA** |
| 5/13/2020 | Review Tongas fee decision by USDC AK; Forward same to MJS for use in Fee Petition; Review email from Industry attorney setting date for Conf. Call; Review L.H. email about JSK Tribe and their likely position as Amicus; | .90<br>**KGA** |
| 5/13/2020 | Edit, format, and update Opp Memo on Motion to Intervene; Incorporate KGA edits; Proof-read with new content; Send to co-counsel; Format and edit Intervention Opp Memo; Emails with co-counsel; Finalize and file Intervention Opp Memo; | 4.20<br>**MJS** |
| 5/14/2020 | Review Swinomish and evaluate same; Review proposed Modification and draft Remedy Order; Call to client and co-counsel; Prepare and confer with Amanda Carr; Review Taylor Opposition to Nisbet Intervention; Phone call with K.H. regarding settlement prospects with client and co-counsel and evaluate settlement proposals; | 5.25<br>**TWT** |

| | | |
|---|---|---|
| 5/14/2020 | Review Taylor revised proposed Remedy Order in Swinomish case; Multiple emails with co-counsel about Remedy issues; Phone call with L.H. about Taylor proposal; Phone call with Industry attorney to discuss (for the 1st time) settlement; Phone call with Corps attorney to discuss same; Review CFS summary of phone call with Amicus attorney; Review emails to and from Swinomish attorney providing input on whether they would or would not fall with in the Taylor proposal and asking about our position on the Tribe's revised Remedy Order; Review potential Oral Argument exhibits that MJS worked up; Emails with co-counsel on same; Review L.H. email with thoughts on new Taylor proposal; Provide update to L.H. on discussions with Industry and Corps attorney; Send L.H. copies of Industry filings in CFS case; | 3.50 **KGA** |
| 5/15/2020 | Prepare and confer with co-counsel on prep for Oral Argument, Motion to Intervene, and Settlement prospects; Email exchange with co-counsel regarding need for clarification for settlement prospects; Review Showalter comments on settlement proposals; Review updated map on geoduck farms; Email exchange with co-counsel and L.H. concerning response to Tribal settlement proposal including U.S. and Washington shellfish decision on scope of Treaty shellfish rights; | 2.75 **TWT** |
| 5/15/2020 | Conf. call with co-counsel to discussion Oral Argument strategy and settlement discussion strategy; Phone call with L.H. to discuss status of case, next steps and Coalition positions on various recent proposals for modification of draft Order; Emails with co-counsel on same; Conf. Call with Industry attorney and CFS to discuss the Industry proposed modifications to draft Order in more detail; Multiple emails and phone calls with co-counsel about same; Multiple emails with Swinomish Tribe attorney about our position on their proposed modifications to court's draft Order on Remedy; Review filing by Amicus Jamestown S'Klallam with another proposed modification of court draft Order; Emails with co-counsel on same; Outline some of the many questions that these last minute proposed modifications raise; Begin outline of Oral Argument notes; | 4.60 **KGA** |
| 5/15/2020 | Call with co counsel to discuss Oral Argument on Remedy, strategy, and upcoming calls with opposing counsel; | .50 **MJS** |

| | | |
|---|---|---|
| 5/16/2020 | Further preparation for Oral Argument; Work on "questions Ex" for use during same; Multiple emails with co-counsel on same; Lengthy email to L.H. with update on case and my current strategy for Oral Argument, to make sure Coalition is comfortable with that approach; | 3.95 **KGA** |
| 5/17/2020 | Review Jamestown and Klallam Tribes to request to respond to proposed modifications of the Court draft Order; Respond to same; Legal research on scope of treaty on shellfish rights; Prep for Oral Argument; Review draft questions for Court; Email exchange with co-counsel on same; Phone call with K.G.; | 2.75 **TWT** |
| 5/17/2020 | Review all recent filings in preparation for Oral Argument; Read *NPRC* Amended Remedy Order to determine if situation is comparable; Finish up Oral Argument outline; Review potential Demonstrative Exhibit; Share same with co-counsel to get feedback on content and strategy for more effective use; Review co-counsel emails on *NWEA v.EPA* case; | 3.70 **KGA** |
| 5/18/2020 | Attend Oral Argument; Email exchange and phone call with co-counsel on next steps and L.H. concerns; Review minute orders and docket; | 2.75 **TWT** |
| 5/18/2020 | Prepare for and participate in Oral Argument on Remedy; Multiple phone calls and emails with co-counsel and L.H. to debrief on same; Follow up by phone and email with Amicus JSK attorney who claimed I failed to return the call, asking when that was as we have no record of such a call and that we have never opposed their FLUPSY or their Treaty rights; | 2.35 **KGA** |
| 5/18/2020 | Listen in to Oral Argument on Remedy; Exchange emails with co-counsel with notes on argument; | .90 **MJS** |
| 5/20/2020 | Review email with inquiry by neighbor about Goeduck farm proposed for Thurston County, where County claims Judge Lasnik merits ruling is not relevant to County MDNS; Provide advice on scope of our merits ruling, and the intersection (or not) between local govt and Corp and SEPA vs. NEPA; | .65 **KGA** **No Charge** |
| 5/22/2020 | Review draft Order; Email exchange with co-counsel on same; | .50 **TWT** |

