Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 S.W. 1st Ave., 2nd Floor
Portland, Oregon 97204
T: (503 827-0320 / F: (503) 288-6551
kga@integra.net

Thane Tienson (WSB No. 13310)
Landye Bennett, Blumstein
1300 S.W. 5th Ave., Suite 3600
Portland, Oregon 97201
T: (503) 224-4100 / F: (503) 224-4133
ttienson@lbblawyers.com

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

THE COALITION TO PROTECT PUGET SOUND HABITAT,

        Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,

        Defendants,

and

TAYLOR SHELLFISH COMPANY, INC.,

        Defendant-Intervenor.

No.: 2:16-CV-00950-RSL

**DECLARATION OF THANE W. TIENSON IN SUPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES**

Page 1 – DECL. OF THANE W. TIENSON IN SUPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551

|   |   |
|---|---|
| CENTER FOR FOOD SAFETY,<br>        Plaintiff,<br>        v.<br>U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,<br>        Defendants,<br>        and<br>PACIFIC COAST SHELLFISH GROWERS ASSOCIATION.<br>        Defendant-Intervenor. | No.: 2:17-CV-01209-RSL |

I, Thane W. Tienson, Declare:

    1.    I am one of the attorneys representing plaintiff Coalition to Protect Puget Sound Habitat (the Coalition) in this matter. I am over the age of 18 years. If called as a witness I would and could testify to the following as a matter of my own personal knowledge.

    2.    I have been practicing law and have been a member of the Oregon State Bar for 43 years. I have been a member of the Washington State Bar for 37 years. I have been admitted to practice before the U.S. District Court in the Western District of Washington for 37 years.

    3.    I have spent the majority of my legal career engaged in complex federal and state environmental and natural resources litigation. A copy of my CV, which details this experience, is attached to this declaration and is incorporated by reference and marked as Exhibit A.

Page 2 – DECL. OF THANE W. TIENSON IN SUPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551

4. As a result of my training and experience, I possess distinctive knowledge and specialized skills in environmental and natural resources law.

5. I have provided to Mr. Anuta my contemporaneously kept time records for this case, which provides a true and accurate recording of my time, and the time of my paralegal. As those time records show, I spent 350.30 hours on this litigation through August 31, 2020 and my paralegal spent 15.1 hours on this litigation. Of that, we are only seeking recovery for 319.95 of my hours, but all 13.2 hours for my paralegal.

6. My time in this case was primarily devoted to reviewing the voluminous Record, strategizing with co-counsel, coordinating with the client, researching the law and the applicable science , reviewing and editing drafts of all pleadings , including the Complaint and Supplemental Complaint and the briefs from Mr. Sargetakis and Mr. Anuta pertaining to the various Cross Motions for Summary Judgment and remedy, and preparing with Mr. Anuta for oral argument and actively participating in that argument .

7. I have carefully exercised billing discretion and judgment to try to remove any time that was in my view excessive or duplicative from the hours for which we seek recovery. I have also been careful to not seek recovery for work that I performed that could have been performed by a non-attorney. I reviewed my time records prior to the filing of this Motion for an award of attorney's fees. The hours for which recovery is sought were reasonably spent on work necessary to advance this litigation and to help plaintiff achieve the success that it did.

8. The time I spent working on this case took away time which could have been spent on work for other clients.

9. I seek $650/hr for my time spent on this case, and $150/hr for the time

Page 3 – DECL. OF THANE W. TIENSON
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551

spent by my paralegal.

10. Paralegals are instrumental to keeping client costs down, as rates are much lower, but their knowledge and experience is frequently in-depth with regard to substance and procedure. I ordinarily bill $175 /hr for paralegal time in my environmental and natural resources cases, which represents incredible value for my clients. My paralegal, Mr. Joseph Larson has been a paralegal in environmental law for over 30 years, and has significant specialized knowledge in this area of law. Based on my personal experience, and my knowledge of billing practices of attorneys in private practice in Washington and Oregon, the other Declarations submitted concurrently with this declaration, and the Motion and Memorandum in Support, I believe the hourly rate of $150 per hour sought for Mr. Larson's time in this case is conservative and therefore quite reasonable.

11. Based on my personal knowledge of billing practices of attorneys in private practice in Washington and Oregon, the other Declarations submitted concurrently with this Declaration, and the information provided in those Declarations and in the Motion and Memorandum in Support, I believe the hourly rates sought for my self, for Mr. Anuta, and for Mr. Sargetakis, are all reasonable market rates for attorneys practicing in the Seattle area, performing complex environmental litigation, with the respective background and expertise of each attorney.

I declare under penalty of perjury under the laws of the state of Washington and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 18th day of September 2020.

Respectfully submitted,

Page 4 – DECL. OF THANE W. TIENSON
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Thane W. Tienson
Thane Tienson (WSB No. 13310)
Landye Bennett, Blumstein
1300 S.W. 5th Ave., Suite 3600
Portland, Oregon 97201
ttienson@lbblawyers.com

Page 5 – DECL. OF THANE W. TIENSON IN SUPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551

**THANE TIENSON**
1300 SW 5th Avenue, Ste. 3600, Portland, Oregon 97201 (Work)
503.224.4100 • 503.224.4133 (facsimile) • **email:** ttienson@lbblawyers.com
**2067 NW Irving, Portland, Oregon 97209 (Home)** • **503.810.8303 (Cell)**

**Professional**:

Partner, Landye Bennett Blumstein LLP *(1990-present)*
1300 SW Fifth Avenue, Ste. 3500
Portland, Oregon 97201

I am a trial lawyer in private practice specializing in the area of environmental and natural resources law. For over 40 years, I have been actively involved in representing the interests of the commercial and recreational fishing industries and environmental and conservation groups and local governments in advocacy and litigation over fisheries, environmental cleanup and water quality issues in Oregon, Washington, California and Alaska, and public access to navigable rivers and lakes. During that same period, I have lobbied and testified before Congress and the Oregon and Washington State Legislatures and various state and local government Commissions on issues ranging from salmon protection, restoration and enhancement, increased protection for our oceans, rivers and lakes , promoting sustainability in fisheries, increasing protection for women working in the maritime industry and helping homeless youth . I am currently involved as co-counsel in the cleanup of the Portland Harbor Superfund site and the Port of Astoria Areawide Petroleum Contamination site.

