Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 S.W. 1st Ave., 2nd Floor
Portland, Oregon 97204
T: (503 827-0320 / F: (503) 288-6551
kga@integra.net

Thane Tienson (WSB No. 13310)
Landye Bennett, Blumstein
1300 S.W. 5th Ave., Suite 3600
Portland, Oregon 97201
T: (503) 224-4100 / F: (503) 224-4133
ttienson@lbblawyers.com

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT,<br><br>    Plaintiff,<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,<br>    Defendants,<br>and<br>TAYLOR SHELLFISH COMPANY, INC.,<br>    Defendant-Intervenor. | No.: 2:16-CV-00950-RSL<br><br><br><br><br><br>**DECLARATION OF LAURA HENDRICKS IN SUPPORT OF COALITION MOTION FOR ATTORNEY FEES AND EXPENSES** |

Page 1 – DECL. OF LAURA HENDRICKS IN SUPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551

CENTER FOR FOOD SAFETY,
        Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,
        Defendants,
        and

PACIFIC COAST SHELLFISH GROWERS ASSOCIATION.
        Defendant-Intervenor.

No.: 2:17-CV-01209-RSL

I, Laura Hendricks, declare:

1. I am over 18 years old, and I have not been declared incompetent or of unsound mind by any court. I make this Declaration based on personal knowledge.

2. As noted in my April 2018 Standing Declaration I live in Pierce County, Washington, and I have a Masters of Business Administration in International Finance. I am also a Certified Public Accountant (CPA) and I have worked for over 30 years in Financial Consulting and Financial Analysis.

3. I am currently the Executive Director of the Coalition to Protect Puget Sound Habitat (CPPSH). I am the primary person who prepared the Coalition's comments for the Nationwide Permit 48 ("NWP 48") authorizations.

4. I outlined already, in my Standing Declaration, my extensive on the ground (or on the water) experience with Shellfish Aquaculture in Puget Sound.

5. CPPSH is a 501(c)(3) organization under the Internal Revenue Code, with an individual net worth of far less than $7,000,000.

Page 2 – DECL. OF LAURA HENDRICKS
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551

6. At the time the suit was filed, throughout its pendency, and currently CPPSH has never had any employees.

7. CPPSH searched for potential attorneys to bring this case. CPPSH was unable to find any suitable counsel who would take this case at the EAJA low hourly rate. Nor could CPPSH have afforded to pay the full cost of hiring attorneys to pursue this case.

8. CPPSH sought attorneys with extensive experience, skill, and understanding of nearshore habitat, aquatic ecosystems, and the applicable federal environmental law. Mr. Anuta, and then later Mr. Tienson, and Mr. Sargetakis, were the only attorneys found by CPPSH that had such expertise who were willing to take on a case of this size and complexity. It was particularly helpful to have all three attorneys to assist, as at times one of the other of them had other matters to attend to, but because the other counsel were up to speed on the matter we had prompt communication and advice at each stage of the case. The skills, experience and work provided by Mr. Anuta, Mr. Tienson, and Mr. Sargetakis were crucial to the success of this litigation. Had they not worked so hard to lay a proper foundation for bringing this case, we would not have been able to get NWP 48 vacated. Their careful advice and assistance was a key component of our success in this matter.

9. The attorneys were, throughout the case, careful to keep us fully apprised of all our options and of the next steps. Their careful counsel and advice was invaluable. Without it we would not have been able to work so effectively on behalf of our members to try to protect the critical resources of Puget Sound and the waters of the State of Washington that were at issue in the case.

Page 3 – DECL. OF LAURA HENDRICKS IN SUPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551

I declare under penalty of perjury under the laws of the state of Washington and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 14th day of Sept 2020, at Gig Harbor, Washington.

_____
LAURA HENDRICKS

Page 4 – DECL. OF LAURA HENDRICKS
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020 I electronically filed this DECLARATION OF LAURA HENDRICKS IN SURPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing on the following:

Kent E. Hanson
Attorney for Defendants
kent.hanson@usdoj.gov

Samuel W. Plauche'
Attorney for Defendant Intervenor
billy@plauchecarr.com

Peter Kryn Dykema
Attorney for Defendants
Peter.dykema@usdoj.gov

Jesse G. Denike
Attorney for Defendant Intervenor
Jesse@plauchecarr.com

Dedra S. Curteman
Attorney for Defendants
dedra.curteman@usdoj.gov

Amanda M. Carr
Attorney for Defendant Intervenor
amanda@plauchecarr.com

Mark Brown
Attorney for Defendants
Mark.brown@usdoj.gov

Dated this 18th day of September 2020.

LAW OFFICE OF KARL G. ANUTA, P.C.

*/s/ Karl G. Anuta*
KARL G. ANUTA (WSBA #21346)
kga@integra.net

Page 1 – CERTIFICATE OF SERVICE

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.228.6551