Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 S.W. 1st Ave., 2nd Floor
Portland, Oregon 97204
T: (503 827-0320 / F: (503) 288-6551
kga@integra.net

Thane Tienson (WSB No. 13310)
Landye Bennett, Blumstein
1300 S.W. 5th Ave., Suite 3600
Portland, Oregon 97201
T: (503) 224-4100 / F: (503) 224-4133
ttienson@lbblawyers.com

The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT,<br>　　　　Plaintiff,<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,<br>　　　　Defendants,<br>and<br>TAYLOR SHELLFISH COMPANY, INC.,<br>　　　　Defendant-Intervenor. | No.: 2:16-CV-00950-RSL<br><br>**DECLARATION OF MIKE J SARGETAKIS IN SUPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES** |

Page 1 – DECL. OF MIKE J SARGETAKIS
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

| | |
|---|---|
| CENTER FOR FOOD SAFETY,<br>　　　　Plaintiff,<br>　　v.<br>U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,<br>　　　　Defendants,<br>　　and<br><br>PACIFIC COAST SHELLFISH GROWERS ASSOCIATION.<br>　　　　Defendant-Intervenor. | No.: 2:17-CV-01209-RSL |

I, Mike J. Sargetakis, Declare:

　　1.　　I am one of the attorneys who assisted plaintiff Coalition to Protect Puget Sound Habitat (the Coalition) in this matter.  I am over the age of 18 years. If called as a witness I would and could testify to the following as a matter of my own personal knowledge.

　　2.　　I graduated from Northwestern School of Law at Lewis & Clark College in 2017, where I also earned a Certificate in Natural Resource Law.

　　3.　　While enrolled in law school, I was a law clerk for Earthrise Law Center from 2015-2016. During that time I assisted staff attorneys and professors with complex federal environmental litigation matters. While enrolled in law school, I was also a law clerk for the Utah Supreme Court. In addition, while enrolled in law school, I was at one point a law clerk for the Law Office of Karl G. Anuta, where I assisted Mr. Anuta with numerous complex federal environmental litigation matters from 2016 until I was admitted to practice law.

Page 2 – DECL. OF MIKE J SARGETAKIS
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

4. I was admitted to the bar of the State of Oregon in 2017. I was admitted to practice before the United States District Court for the District of Oregon in 2018. I was admitted to practice before the Ninth Circuit Court of Appeals in 2019.

5. Since my initial admission to practice law in 2017, I have managed my own solo practice, and since 2019 I have managed a small firm. As a partner in a small firm, I am responsible for covering the costs of operating the firm, and as a result I bear a significant risk in taking cases on a contingency basis. Since my initial admission to practice law, I have been involved in complex state and federal environmental litigation.

6. As a result of my training and experience, I possess distinctive knowledge and specialized skills in environmental and natural resources law. Since entering private practice, the majority of my experience has been in the area of environmental law. I have represented numerous public interest environmental organizations in administrative matters, as well as in litigation.

7. I have provided to Mr. Anuta my contemporaneously kept time records for this case, which provides a true and accurate recording of my time. As those time records show, I spent 346.49 hours on this litigation. Of that, we are only seeking recovery for 325.32 hours.

8. My time was primarily spent organizing and reviewing the voluminous Record, researching and drafting briefs for the Cross Motions for Summary Judgment, assisting Mr. Anuta and Mr. Tienson in preparing for oral argument, researching and drafting briefs on the remedy issue, and researching and drafting the Motion and Memorandum in support of an award of Fees.

9. I have carefully exercised billing discretion and judgment to try to remove any time that was in my view excessive or duplicative from the hours for which we seek

Page 3 – DECL. OF MIKE J SARGETAKIS
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

recovery. I have also been careful to not seek recovery for work that I performed that could have been performed by a non-attorney. I reviewed my time records prior to the filing of this Motion for an award of attorney's fees. The hours for which recovery is sought were reasonably spent on work necessary to advance this litigation and to help plaintiff achieve the success that it did.

10. Time I spent working on this case took away time which could have been spent on work for other clients.

11. I seek $300/hr for my time spent on this case.

12. Based on my personal knowledge of billing practices of attorneys in private practice in Washington and Oregon, the other Declarations submitted concurrently with this Declaration, and the information provided in those Declarations and in the Motion and Memorandum in Support, I believe the hourly rates sought for myself, for Mr. Anuta, and for Mr. Tienson, are all reasonable market rates for attorneys practicing in the Seattle area, performing complex environmental litigation, with the respective background and expertise of each attorney.

I declare under penalty of perjury under the laws of the state of Washington and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 18th day of September, 2020.

Respectfully submitted,

/s/ Mike J. Sargetakis
Mike J. Sargetakis
Oxbow Law Group, LLC
620 SW Main St
Suite 706
Portland, OR 97205

Page 4 – DECL. OF MIKE J SARGETAKIS
IN SUPPORT OF COALITION MOTION
FOR AN AWARD OF FEES AND EXPENSES

CASE NOS. 2:16-CV-00950 AND 2:17-CV-01209

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020 I electronically filed this DECLARATION OF MIKE J. SARGETAKIS IN SURPPORT OF COALITION MOTION FOR AN AWARD OF FEES AND EXPENSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing on the following:

Kent E. Hanson
Attorney for Defendants
kent.hanson@usdoj.gov

Peter Kryn Dykema
Attorney for Defendants
Peter.dykema@usdoj.gov

Dedra S. Curteman
Attorney for Defendants
dedra.curteman@usdoj.gov

Mark Brown
Attorney for Defendants
Mark.brown@usdoj.gov

Samuel W. Plauche'
Attorney for Defendant Intervenor
billy@plauchecarr.com

Jesse G. Denike
Attorney for Defendant Intervenor
Jesse@plauchecarr.com

Amanda M. Carr
Attorney for Defendant Intervenor
amanda@plauchecarr.com

Dated this 18th day of September 2020.

LAW OFFICE OF KARL G. ANUTA, P.C.

*/s/ Karl G. Anuta*
KARL G. ANUTA (WSBA #21346)
kga@integra.net