The Honorable Robert S. Lasnik

Peter K. Dykema, Senior Attorney
Dedra S. Curteman, Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
peter.dykema@usdoj.gov
dedra.curteman@usdoj.gov
(202) 305-0436 (Dykema) / F: (202) 305-0506
(202) 305-0446 (Curteman) / F: (202) 305-0506

Kent E. Hanson, Senior Attorney
Environmental Defense Section
kent.hanson@usdoj.gov
(206) 639-5544

Mark Arthur Brown, Senior Trial Attorney
Wildlife and Marine Resources Section
mark.brown@usdoj.gov
(202) 305-0204

**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, a non-profit corporation, | Case No. 2:17-cv-01209-RSL |
| *Plaintiff,* | **JOINT MOTION TO STAY BRIEFING ON PLAINITIFF'S MOTION FOR AN AWARD OF FEES AND EXPENSES** |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | **Note on Motion Calendar: October 7, 2020** |
| *Defendants,* | |
| and | |
| PACIFIC COAST SHELLFISH GROWERS ASSOCIATION, | |
| *Intervenor-Defendant* | |

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT, a non-profit Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS *et al.*,<br><br>*Defendants,*<br><br>and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>*Intervenor-Defendant* | Case No. 2:16-cv-00950-RSL<br><br>**JOINT MOTION TO STAY BRIEFING ON PLAINITIFF'S MOTION FOR AN AWARD OF FEES AND EXPENSES**<br><br>**Note on Motion Calendar: October 7, 2020** |

Plaintiffs and Defendants in the above-captioned lawsuits jointly move the Court for an Order staying briefing on the Motions for awards of attorney fees and expenses filed by Plaintiff Center for Food Safety (ECF 121) and Plaintiff Coalition to Protect Puget Sound Habitat (ECF 99). In support of this Motion the parties jointly state as follows:

1. The Court's judgment in this case is the subject of appeals now pending in the Ninth Circuit Court of Appeals. Appeal Nos. 20-35546 and 20-35547 (consolidated July 22, 2020). Pursuant to the briefing schedule in those appeals, briefing will be completed by November 4, 2020. The Court of Appeals has granted Appellants' request to expedite hearing and directed the clerk to place the appeals on the first available calendar after the completion of briefing. ECF 105 in 2:16-cv-00950-RSL; ECF 124 in 2:17-cv-01209-RSL.

2. Plaintiffs filed Motions in this Court seeking awards of fees and expenses from Defendants U.S. Army Corps of Engineers *et al.* out of an abundance of caution, to ensure that their motions are timely.

3. The final decision of the Court of Appeals may affect the resolution of issues presented by Plaintiffs' Motions for fees and expenses. Briefing on those Motions should be stayed in the interests of fairness and judicial economy.

Accordingly, the Plaintiffs and Defendants request that that he Court stay briefing on both the Plaintiffs' Motions for fees and expenses, and establish a briefing schedule after the Ninth Circuit Court of Appeals issues its mandate at the conclusion of the pending consolidated appeals.

Dated: October 7, 2020           Respectfully submitted,

                                          JEAN E. WILLIAMS
                                          Deputy Assistant Attorney General

                                          *s/ Kent E. Hanson*
                                          KENT E. HANSON
                                          Environmental Defense Section
                                          Environment and Natural Resources Division
                                          United States Department of Justice
                                          P.O. Box 7611
                                          Washington, DC 20044
                                          (206) 639-5544
                                          kent.hanson@usdoj.gov

                                          PETER KRYN DYKEMA
                                          DEDRA S. CURTEMAN
                                          United States Department of Justice
                                          Environment & Natural Resources Division
                                          Natural Resources Section
                                          P.O. Box 7611
                                          Washington, DC 20044
                                          (202) 305-0436 (Dykema)
                                          (202) 305-0446 (Curteman)
                                          peter.dykema@usdoj.gov
                                          dedra.curteman@usdoj.gov

                                          MARK ARTHUR BROWN
                                          Wildlife and Marine Resources Section
                                          Environment and Natural Resources Division
                                          United States Department of Justice
                                          P.O. Box 7611
                                          Washington, DC 20044
                                          (202) 305-0204
                                          mark.brown@usdoj.gov

                                          *Attorneys for U.S. Army Corps of Engineers et al.*

                                          *s/ Amy van Saun*
                                          George A. Kimbrell (WSB No. 36050)
                                          Amy van Saun (pro hac vice)
                                          Center for Food Safety

| | |
|---|---|
| 1 | 2009 NE Alberta Street, Suite 207 |
| 2 | (971) 271-7372 |
| | gkimbrell@centerforfoodsafety.org |
| 3 | avansaun@centerforfoodsafety.org |
| 4 | *Attorneys for Center for Food Safety* |
| 5 | |
| 6 |   *s/ Karl G. Anuta*                |
| | Karl G. Anuta, WSBA # 21346 |
| 7 | Law Office of Karl G. Anuta, P.C. |
| | 735 S.W. 1st Ave., 2nd Floor |
| 8 | Portland, Oregon 97204 |
| | T: (503 827-0320 / F: (503) 288-6551 |
| 9 | kga@integra.net |
| 10 | Thane Tienson (WSB No. 13310) |
| | Landye Bennett, Blumstein |
| 11 | 1300 S.W. 5th Ave., Suite 3600 |
| | Portland, Oregon 97201 |
| 12 | T: (503) 224-4100 / F: (503) 224-4133 |
| 13 | ttienson@lbblawyers.com |
| 14 | *Attorneys for Coalition to Protect Puget Sound Habitat* |