UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 05 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT, a non-profit corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, an agency of the United States of America; et al.,<br><br>        Defendants,<br><br> and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>        Intervenor-Defendant - Appellant. | No. 20-35546<br><br>D.C. No. 2:16-cv-00950-RSL<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |
| CENTER FOR FOOD SAFETY, a non-profit corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, an agency of the United | No. 20-35547<br><br>D.C. No. 2:17-cv-01209-RSL<br>U.S. District Court for Western Washington, Seattle |

States of America; et al.,

        Defendants,

NISBET OYSTER CO., INC.,

        Intervenor-Defendant,

and

PACIFIC COAST SHELLFISH GROWERS ASSOCIATION,

        Intervenor-Defendant - Appellant.

The judgment of this Court, entered February 11, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7