## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CENTER FOR FOOD SAFETY, a non-profit corporation, | Case No.: 2:17-cv-01209-RSL |
| *Plaintiff,* | |
| v. | **ORDER REVISING BRIEFING SCHEDULE REGARDING THE PENDING MOTIONS FOR AN AWARD OF FEES AND EXPENSES** |
| U.S. ARMY CORPS OF ENGINEERS, *et. al.,* | |
| *Defendants,* | |
| *and* | |
| PACIFIC COAST SHELLFISH GROWERS ASSOCIATION, | |
| *Intervenor-Defendant.* | |

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT, a non-profit Corporation, | Case No. 2:16-cv-0950-RSL |
| *Plaintiff,* | |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, *et. al.,* | |
| *Defendants,* | |
| *and* | |

TAYLOR SHELLFISH COMPANY, INC.,

*Intervenor-Defendant.*

This matter comes before the Court on Plaintiffs' "Unopposed Motion to Revise Proposed Briefing Schedule Regarding the Pending Motions for an Award of Fees and Expenses" filed in case Nos. 2:16-cv-0950-RSL and 2:17-cv-01209-RSL. The Motion is GRANTED.

IT IS FURTHER ORDERED that the following deadlines will govern the pending Motions for an Award of Fees and Expenses filed by Plaintiff Center for Food Safety (ECF 121) and Plaintiff Coalition to Protect Puget Sound Habitat (ECF 99):

> Plaintiffs' Supplemental Petitions: July 1, 2021
>
> US Army Corps Response briefs: August 16, 2021
>
> Plaintiffs' Reply briefs: September 6, 2021

The Clerk of Court is directed to renote the pending motions for an award of fees and expenses on the Court's calendar for consideration on September 10, 2021.

Dated this 26th day of May, 2021.

Robert S. Lasnik
United States District Judge