JEAN E. WILLIAMS  
Acting Assistant Attorney General  
Environment and Natural Resources Division  
LAURA GLICKMAN  
Environmental Defense Section  
Environment and Natural Resources Division  
U.S. Department of Justice  
P.O. Box 7611  
Washington, D.C.  20044  
(202) 514-6390  
laura.glickman@usdoj.gov  

*Attorney for U.S. Army Corps of Engineers et al.*

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT, *Plaintiff*, v. U.S. ARMY CORPS OF ENGINEERS, *et al.*, *Defendants*, and TAYLOR SHELLFISH COMPANY, INC. *Intervenor-Defendant.* | Case No. 2:16-cv-00950-RSL  **NOTICE OF APPEARANCE** |

Laura Glickman hereby enters her appearance as counsel of record for the U.S. Army Corps of Engineers, an agency of the United States of America; Lieutenant General Todd T. Semonite, in his Official Capacity as Chief of Engineers of the U.S. Army Corps of Engineers;

NOTICE OF APPEARANCE – Page 1  
2:16-cv-00950-RSL

Brigadier General Scott A. Spellmon, in his Official Capacity as Commander of the Northwestern Division of the U.S. Army Corps of Engineers (Northwestern Division); and Colonel John G. Buck, in his Official Capacity as Commander of the Seattle District of the U.S. Army Corps of Engineers (Seattle District).

Dated: May 27, 2021

Respectfully submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/ Laura Glickman*
LAURA GLICKMAN
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-6390
laura.glickman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, I filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will cause a copy to be served upon counsel of record.

*s/ Laura Glickman*