The Honorable Robert S. Lasnik

Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 S.W. 1st Ave., 2nd Floor
Portland, Oregon 97204
T: (503 827-0320 / F: (503) 386-2168
kga@integra.net

*Attorney for Coalition to Protect Puget Sound Habitat*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *ET AL*.,<br><br>Defendants,<br><br>and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>Defendant-Intervenor. | No.: 2:16-CV-00950-RSL<br><br>**NOTICE OF DEATH OF PLAINTIFF'S ATTORNEY THANE W. TIENSON** |

**TO:**        **THE CLERK OF THE COURT**

**AND TO:**    **ALL PARTIES AND THEIR COUNSEL OF RECORD**

Pursuant to LCR 83.2(b), please be advised that attorney Thane W. Tienson, one of the attorneys for Plaintiff, passed away suddenly and unexpectedly on January 28,

---

Page 1 – **NOTICE OF DEATH OF PLAINTIFF'S ATTORNEY THANE W. TIENSON**

CASE No. 2:16-CV-00950

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.386.2168

1  2021. Plaintiff's co-counsel Karl G. Anuta will continue as lead attorney for Plaintiff.

2  All parties have been served electronically, at the time of filing, via the court's

3  CM/ECF system.

4  Dated: June 2, 2021.

/s/ *Karl G. Anuta* .
Karl G. Anuta (WSBA No. 21346)
Law Office of Karl G. Anuta, P.C.
735 S.W. 1st Ave., 2nd Floor
Portland, Oregon 97204
T: (503 827-0320 / F: (503) 386-2168
kga@integra.net

*Attorney for Coalition to Protect Puget Sound Habitat*

Page 2 – **NOTICE OF DEATH OF PLAINTIFF'S ATTORNEY THANE W. TIENSON**

CASE No. 2:16-CV-00950

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204
Phone: 503.827.0320 – Fax 503.386.2168

The Honorable Robert S. Lasnik

Karl G. Anuta (WSB No. 21346)
Law Office of Karl G. Anuta, P.C.
735 S.W. 1st Ave., 2nd Floor
Portland, Oregon 97204
T: (503) 827-0320 / F: (503) 386-2168
kga@integra.net

*Attorney for Coalition to Protect Puget Sound Habitat*

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT,<br><br>                              Plaintiff,<br>      v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>                              Defendants,<br><br>      and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>                              Intervenor. | No.: 2:16-CV-00950-RSL<br><br>CERTIFICATE OF SERVICE |

    I hereby certify that on June 2, 2021, I electronically filed the NOTICE OF DEATH OF PLAINTIFF'S ATTORNEY THANE W. TIENSON with the Clerk of the Court using the CM/ECF system which will send notification of such filing on the following:

| | |
|---|---|
| Mark Brown<br>Attorney for Defendants<br>mark.brown@usdoj.gov | Samuel W. Plauche'<br>Attorney for Defendant Intervenor<br>billy@plauchecarr.com |

Page    1 - CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Peter Kryn Dykema<br>Attorney for Defendants | Jesse G. Denike<br>Attorney for Defendant Intervenor |
| 2 | Peter.dykema@usdoj.gov | Jesse@plauchecarr.com |
| 3 | Dedra S. Curteman<br>Attorney for Defendants | Amanda M. Carr<br>Attorney for Defendant Intervenor |
| 4 | dedra.curteman@usdoj.gov | amanda@plauchecarr.com |
| 5 | Laura Glickman<br>Attorney for Defendants | |
| 6 | laura.glickman@usdoj.gov | |

Dated this June 2, 2021.

LAW OFFICE OF KARL G. ANUTA, P.C.

  /s/ Karl G. Anuta
KARL G. ANUTA (OSB #86142)
kga@integra.net

*Attorney for Plaintiff*

Page    2 - CERTIFICATE OF SERVICE