Karl G. Anuta (WSBA No. 21346)
Law Office of Karl G. Anuta, P.C.
735 S.W. 1st Ave., 2nd Floor
Portland, Oregon 97204
T: (503) 827-0320 / F: (503) 288-6551
kga@integra.net

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,<br><br>      Defendants,<br><br>  and<br><br>TAYLOR SHELLFISH COMPANY, INC.<br><br>      Defendants-Intervenor. | No.: 2:16-cv-00950-RSL |

**DECLARATION OF THOMAS A NEWLON**

1. My name is Thomas A. Newlon. I am over the age of 18, and have personal knowledge of the matters contained in this Declaration. I make this Declaration in support of the plaintiff's motion and memorandum in support of an award of attorneys' fees and expenses under the federal Equal Access to Justice Act ("EAJA") in the case of *Coalition to Protect Puget Sound Habitat v. U.S. Army Corps of Engineers et al.*, 2:16-cv-00950 (W.D. Wash.).

2. I am licensed to practice law in Washington, and am currently Special Counsel at the law firm of Stoel Rives LLP in Seattle, Washington, where I was a partner from 2002 to 2020. Before joining Stoel Rives, I was Senior Port Counsel at the Port of Seattle (1992–2002);

DECLARATION OF THOMAS A NEWLON - 1

an assistant professor at Walter F. George School of Law, Mercer University, Macon, Georgia (1991–1992); and an associate at the law firm of Perkins Coie (1986–1991). I have practiced environmental law nearly exclusively for the entirety of my 35-year legal career. Prior to becoming a lawyer, I was a research biologist working for government agencies and consultants.

3.   I am very familiar with the market for legal services for environmental matters in Seattle and the rates commonly charged for such work, particularly high-stakes environmental litigation and work involving specialized expertise in the statutory and regulatory frameworks of environmental law.

4.   I have reviewed the briefing in this case, as well as the decision issued by the U.S. District Court for the Western District of Washington. Based on my review of the issues presented and the course of the litigation, I believe that this is precisely the kind of complex and high-stakes environmental litigation that necessitates the use of attorneys with special expertise in environmental litigation.

5.   Successfully advancing the claims in a case like this requires a thorough understanding of a complex regulatory scheme and how that scheme applies to the particular facts of the case. I do not believe that the plaintiff, Coalition to Protect Puget Sound Habitat ("Plaintiff") would have been able to retain qualified counsel for a case of this nature at the EAJA statutory cap of approximately $210 per hour (within the Ninth Circuit, adjusted for cost of living). That rate is drastically lower than the prevailing rates for experienced counsel handling these types of matters.

6.   I have reviewed the requested hourly rates underlying Plaintiff's Motion and Memorandum in Support of an Award of Fees and Expenses (Dkt. Nos. 99-103); namely, $640/hour (Mr. Anuta), $650/hour (Mr. Tienson), and $300/hour (Mr. Sargetakis). In my experience, the hourly rates charged in this matter are reasonable and consistent with the nature of the work performed and the results achieved.

DECLARATION OF THOMAS A NEWLON - 2

7. The case required specialized knowledge of the federal National Environmental Policy Act and the federal Clean Water Act and the interplay between them, as well as the U.S. Army Corps of Engineers' obligations and permitting practices under both federal laws.  It also required the detailed review of an extensive Administrative Record and extensive briefing by counsel with that specialized knowledge.  In light of these factors, it is my opinion that the hourly rates sought by Plaintiff's counsel in this matter are reasonable.

8. The hourly rates requested by Plaintiff's counsel in this matter are also reasonable in that they are in line with market rates for complex and specialized environmental litigation in Seattle.  From 2013 through 2020, I charged rates from $530-$715/hour, equating to a 2013-2020 average rate of $613/hour and a 2016-2020 average rate of $654/hour.  For the same period, my colleague Beth Ginsberg (a specialist environmental litigator in our firm's Seattle office) charged rates from $545-$730/hour, equating to a 2013-2020 average rate of $624/hour and a 2016-2020 average rate of $663/hour.

9. Furthermore, I know from discussions with colleagues at other firms that senior environmental litigators at other top-tier environmental firms in Seattle charge somewhat higher rates than Stoel Rives. They have done so consistently since 2013 (the first year of fees at issue in this matter).

10. With respect to Mr. Sargetakis' requested associate rate of $300/hour, an environmental litigation associate who began his practice in Stoel Rives' Seattle office in 2018 charged $335-$385/hour for the years 2018 through 2020, equating to a 2018-2020 average rate of $362/hour. That is significantly higher than the $300/hour requested for the time of Mr. Sargetakis, who worked on this matter as an associate in his first three years of practice from 2018 through 2020.  As with partners, I know from discussions with colleagues at other firms that environmental litigation associates at other top-tier environmental firms in Seattle charge somewhat higher rates than Stoel Rives, and they have done so consistently since 2013.

DECLARATION OF THOMAS A NEWLON - 3

11. Based on my knowledge of Seattle market rates for environmental litigators and specialist practitioners, the rates requested by Plaintiff's counsel in this case – $640/hour (Mr. Anuta), $650/hour (Mr. Tienson), and $300/hour (Mr. Sargetakis) – are reasonable in light of the prevailing rates in the Seattle community for similar work.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

Executed on June 8, 2021

_____
Thomas A. Newlon

DECLARATION OF THOMAS A NEWLON - 4

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021 I electronically filed this DECLARATION OF THOMAS A. NEWLON with the Clerk of the Court using the CM/ECF system which will send notification of such filing on the following:

Laura Glickman
Attorney for Defendants
laura.glickman@usdoj.gov

Samuel W. Plauche'
Attorney for Defendant Intervenor
billy@plauchecarr.com

Peter Kryn Dykema
Attorney for Defendants
Peter.dykema@usdoj.gov

Jesse G. Denike
Attorney for Defendant Intervenor
Jesse@plauchecarr.com

Dedra S. Curteman
Attorney for Defendants
dedra.curteman@usdoj.gov

Amanda M. Carr
Attorney for Defendant Intervenor
amanda@plauchecarr.com

Mark Brown
Attorney for Defendants
Mark.brown@usdoj.gov

Dated this 1st day of July 2021.

LAW OFFICE OF KARL G. ANUTA, P.C.

*/s/ Karl G. Anuta*
KARL G. ANUTA (WSBA #21346)
kga@integra.net

CASE NO. 2:16-CV-00950

LAW OFFICE OF KARL G. ANUTA, P.C.
TRIAL ATTORNEY
735 S.W. First Avenue
Portland, OR 97204