| | | |
|---|---|---|
| 5/22/2020 | Review email from court with revised draft Order; Multiple emails with co-counsel on same; Phone call with L.H. to go over same and walk through next steps; | 1.85 **KGA** |
| 5/27/2020 | Follow up with JSK attorney by email; Phone call with JSK attorney about whether settlement with Industry might be an option; Report to co-counsel and L.H. on same; Review L.H. response on same; | .55 **KGA** **No Charge** |
| 5/28/2020 | Email exchange with co-counsel; Prepare and confer with Amanda Carr on proposed modifications of Order; | 1.00 **KGA** |
| 5/28/2020 | Review email from Industry attorney asking to schedule talk about Revised Draft Remedy Order; Respond to same with available times; | .20 **KGA** **No Charge** |
| 6/1/2020 | Review email from CFS atty indicating Nisbet atty has reached out to discuss settlement/draft Court Order; Respond to same; | .25 **KGA** **No Charge** |
| 6/3/2020 | Email exchange on settlement overtures from defendants; | .50 **TWT** |
| 6/3/2020 | Review update from CFS about Nisbet attyand his conceptual proposals; Provide feed back (mostly negative) on same; Review co-counsel feedback on same; | .30 **KGA** **No Charge** |
| 6/4/2020 | Email exchange with L.H. and co-counsel on settlement status; | .25 **TWT** |
| 6/4/2020 | Review client feedback on Nisbet conceptual proposal; Review update from CFS about discussions with Intervenor atty and whether settlement was an option for them; | .25 **KGA** **No Charge** |
| 6/4/2020 | Review draft Press Release from CFS; Provide edits to same; | .55 **KGA** **No Charge** |
| 6/5/2020 | Review press release; Respond to same; | .25 **KGA** |
| 6/5/2020 | Review L.H. thoughts on draft Press Release; Review revised draft Press Release from CFS; Emails on same; | .30 **KGA** **No Charge** |

| 6/8/2020 | Review multiple emails from Corps with FOIA Response doc's on permits issued recently; Begin DL of same; | .45 **KGA** |
| 6/9/2020 | Finish DL of FOIA; Email to co-counsel about same; | .85 **KGA** **No Charge** |
| 6/10/2020 | Email exchange on status of final Order; Review COE response to updated FOIA request (partial only); | 2.25 **TWT** |
| 6/10/2020 | Emails with co-counsel about expected Remedy Order; | .25 **KGA** **No Charge** |
| 6/11/2020 | Review email from court with Remedy Order; Skim Order; Emails to L.H. and co-counsel about same, and likely next steps by Industry and Corps; Follow up with MJS on Atty Fee Petition deadlines; Begin legal research on 9th Cir.  Emergency Stay SOR and process; | .65 **KGA** |
| 6/12/2020 | Review CPPSH Press Release on Remedy Opinion; | .30 **KGA** **No Charge** |
| 6/16/2020 | Review email from Jim Coon to Court on request for assistance; Email exchange with co-counsel; | .25 **TWT** |
| 6/18/2020 | Email exchange with Plauche and co-counsel; Phone call with Plauche on Appeal issue; Review Notice of Appeal and docket; | .75 **TWT** |
| 6/18/2020 | Review email from Industry atty indicating they plan to Appeal and asking our position on Stay Motion and Consolidation; Multiple emails with co-counsel on same; Review Notice of Appeal filed by Industry; Review 9th Circuit scheduling Order; Notify L.H. of Appeal and likely next steps; | .65 **KGA** |
| 6/19/2020 | Email exchange with opposing counsel on Appeal, Request to Stay, and consolidation; | .25 **TWT** |
| 6/19/2020 | Review Notices from 9th Cir. Correcting parties; Review Notices from 9th Cir.  of Industry Motions for Stay and Consolidation and Amended Motion to Stay; Review L.H. email with Industry quotes in Press on appeal; | .40 **KGA** |
| 6/22/2020 | Email exchange with Plauche and co-counsel on Appellate Briefing and consolidation; | .25 **TWT** |