I have lectured frequently on environmental and natural resource law issues, including the Endangered Species Act, Clean Water Act, Magnuson-Stevens Act and Ethics in the Practice of Environmental Law. I have made presentations to the Pacific Fisheries Legislative Task Force, the Pacific Legislative Conference, and the Northwest Power and Conservation Council. I was a member of former Oregon Governor Kulongoski's Environmental and Natural Resources Advisory Committee during his first gubernatorial campaign and I was retained by former Oregon Governor Kitzhaber in conjunction with the Columbia River ship channel deepening I also helped found the West Coast Seafood Processors Association and served as its first Executive Director on an interim basis.

**Education**:
Santa Clara University *(B.A.)*; Golden Gate University *(M.P.A.)*; Northwestern School of Law at Lewis and Clark College *(J.D.)*. Member, 1975-1977 and Issue Editor, 1976-1977, *Environmental Law Review*.

**Publications**:
*Commercial Fishing and Fisheries*, Oregon State Bar CLE, Environmental and Natural Resources Law (2002 and 2006); *Carrots and Sticks: How Litigation Can Promote Negotiation and Other Settlement Solutions*, Ocean and Coastal Law Journal, Vol. 7 No. 1 (2001); *EU Fishery Trade Policies: A Case Study*, 3 EEZ Technology 161 (1998)
Author: *Alyeska v. Wilderness Society, Demise of the Private Attorney General*, 6 ENV Law Review 243 (1976).

**Professional Affiliations**:
All Federal District Courts in Oregon, Washington and Alaska; Ninth Circuit Court of Appeals, Multnomah County, Clark County, Oregon and Washington State Bar Associations; American Bar Association, Environment Energy and Natural Resources Sections; National Lawyers Guild.

**Civic Activities**:

**Present**
*National Fisheries Conservation Center*:  Founding and current Board Member
*Friends of Astoria Column*:  Longtime Board Member
*Oregon Center for Public Policy* – Board Member

**Past**
*Astoria Bi-Centennial Commission:* Board Member
*Campaigners*:  President
*Citizens Crime Commission*:  Board Member
*City Club of Portland*:  Research Board; Chair - Bi-State Intergovernmental Planning Committee; Chair - Government and Taxation Standing Committee; Chair - Roads and Transit Finance Committee
*Madison High School*, Classroom Law Project – team coach
*Columbia Riverkeeper:*  Co-founder and former Board Member
*Court Appointed Special Advocates (CASA)*:  Board Member
*Lower Columbia River Estuary Partnership*:  Board Member
*Northwest District Neighborhood Assn.*:  Board Member
*Northwest District Parking Committee*
*Northwest Environmental Advocates:*  Board Member
*Northwest Neighborhood Cultural Center*:  Board Member
*Oregon College of Arts & Crafts*:  Board Member, Executive Committee Member
*Oregon Lawyers for A Sustainable Future*:  Founding Board Member/Legislative Committee – Co-Chair
*Oregon Investment Board (Columbia River Gorge National Scenic Area)*:  Board Member
*Portland State University*:  College of Urban and Public Affairs Search Committee, Chair
*Portland State University (Institute for Metropolitan Studies)*:  Board Chair
*Portland Urban League*:  Board Chair
*Save Our Wild Salmon*:  Founding Board Member
*Stark Raving Theatre*:  Board Member
*Veterans for Peace*

**Honors and Awards**:
Association of Northwest Steelheaders (2004), President's Award for Outstanding Service
Astoria Regatta (summer festival) Admiral (1998)
Cornelius Honor Society, Northwestern School of Law (1976)
Northwestern School of Law Moot Court Champion (1976)
Oregon State Bar Moot Court Champion (1976)
Northwestern School of Law, Member of Law Review (1975-1977) and Issue Editor (1976-1977)

**Military**:
U.S. Army Infantry , Vietnam (1969-1970)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020 I electronically filed this DECLARATION OF THANE W. TIENSON IN SURPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing on the following:

Kent E. Hanson
Attorney for Defendants
kent.hanson@usdoj.gov

Samuel W. Plauche'
Attorney for Defendant Intervenor
billy@plauchecarr.com

Peter Kryn Dykema
Attorney for Defendants
Peter.dykema@usdoj.gov

Jesse G. Denike
Attorney for Defendant Intervenor
Jesse@plauchecarr.com

Dedra S. Curteman
Attorney for Defendants
dedra.curteman@usdoj.gov

Amanda M. Carr
Attorney for Defendant Intervenor
amanda@plauchecarr.com

Mark Brown
Attorney for Defendants
Mark.brown@usdoj.gov

Dated this 18th day of September 2020.

LAW OFFICE OF KARL G. ANUTA, P.C.

*/s/ Karl G. Anuta*
KARL G. ANUTA (WSBA #21346)
kga@integra.net

Page 1 – CERTIFICATE OF SERVICE

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551