| | | |
|---|---|---|
| 6/22/2020 | Begin review of Motions for Stay and Consolidation; Emails with co-counsel about Consolidation issue; Review email from Industry with explanation of Amd Mot to Stay; Respond to same; Review multiple emails with Industry atty on Motion to Consolidate issues, to see if we can reach agreement with them on that matter; | .65 **KGA** |
| 6/23/2020 | Email exchange to confirm consolidation and Briefing arrangement; | .25 **TWT** |
| 6/23/2020 | Review multiple emails with Industry attys on Motion to Consolidate issues; Phone call w/CFS counsel on deadline for Opp to Motion for Stay, and Extension Request needed on same; Locate 9th Cir. Form for Ext. Mot.; Review CFS follow up email with Industry on the Ext. Request; | .80 **KGA** |
| 6/24/2020 | Email exchange with counsel regarding Briefing schedule and Motion for Extension; Review of draft Motion and comment; Review final Motion and Declaration; | .75 **TWT** |
| 6/24/2020 | Review Industry atty refusal to agree to Ext.  of Motion to Stay Opp Memo deadline; Draft Motion For Extension; Emails with co-counsel on same; File same with 9th Circuit; Update L.H. on situation; | .80 **KGA** |
| 6/24/2020 | Research and begin drafting Opp Memo on Industry Motion to Stay; | 4.6 **MJS** |
| 6/25/2020 | Review Intervenor's Response to Request for Extension; Email exchanges on same; Review Interevenor's Response to Mediation Questionnaire; | .50 **TWT** |
| 6/25/2020 | Review Notice from District Court of filing of Transcript from Remedy Oral Argument; Follow up email to co-counsel, about the need for also getting transcript of Merits Oral Argument; Review Notice from 9th Cir of Industry Mediation Info form filing; Review filing; Send to co-counsel with thoughts on same; Review Industry Opp Memo to our Ext Mot; Emails with co-counsel on same; | .60 **KGA** |
| 6/25/2020 | Continue drafting Opp Memo to Motion to Stay on Appeal; Read Taylor Opp to CPPSH request for extension of time; Email exchange with co-counse; | 5.6 **MJS** |
| 6/26/2020 | Review email exchanges on eelgrass issues and response to Mediation statement; Review Order on Motion to Extend deadline and docket; | .75 **TWT** |

| 6/26/2020 | Review Notice from the Court of option of submitting additional Mediation information; Emails with co-counsel about whether to do same; Review email from L.H. with concerns raised by Coalition member about Industry planting this week in eelgrass areas and how Corps told her that was ok still; Multiple emails with co-counsel on how to respond to same; Emails with Coalition Member about possible Decl for use in Stay Opp Memo; Emails with co-counsel about whether to do a Reply on Ext. Mot.; Review Notice from Court that Ext. Mot. Granted; | .55<br>**KGA** |
|---|---|---|
| 6/28/2020 | Review Corps FOIA Response with what are supposedly 6 shellfish aquaculture permit files that are currently being processed but no permits issued so far; DL all 7 files; Skim same; Email to Corps FOIA Officer confirming only 5 files actually sent; Email to co-counsel with update on FOIA results; | .95<br>**KGA** |
| 6/29/2020 | Continue drafting Stay Opp Memo. Re-read merits Briefs, Orders, and draft argument; | 4.4<br>**MJS** |
| 6/29/2020 | Email exchange with co-counsel on Mediation Order; Review of same; Email exchange with co-counsel and L.H. on Showalter Declaration; Review CFS Response to defendant Intervenor's Motion to Consolidate; | .75<br>**TWT** |
| 6/29/2020 | Review Corps FOIA response with shellfish operation files currently being evaluated for individual permitting; Review Mediation Order from 9th Circuit; Emails with co-counsel about how to respond to same; Review Showalter Declaration draft for use with Stay Opp Memo; Provide advice on same; Emails with co-counsel on whether to move to consolidate the CFS Appeal with a CPSH Appeal; Begin review of Stay Opp Memo from MJS; Draft Response to Industry Motion to Consolidate; Edits to same; Review CFS response to Motion to Consolidate; Finalize and file Motion to Consolidate; | 1.45<br>**KGA** |
| 6/30/2020 | Continue drafting Stay Opp Memo; Research harm to appellant/appellee; Draft and revise argument; Continue drafting Stay Opp Memo; | 6.5<br>**MJS** |
| 6/30/2020 | Review revised Showalter Declaration; Multiple emails with counsel on same; Locate case law on the ESA docs that do not substitute for NEPA compliance issues for the Stay Opp Memo; Provide email to MJS with same; | .95<br>**KGA** |

| | | |
|---|---|---|
| 7/1/2020 | Continue research on public interest, individual interest; Continue drafting Opp Memo; Continue drafting and revising Opp Memo on Stay; Check citations; Sraft argument on individual and public interest; | 7.9 **MJS** |
| 7/1/2020 | Review email exchange on Showalter Declaration and video on eelgrass bed damage from goeduck farm (June 30); Email exchange with Showalter and co-counsel on filing Declaration; | .50 **TWT** |
| 7/1/2020 | Review revised Showalter Declaration; Emails with co-counsel on same; Review Showalter questions about letter to Corps following up on seating and eel grass issue; Provide advice on same; Emails to co-counsel on use of Showalter Declaration in Opp Memo; Review letter sent by Showalter to Corps; Review updated draft Stay Motion Opp Memo from MJS; | 1.10 **KGA** |
| 7/2/2020 | Call with co-counsel to discuss Opp Memo on Motion to Stay; Continue drafting Opp Memo; Incorporate Declarations and add factual context throughout arguments; | 2.8 **MJS** |
| 7/2/2020 | Attend Zoom conference with co-counsel to discuss status; | 1.00 **TWT** |
| 7/2/2020 | Phone call with co-counsel to strategize on Opp Memo and to ensure no duplication of Briefing; Review emails from MJS to Showalter about Declaration edits; Review email from Corps FOIA Officer about additional files for review; | .35 **KGA** |
| 7/6/2020 | Review Standing Rock Sioux Tribe decision; Evaluate for relevance; Forward to co-counsel; Email exchange with co-counsel regarding case and *NPRC v. USAGE Ninth Court* Order and evaluate for relevance in our Ninth Circuit Appeal; | 2.00 **TWT** |
| 7/6/2020 | Review new *Standing Rock* decision from DC District Court, on vacatur and NEPA Remedy issues; Emails with co-counsel on same; Review Showalter email with report about recent call with Corps following their receipt of her letter; | .85 **KGA** |
| 7/7/2020 | Read new opinions; Draft analysis and add to memo; | 3.90 **MJS** |

| | | |
|---|---|---|
| 7/7/2020 | Review SCOTUS Keystone pipeline decision; Email exchange with co-counsel on same; Review and edit draft Memo in Opposition to Stay; Legal research on same; | 3.00 **TWT** |
| 7/7/2020 | Review L.H. email about 126 Acre Taylor shellfish farm in small Inlet with a number of other shellfish operations being Noticed by Corps for comment; Provide advice on same; Review Showalter email with proposed additions to her Decl; Provide feedback on same; Review emails from co-counsel about edits to revised draft Opp Memo; Review SCOTUS stay of *Keystone XL* vacatur; Emails with co-counsel about how to deal with same in brief; | 1.85 **KGA** |
| 7/7/2020 | Phone call with L.H. about neighbor who is having issues with Taylor expansion of shellfish operations; Review email on same; | .45 **KGA** **No Charge** |
| 7/8/2020 | Call with co-counsel to discuss Opp Memo revisions; Incorporate arguments from CFS Brief into Coalition Brief; Begin Table Of Authorities (break into bits); Finalize Opp Memo; Email exchange with KGA/TWT. Create TOA, update. Check Circuit Rules for formatting; Conform Brief; Re-check all case-law; Edit memo | 9.80 **MJS** |
| 7/8/2020 | Review suggested edits on CIS draft Brief; Review revised Coalition draft Brief; | 1.00 **TWT** |
| 7/8/2020 | Review revised draft Opp Memo from MJS/TT; Edit same; Conf. Call with co-counsel and CFS counsel to discuss briefing issues, to try to reduce duplication between Opp Memo's; Review Showalter revised Decl; Review court Order requiring Mediation submission; Review draft submission on same from MJS; Edit same; Send submission to 9th Circuit Mediation program; Send same to L.H.; Review updated Opp Memo from MJS; Edit same; | 2.95 **KGA** |
| 7/9/2020 | Do legal research, review and revise Ninth Circuit Brief; Review filing; Review final CFS Brief in Opposition to Stay; | 1.25 **TWT** |
| 7/9/2020 | Review revised draft Opp Memo from MJS; Edit/polish same; Finalize all 4 exhibits; Multiple emails with co-counsel about final Opp Memo; Finalize and file same; | 3.60 **KGA** |

| 7/9/2020 | Follow up email to co-counsel on atty Fee Petition issues; | .40<br>**KGA** |
| 7/10/2020 | Draft letter to USACE attorneys re: eelgrass bed definition; | 1.30<br>**MJS**<br>**No Charge** |
| 7/13/2020 | Review email from CFS atty about how complimentary, rather than duplicative, the two Stay Opp Memo briefs were; | .25<br>**KGA**<br>**No Charge** |
| 7/14/2020 | Review L.H. email with info on Industry having received Millions in PPP $, but they claim in our case they have laid off 400 employees - those two positions appear inconsistent; . | .25<br>**KGA**<br>**No Charge** |
| 7/15/2020 | Review email from Industry atty asking about page extension on Repy; Emails with co-counsel on same; Email to Taylor atty indicating no objection to extension from CPPSH; | .35<br>**KGA** |
| 7/16/2020 | Review Notice from Court with Industry Reply in Support of Stay; Begin review of same; | .50<br>**KGA** |
| 7/17/2020 | Multiple emails with co-counsel about Reply, and make up of current 9th Cir. Motions Panel; | .30<br>**KGA** |
| 7/20/2020 | Review CPPSH comments on multiple Corps Ind. Aquaculture permits noticed for comment, despite no sign of any cumulative impact analysis; | .30<br>**KGA**<br>**No Charge** |
| 7/22/2020 | Review Order from 9th Circuit denying Stay; Email with co-counsel on same; Docket Briefing schedule; | .50<br>**TWT** |
| 7/22/2020 | Review Notice from 9th Circuit that Stay Motion was denied; Review Order; Multiple emails with co-counsel and L.H. on same; | .65<br>**KGA** |
| 7/23/2020 | Review Order on Industry Appeal and docket; Review and edit press release on 9th Circuit decision; | .50<br>**KGA** |
| 7/23/2020 | Review CFS Press Release that went out; Review L.H. comments on same and email to CPPSH members on same; Review email from reporter at Law360 asking for additional information on case background; Respond to same with key briefs and prior Orders; | .45<br>**KGA**<br>**No Charge** |

| | | |
|---|---|---|
| 7/23/2020 | Review Notice from W.D. of filing of 9th Order denying Stay; | .10<br>**KGA** |
| 7/24/2020 | Review news articles on 9th Circuit denial of Stay Motion; Review MJS email confirming West has agreed to publish Remedy Order in F.Supp; | .30<br>**KGA**<br>**No Charge** |
| 7/29/2020 | Review Notice from W.D. of Industry request for Transcript; | .10<br>**KGA** |
| 7/30/20 | Outline, and begin drafting Opp Memo to Motion to Expedite; | 2.80<br>**MJS** |
| 8/3/2020 | Review email regarding Motion to Expedite and our position; Review Motion to Expedite (Industry); | .50<br>**TWT** |
| 8/3/2020 | Multiple emails with co-counsel on Taylor Motion to Expedite; Review Industry atty email on same; Provide position of CPPSH on Mot to Expedite to Industry attorney; Read Motion to Expedite; Make notes on response ideas for same; | .95<br>**KGA** |
| 8/4/2020 | Review Corps Notice regarding intent to review NWP's and evaluate; Email exchange with co-counsel on same; | 1.25<br>**TWT** |
| 8/4/2020 | Review CFS follow up with Tribe on "mature eelgrass" definition; | .30<br>**KGA** |
| 8/5/2020 | Email with co-counsel on defendant's Motion for Expedited Hearing and coordination of plaintiffs' Response; Review draft outlines on mootness and irreparable harm; | .75<br>**TWT** |
| 8/5/2020 | Email co-counsel with thought and potential arguments on Mot.  to Expedite; Review response; | .55<br>**KGA** |
| 8/6/2020 | Call with co-counsel to discuss dividing up work to Expedite Motion Opp Memo; Read, analyze, annotate Memo to expedite; | 1.40<br>**MJS** |
| 8/6/2020 | Email exchange on mature eelgrass definition and outreach to Swinomish counsel; | .25<br>**TWT** |
| 8/6/2020 | Multiple emails with co-counsel on Opp to Mot. to expedite; Review Corps Notice of intent to issue chance to Comment on new NWP 48; More emails with co-counsel on same; | .60<br>**KGA** |

| | | |
|---|---|---|
| 8/7/2020 | Review email from MJS on Opp to Mot. to Expedite; Review Notice from court of filing of Transcript of Merits Hearing in Oct.  2019; Emails with co-counsel about effects, if any, of Corps Notice of new possible NWP 48 on pending Appeal; | .30<br>**KGA** |
| 8/7/2020 | Review email from CFS about upcoming meeting with Tribe on "mature eelgrass" issues; Respond to same; | .30<br>**KGA** |
| 8/9/2020 | Email exchange on Mootness; Review Notice of Appeal from Corps and docket; | .50<br>**TWT** |
| 8/10/2020 | Continue drafting mootness section of Opp Memo; Research case law; Call with KGA; Send draft to KGA for revisions; | 2.60<br>**MJS** |
| 8/10/2020 | Review 9th Circuit Scheduling Order; | .25<br>**TWT** |
| 8/10/2020 | Multiple emails with co-counsel about effect of new NWP 48, if one is adopted, on existing Industry 9th Circuit Appeal and on underlying Orders on Merits and Remedy; Strategize on language to use in Opp to Mot.  To Expedite; Phone discussion with MJS on same; Review Notice from WD Court of Corps Notice of Appeal; Emails with co-counsel on same; | .65<br>**KGA** |
| 8/11/2020 | Combine CFS and Coalition brief sections; Read Order from Court on Corps Appeal; Emails with co-counsel; | 1.10<br>**MJS** |
| 8/11/2020 | Review Court Notice from 9th Circuit setting Corps deadlines; Multiple emails with co-counsel on how to square those with current Industry Appeal deadlines; Begin review of revised draft Opp to Motion to Expedite; Draft status report to 9th Circuit Mediator per court Order; Run same by co-counsel; Submit same to Mediator; | 1.30<br>**KGA** |
| 8/12/2020 | Review and edit draft Response to Motion to Expedite including email exchange with co-counsel; Review 9th Circuit filing on substitution of counsel for Corps and docket same; | 1.25<br>**TWT** |
| 8/12/2020 | Review revised draft Opp to Mot to Expedite; Edit same; Multiple emails exchanged with co-counsel on same; Review email from 9th Cir. Mediator; Respond to same; Phone call with 9th Cir. Mediator; | .95<br>**KGA** |

| 8/13/2020 | Report to co-counsel on Mediator discussions; Report to client rep L.H. on same; Review Court Notice of Joint Opp Memo to Mot to Expedite filing; Emails with co-counsel on same; | .75<br>**KGA** |
| 8/17/2020 | Email exchange with L.H. and co-counsel regarding new NWP permit and mootness issues; Email exchange on Corps decision to withdraw Appeal; | .50<br>**TWT** |
| 8/17/2020 | Review emails from Mediator confirming no progress with Industry; Respond to same; Advise L.H. of same; Notify L.H. of same; Review emails from co-counsel on Corps Appeal currently having different time lines, and a question of how we get that Appeal combined with existing Appeals and the time lines sorted out; Review email from Corps atty indicating they have decided **not** to proceed with their Appeal after all, seeking our position on their Motion to Dismiss the Appeal; Review CFS response to same; Respond to same indicating CPPSH also has no objection to dismissal by Corps of their Appeal; Notify L.H. of this new development; | .40<br>**KGA** |
| 8/17/2020 | Review email from MJS about Taylor Case Inlet Shellfish Operation being noticed for comment on Individual Permit; | .20<br>**KGA**<br>**No Charge** |
| 8/18/2020 | Review MJS preliminary research on EAJA Petition due date if Corps Dismisses; Emails with co-counsel on same; | .20<br>**KGA** |
| 8/18/2020 | Review email from L.H. about Taylor 10 year Individual permits and the Case Inlet Taylor permit; Provide advice on creation of Individual permits already Noticed by Corps list, and how to use to help bolster current and prior comments; | .40<br>**KGA**<br>**No Charge** |
| 8/19/2020 | Email exchange with co-counsel on effects of Corps withdraw; | .25<br>**TWT** |
| 8/19/2020 | Review Notice from court of Corps Motion to voluntarily Dismiss; Emails with co-counsel about Fee Petition due date; Further research on issue of fees for Appeal work post Corps dismissal; | .40<br>**KGA** |
| 8/20/2020 | Read reply brief re: motion to expedite; | .60<br>**MJS**<br>**No Charge** |

Page 129 of 133

Exhibit B to Anuta Decl. Page 129 of 133

| Date | Description | Hours |
|---|---|---|
| 8/20/2020 | Review Industry Reply to Request Expedition; Review Order of Voluntary Dismissal and email exchange with co-counsel on same; | .50 **TWT** |
| 8/20/2020 | Review Industry Reply in support of Mot to Expedite; Review 9th Circuit Notice of Order granting Corps voluntary MTD; Emails with co-counsel on Fee Petition issues; | .60 **KGA** |
| 8/21/2020 | Review mandate and Notice of Appeal; Email exchange with attorney Steve Crane on Fee Declaration; | .50 **TWT** |
| 8/24/2020 | Email exchange with co-counsel on NOAA eelgrass policy; Review 9th Circuit Order granting expedited meeting and docket same; | .65 **TWT** |
| 8/24/2020 | Review co-counsel email confirming Seattle attorney agreement to review rates and hours; Respond to same; | .35 **KGA** |
| 8/24/2020 | Review 9th Circuit Order on Expedited Briefing; Multiple emails with co-counsel and L.H. about what "mature eelgrass" means; | .50 **KGA** **No Charge** |
| 8/26/2020 | Review draft Fee Petition; | .25 **TWT** |
| 8/26/2020 | More legal research on why it is legitimate to recover for time spent on appeal, before Corps dismissed; Emails with co-counsel about same; | .85 **KGA** |
| 8/30/2020 | Review L.H. email with Seattle District Notice dated 8/6 essentially soliciting individual 404 permit application from growers; Provide advice on same; | .40 **KGA** **No Charge** |
| 8/31/2020 | Email exchange with co-counsel on EAJA Petition for Fees; | .25 **TWT** |
| 9/1/2020 | Edit Fee Petition, add discussion re: Remedy, send to KGA for edits; | 1.30 **MJS** |
| 9/3/2020 | Begin review of revised draft Fee Petition and all the supporting Declarations from MJS; | .65 **KGA** |
| 9/4/2020 | Edit draft Fee Petition; Send same to co-counsel for review; Email to attorneys with potential knowledge of Seattle rates, to get 2nd expert opinion on reasonableness (or not) of rates/hours; | 1.25 **KGA** |

| | | |
|---|---|---|
| 9/7/2020 | Review combined KGA, TWT & MJS hours; Edit same to make additional "no charge" entries and update total's; Revise Hendrick's Decl on EAJA issues; Send same to co-counsel; Review emails from potential 2nd opinion experts; Respond to same; | .90 **KGA** |
| 9/9/2020 | Phone call with potential fee expert PK to discuss case; Email exchange with expert PK about plans for his review and use of his draft Decl;  Review USAO Matrix analysis in Petition; Emails with co-counsel MJS on same; | .95 **KGA** |
| 9/10/2020 | Emails with potential fee experts PK and RS about their review and plans for filing of "placeholder" Petition until Industry 9th Cir. review is completed, and then when that is done if we prevail as hoped, use the experts to file supplemental Decl's in support of fees; | .40 **KGA** |
| 9/11/2020 | Provide update to L.H. on why we are filing Fee Petition now, even though Industry Appeal is still pending; Review MJS email to L.H. with draft Decl. in support of fees; | .45 **KGA** |
| 9/11/2020 | Edit Fee Petition to revise remedy discussion; Send to KGA | **2.00** **MJS** |
| 9/13/2020 | Further discussions with co-counsel on Fee Petition simplification issues and case law to support same; | .45 **KGA** |
| 9/14/2020 | Review KGA emails on Fee Petition issues; Edit Fee Petition to revise approach to USAO Matrix; Send same to KGA/TWT; | 1.6 **MJS** |
| 9/14/2020 | Read Industry brief at 9th Cir; | **1.10** **MJS** **No Charge** |
| 9/15/2020 | Review co-counsel report on conferral with Corps attorney on Fee Petition issues; Respond to same; Review revised draft Fee Petition; | .65 **KGA** |
| 9/16/2020 | Provide suggested edits to Fee Petition; Begin final review of combined and totaled hours; | .80 **KGA** |
| 9/17/2020 | Re-read our merits Brief; Start outline for response; | **.90** **MJS** **No Charge** |

| 9/17/2020 | Review revised Petition and Declarations; Provide outline of changes to same to MJS; Review MJS revisions; Re-Total hours with final additions; | **1.30**<br>**KGA** |
|---|---|---|
| 9/17/2020 | Revisions/cleanup per KGA email; Send last hours to KGA; | **1.9**<br>**MJS** |
| 9/18/2020 | Finalizing and filing Petition and supporting Declarations; | **.95**<br>**KGA** |

| | |
|---|---|
| **Total Law Clerk Time:** | 501.25 |
| **Hours Not Charged:** | 38.75 |
| **Hours Sought:** | 462.50 |
| | |
| **Total Paralegal Time:** | 15.10 |
| **Hours Not Charged:** | 1.90 |
| **Hours Sought:** | 13.20 |
| | |
| **Total KGA Time:** | 735.72 |
| **Hours Not Charged:** | 164.50 |
| **Hours Sought:** | 570.22 |
| | |
| **Total TWT  Time:** | 350.30 |
| **Hours Not Charged:** | 30.35 |
| **Hours Sought:** | 319.95 |
| | |
| **Total MJS Time:** | 346.49 |
| **Hours Not Charged:** | 21.67 |
| **Hours Sought:** | 325.32 |
| | |
| **Total Attorney Hours:** | 1,432.51 |
| **Total Attorney Hours Not Charged:** | 216.52 |
| **Total Attorney Hours Sought:** | 1,215.49 |

| | |
|---|---|
| **TOTAL AMOUNT SOUGHT:** | **$739,545.63** |
| **TWT TIME:** | **$207,967.50** |
| **KGA TIME:** | **$364,940.08** |
| **MJS TIME:** | **$97,596.00** |
| **PARALEGAL TIME:** | **$1,980.00** |
| **LAW CLERK TIME:** | **$67,062.05** |

## HOURS SOUGHT - BY TOPIC

| | |
|---|---|
| **Law Clerk hours doing research Memo's and combing records, preparing for litigation and drafting Complaint** | 324.52 |
| **Attorney hours working with client representatives on scope of problem, researching, formulating strategy, and implementing strategy to lay groundwork and prepare for litigation; Legal research on various issues, as well as edits and finish work on and filing of original Complaint against 2012 NWP 48** | 433.55 |
| **Attorney hours on 2012 NWP 48 AR issues, review and respond to Industry Motion to Intervene, comments on 2017 NWP 48, Supplemental Complaint preparation and filing, review Answers filed by Corps and Industry, 2017 AR issues, prepare and file Summary Judgment Motion with supporting standing Declarations** | 408.49 |
| **Law Clerk hours assisting with AR and legal research** | 137.98 |
| **Attorney hours on Briefing Responses and Replies on Cross Motions for Summary Judgment** | 131.50 |
| **Attorney hours preparing for and presenting Oral Argument, as well as post argument briefing (including Remedy)** | 180.25 |
| **Attorney hours on or preparing for Appeal** | 19.95 |
| **Attorney hours on Fee Petition issues** | 89.95 |

Exhibit B to Anuta Decl. Page 133 of 133

# The Law Offices of Karl G. Anuta

735 SW First Avenue 2nd Floor

Portland, Or 97204

Phone: 503-827-0320   |   Fax: 503-228-6551

Coalition to Protect Puget Sound

Invoice Date: September 13, 2020

## Matter: NWP 48 Challenge (Case Inlet)

**Costs**

| | | |
|---|---|---|
| 6/25/2015 | Amtrak | $88.00 |
| 6/23/2016 | USDC Washington - Filing Fee | $400.00 |
| 8/24/2016 | Nationwide Process Service | $419.85 |
| 9/26/2016 | Amtrak | $70.00 |
| 6/28/2017 | Multnomah County Court | $3.00 |
| 8/27/2019 | Amtrak | $52.00 |
| 9/17/2019 | Hotel Max - lodging 9/17 oral argument | $301.40 |
| 9/17/2019 | Meal & travel during trip to Seattle for oral argument | $138.73 |
| 2/18/2020 | Lexis Search | $53.00 |
| **SUBTOTAL:** | | **$1,525.98** |

Exhibit C to Anuta Decl.  - Page 1 of 1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020 I electronically filed this

DECLARATION OF KARL G. ANUTA IN SURRPORT OF COALITION MOTION FOR

AN AWARD OF FEES AND EXPENSES with the Clerk of the Court using the CM/ECF

system which will send notification of such filing on the following:

| | |
|---|---|
| Kent E. Hanson<br>Attorney for Defendants<br>kent.hanson@usdoj.gov | Samuel W. Plauche'<br>Attorney for Defendant Intervenor<br>billy@plauchecarr.com |
| Peter Kryn Dykema<br>Attorney for Defendants<br>Peter.dykema@usdoj.gov | Jesse G. Denike<br>Attorney for Defendant Intervenor<br>Jesse@plauchecarr.com |
| Dedra S. Curteman<br>Attorney for Defendants<br>dedra.curteman@usdoj.gov | Amanda M. Carr<br>Attorney for Defendant Intervenor<br>amanda@plauchecarr.com |
| Mark Brown<br>Attorney for Defendants<br>Mark.brown@usdoj.gov | |

Dated this 18th day of September 2020.

LAW OFFICE OF KARL G. ANUTA, P.C.

*/s/ Karl G. Anuta*
KARL G. ANUTA (WSBA #21346)
kga@integra.net

Page 1 – DECL. OF KARL G ANUTA
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA,
P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204